**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

―――――――――――――――――――――――― X
West Trenton Hardware LLC,                    :

          Plaintiff,              :

                                   :        ACTION NO. 21-CV-17662

    against                      :

                                   :

Brooklyn Textiles, LLC,                       :        JURY TRIAL DEMANDED

          Defendant.              :

―――――――――――――――――――――――― X

## DISCLOSURE STATEMENT PURSUANT TO
## FED. R. CIV. P. 7.1(a)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff, West Trenton Hardware, LLC, states that it has no parent company and that no publicly held corporation owns more than 10% of its membership interest.

                                        By: /s/ Larry E. Hardcastle, II
                                           Larry E. Hardcastle, II
                                           Lanciano & Associates, LLC
                                           2 Route 31 North
                                           Pennington, New Jersey 08534
                                           (609) 452-7100
                                           lhardcastle@lancianolaw.com

                                           *Counsel for Plaintiff*

Dated: September 27, 2021