# EXHIBIT A

| # | Brand | Pallet Code | Pallet Location | Lot Number | Serial Number | Other | Halls Inbound Receipt Name | Date Received |
|---|---|---|---|---|---|---|---|---|
| 1 | Sky Med | HW5721324 | 12U031E | 999995555S2PR | 88571270877023 | Label #2 | NSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 2 | Sky Med | HW5721325 | 12U031E | 999995555S2PR | 88571270877023 | Label #6 | NSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 3 | Sky Med | HW5721356 | 12U059E | 999995555S2PR | 88571270877023 | Label #9 | NSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 4 | Sky Med | HW5721357 | 12U027E | 999995555S2PR | 88571270877023 | Label #1 | NSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 5 | Sky Med | HW5721869 | 12U027E | 999995555S2PR | 88571270877023 | Label #8 | NSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 6 | Sky Med | HW5721159 | 12U058B | 999995555S2PR | 88571270877023 | Label #7 | NSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/10/2021 |
| 7 | Sky Med | HW5721154 | 12U002C | 999995555S2PR | 88571270877023 | Label #4 | NSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/11/2021 |
| 8 | Sky Med | HW5721157 | 12U058B | 999995555S2PR | 88571270877023 | Label #5 | NSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/11/2021 |
| 9 | Sky Med | HW5721166 | 12U002C | 999995555S2PR | 88571270877023 | Label #3 | NSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/11/2021 |
| 10 | SH Glove | HW5644760 | 17H108F | 0-1754235 | 88591130610588 | Label #1 | NSP OEM - West Trenton Hardware - Gloves - 03-04-21 | 1/18/2021 |
| 11 | SH Glove | HW5644760 | 17H108E | 0-1754235 | 88591130610588 | Label #2 | NSP OEM - West Trenton Hardware - Gloves - 03-04-21 | 1/18/2021 |
| 12 | SH Glove | HW5644761 | 12U053E | 0-1754235 | 88591130610588 | Label #4 | NSP OEM - West Trenton Hardware - Gloves - 03-04-21 | 1/18/2021 |
| 13 | SH Glove | HW5734252 | 12U017E | 0-1754235 | 88591130610588 | Label #3 | NSP OEM - West Trenton Hardware - Gloves - 03-04-21 | 3/4/2021 |
| 14 | Sky Med | HW5737160 | 12U008A | 999995555S2PR | 88571270877023 | Label #10 | NSP OEM - West Trenton Hardware - Gloves - 03-04-21 | 3/4/2021 |
| 15 | "ASM5VLNAWA" | HW5730717 | 12U041D | 07053 | 88591306008848 | Label #9 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 16 | "ASM5VLNAWA" | HW5730718 | 12U047D | 07053 | 88591306008862 | Label #2 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 17 | "ASM5VLNAWA" | HW5730721 | 12U06/78 | 07053 | 88591306008862 | Label #6 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 18 | "ASM5VLNAWA" | HW5730722 | 12U069B | 07053 | 88591306008848 | Label #11 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 19 | "ASM5VLNAWA" | HW5730723 | 12U076D | 07053 | 88591306008862 | Label #12 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 20 | "ASM5VLNAWA" | HW5730724 | 12U066B | 07053 | 88591306008862 | Label #7 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 21 | "ASM5VLNAWA" | HW5730725 | 12U066B | 07053 | 88591306008862 | Label #10 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 22 | "ASM5VLNAWA" | HW5730726 | 12U076D | 07053 | 88591306008848 | Label #5 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 23 | "ASM5VLNAWA" | HW5730728 | 12U084A | 07053 | 88591306008848 | Label #4 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 24 | "ASM5VLNAWA" | HW5730728 | 12U084A | 07053 | 88591306008848 | Label #8 | NSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 25 | "ASM5VLNAWA" | HW5628157 | 17E036E | 07053 | 88591306008862 | Label #3 | NSP OEM West Trenton gloves 03-24-21 | 1/8/2021 |
| 26 | Med Care | HW5739969 | 17G057D | QDMD01202002 | 0101234567890128MED.XL | Label #4 | NSP OEM West Trenton gloves 04-15-21 2nd delivery | 4/15/2021 |
| 27 | Med Care | HW5739970 | 17G059D | QDMD01202002 | 0101234567890128MED.XL | Label #2 | NSP OEM West Trenton gloves 04-15-21 2nd delivery | 4/15/2021 |
| 24 | Med Care | HW5739976 | 17G055C | QDMD01202002 | 0101234567890128MED.XL | Label #3 | NSP OEM West Trenton gloves 04-15-21 2nd delivery | 4/15/2021 |
| 25 | Med Care | HW5713982 | 17G051C | QDMD01202001 | 0101234567890128MED.XL | Label #1 | NSP OEM West Trenton gloves 04-15-21 2nd delivery | 4/15/2021 |
| 26 | "ASM5VLNAWA" | HW5627943 | 12U02AC | 07053 | 88591306008855 | Label #1 | NSP OEM West Trenton gloves 03-24-21 | 4/23/2021 |

Americold Logistics, LLC
P.O. Box 378
501 Kentile Road
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|------|--------|
| 02.10.21 | RC-000643972 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

**RECEIVED FROM**

WEST TRENTON HARDWARE

16 WEST UPPER FERRY ROAD
EWING, NJ

Carrier   : OWN TRUCK
Warehouse: 501 Kentile Cooler
Reference: 58860
Pro Bill : 58860
Container#/Railcar#:

**FOR ACCOUNT OF**

NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ  08628

**REMIT PAYMENT TO**

Hall's Warehouse Corp.
P.O. Box 378
South Plainfield, NJ  07080

| QUANTITY | | ITEM NO./LOT NO.    DESCRIPTION | | | | GROSS NET |
|------|------|------|------|------|------|------|
| 521 | CS | GLOVES-NITRILE-L GLOVES NITRILE LARG | | | | 521.00 |
| | | WEST TRENTON | | | | 521.00 |
| 464 | CS | 1000 | G: | 464.000 | N: | 464.000 |
| 57 | CS | 2000 | G: | 57.000 | N: | 57.000 |
| | | | | | | |
| 633 | CS | GLOVES-NITRILE-M GLOVES NITRILE MEDI | | | | 633.00 |
| | | WEST  TRENTON | | | | 633.00 |
| 560 | CS | 1000 | G: | 560.000 | N: | 560.000 |
| 43 | CS | 2000 | G: | 43.000 | N: | 43.000 |
| | | WEST TRENTON | | | | |
| 30 | CS | 2000 | | | | 30.00 |
| | | | | | | |
| 4 | EA | GLOVES-NITRILE-S-P Gloves Nitrile - | | | | 4.00 |
| | | WEST TRENTON | | | | 4.00 |
| 4 | EA | 200 | G: | 4.000 | N: | 4.000 |
| | | | | | | |
| 217 | CS | GLOVES-NITRILE-S GLOVES NITRILE SMAL | | | | 217.00 |
| | | WEST TRENTON | | | | 217.00 |
| 185 | CS | 1000 | G: | 185.000 | N: | 185.000 |
| 32 | CS | 2000 | G: | 32.000 | N: | 32.000 |
| | | | | | | |
| 360 | CS | GLOVES-NITRILE-XL GLOVES NITRILE XL | | | | 360.00 |
| | | WEST TRENTON | | | | 360.00 |
| 360 | CS | 1000 | G: | 360.000 | N: | 360.000 |

Pallets Received :  BGRD   5

| 1731 CS | Gross: | 1735.00 | |
|---------|--------|---------|--|
| 4 EA | Net  : | 1735.00 | **PLEASE PAY THIS AMOUNT** |

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

BY _____  Hall's Warehouse Corp.

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES

TALLY

Page    1 of    6

Carrier :  OWN TRUCK

PUT / RECEIPT # :   RC-000643972

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARDWARE

16 WEST UPPER FERRY ROAD
EWING, NJ

Receipt Date :  02.10.21
Trailer : N/A

Reference Number : 58860
Pro Bill Number  : 58860

| LINE# ITEM<br>Net/Gross Weight<br>　SUPL<br>　PACK<br>　PLT<br>　Whse-Location | ITEM Description<br>Qty. Breakdown<br><br><br><br>Location Qty. | Units SKU |
|---|---|---|
| 1  GLOVES-NITRILE-S<br>N: 14.00  G: 14.00LBS<br>　WEST TRENTON<br>　2000<br>　HW7206118<br>　KA-12U048D | GLOVES NITRILE SMALL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>14 CS | 14 CS |
| 2  GLOVES-NITRILE-M<br>N: 43.00  G: 43.00LBS<br>　WEST  TRENTON<br>　2000<br>　HW5737156<br>　KA-12V045B | GLOVES NITRILE MEDIUM<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>43 CS | 43 CS |
| 3  GLOVES-NITRILE-L<br>N: 20.00  G: 20.00LBS<br>　WEST TRENTON<br>　2000<br>　HW7206117<br>　KA-12U078D | GLOVES NITRILE LARGE<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>20 CS | 20 CS |
| 5  GLOVES-NITRILE-M<br>N: 96.00  G: 96.00LBS<br>　WEST  TRENTON<br>　1000<br>　HW5721325<br>　KA-12U031E | GLOVES NITRILE MEDIUM<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>96 CS | 96 CS |
| 6  GLOVES-NITRILE-M<br>N: 96.00  G: 96.00LBS<br>　WEST  TRENTON<br>　1000<br>　HW5721324<br>　KA-12U031E | GLOVES NITRILE MEDIUM<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>96 CS | 96 CS |
| 7  GLOVES-NITRILE-M<br>N: 96.00  G: 96.00LBS<br>　WEST  TRENTON<br>　1000 | GLOVES NITRILE MEDIUM<br>PLT/CS - 50/1<br>Tie/Tier - 10/5 | 96 CS |

Continued on Page    2

```
                            TALLY

                                   Page    2 of    6

Carrier :  OWN TRUCK                 PUT / RECEIPT # :    RC-000643972

Customer: NJSP                       Shipper: Manual
NJ STATE POLICE / OEM                WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                    16 WEST UPPER FERRY ROAD
                                     EWING, NJ

Receipt Date :  02.10.21        Reference Number : 58860
Trailer : N/A                   Pro Bill Number  : 58860

LINE# ITEM                   ITEM Description                    Units SKU
Net/Gross Weight             Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location           Location Qty.
--------------------------------------------------------------------------
     HW5721323
     KA-12V053E              96 CS
--------------------------------------------------------------------------
   8  GLOVES-NITRILE-M        GLOVES NITRILE MEDIUM                 96 CS
N: 96.00  G: 96.00LBS        PLT/CS - 50/1
     WEST  TRENTON           Tie/Tier - 10/5
     1000
     HW5721355
     KA-12U073E              96 CS
--------------------------------------------------------------------------
   9  GLOVES-NITRILE-S        GLOVES NITRILE SMALL                  96 CS
N: 96.00  G: 96.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
     HW5721322
     KA-12U073E              96 CS
--------------------------------------------------------------------------
  10  GLOVES-NITRILE-XL       GLOVES NITRILE XL                     96 CS
N: 96.00  G: 96.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
     HW5721356
     KA-12U059E              96 CS
--------------------------------------------------------------------------
  11  GLOVES-NITRILE-L        GLOVES NITRILE LARGE                  96 CS
N: 96.00  G: 96.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
     HW5721369
     KA-12U027E              96 CS
--------------------------------------------------------------------------
  12  GLOVES-NITRILE-L        GLOVES NITRILE LARGE                  96 CS
N: 96.00  G: 96.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
     HW5721357
     KA-12U027E              96 CS
```

Continued on Page    3

```
                              TALLY

                                   Page    3 of     6

Carrier :  OWN TRUCK                PUT / RECEIPT # :    RC-000643972

Customer: NJSP                      Shipper: Manual
NJ STATE POLICE / OEM               WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                   16 WEST UPPER FERRY ROAD
                                    EWING, NJ

Receipt Date : 02.10.21       Reference Number : 58860
Trailer : N/A                 Pro Bill Number  : 58860

LINE# ITEM                   ITEM Description                    Units SKU
Net/Gross Weight             Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location           Location Qty.
------------------------------------------------------------------------------
  13  GLOVES-NITRILE-S       GLOVES NITRILE SMALL                      84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
     HW5718134
     KA-12W031C                  84 CS
------------------------------------------------------------------------------
  14  GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM                     84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
     WEST  TRENTON           Tie/Tier - 10/5
     1000
     HW5718136
     KA-12W036D                  84 CS
------------------------------------------------------------------------------
  15  GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM                     84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
     WEST  TRENTON           Tie/Tier - 10/5
     1000
     HW5718150
     KA-12W029A                  84 CS
------------------------------------------------------------------------------
  16  GLOVES-NITRILE-L       GLOVES NITRILE LARGE                      84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
     HW5718151
     KA-12W033A                  84 CS
------------------------------------------------------------------------------
  17  GLOVES-NITRILE-L       GLOVES NITRILE LARGE                      84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
     HW5718138
     KA-12W031B                  84 CS
------------------------------------------------------------------------------
  18  GLOVES-NITRILE-L       GLOVES NITRILE LARGE                      84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
     WEST TRENTON            Tie/Tier - 10/5
     1000
```

Continued on Page    4

TALLY

Page   4 of   6

Carrier :  OWN TRUCK                    PUT / RECEIPT # :   RC-000643972

Customer: NJSP                          Shipper: Manual
NJ STATE POLICE / OEM                   WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                       16 WEST UPPER FERRY ROAD
                                        EWING, NJ

Receipt Date :  02.10.21        Reference Number : 58860
Trailer : N/A                   Pro Bill Number  : 58860

```
LINE# ITEM                   ITEM Description                      Units SKU
Net/Gross Weight             Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location          Location Qty.
---------------------------------------------------------------------------
      HW5718137
      KA-12W025C             84 CS
---------------------------------------------------------------------------
  19  GLOVES-NITRILE-XL      GLOVES NITRILE XL                      84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5737143
      KC-16D013C             84 CS
---------------------------------------------------------------------------
  20  GLOVES-NITRILE-XL      GLOVES NITRILE XL                      66 CS
N: 66.00  G: 66.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5737145
      KA-12U014C             66 CS
---------------------------------------------------------------------------
  21  GLOVES-NITRILE-XL      GLOVES NITRILE XL                      84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5737144
      KA-12W028D             84 CS
---------------------------------------------------------------------------
  22  GLOVES-NITRILE-L       GLOVES NITRILE LARGE                   20 CS
N: 20.00  G: 20.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5737146
      KC-16D023C             20 CS
---------------------------------------------------------------------------
  23  GLOVES-NITRILE-XL      GLOVES NITRILE XL                      30 CS
N: 30.00  G: 30.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5737147
      KC-16D023C             30 CS
---------------------------------------------------------------------------
```

Continued on Page   5

```
                              TALLY

                                        Page     5 of      6

Carrier :  OWN TRUCK                    PUT / RECEIPT # :   RC-000643972

Customer: NJSP                          Shipper: Manual
NJ STATE POLICE / OEM                   WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                       16 WEST UPPER FERRY ROAD
                                        EWING, NJ

Receipt Date :  02.10.21        Reference Number : 58860
Trailer : N/A                   Pro Bill Number  : 58860

LINE# ITEM                  ITEM Description                  Units SKU
Net/Gross Weight            Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location         Location Qty.
--------------------------------------------------------------------------
   24 GLOVES-NITRILE-S       GLOVES NITRILE SMALL                  4 CS
N:  4.00  G:  4.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5737148
      KC-17H072A                  4 CS
--------------------------------------------------------------------------
   25 GLOVES-NITRILE-S       GLOVES NITRILE SMALL                  1 CS
N:  1.00  G:  1.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5737148
      KC-17H072A                  1 CS
--------------------------------------------------------------------------
   26 GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM                 8 CS
N:  8.00  G:  8.00LBS        PLT/CS - 50/1
      WEST  TRENTON          Tie/Tier - 10/5
      1000
      HW5737149
      KC-17H072A                  8 CS
--------------------------------------------------------------------------
   27 GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM                30 CS
N: 30.00  G: 30.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      2000
      HW5530622
      KA-12U028D                 30 CS
--------------------------------------------------------------------------
   28 GLOVES-NITRILE-S       GLOVES NITRILE SMALL                 18 CS
N: 18.00  G: 18.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      2000
      HW5530629
      KA-12U034C                 18 CS
--------------------------------------------------------------------------
   29 GLOVES-NITRILE-L       GLOVES NITRILE LARGE                 37 CS
N: 37.00  G: 37.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      2000
```

Continued on Page    6

TALLY

Page    6 of    6

Carrier :  OWN TRUCK                         PUT / RECEIPT # :    RC-000643972

Customer: NJSP                               Shipper: Manual
NJ STATE POLICE / OEM                        WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                            16 WEST UPPER FERRY ROAD
                                             EWING, NJ

Receipt Date :  02.10.21        Reference Number : 58860
Trailer : N/A                   Pro Bill Number  : 58860

LINE# ITEM                      ITEM Description                        Units SKU
Net/Gross Weight                Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location              Location Qty.
----------------------------------------------------------------------------------
     HW5530627
     KA-12U017D                     37 CS
----------------------------------------------------------------------------------
  30  GLOVES-NITRILE-S-P   Gloves Nitrile - S - Each                      4 EA
N:  4.00  G:  4.00LBS      EA - 1
     WEST TRENTON
     200
     HW5530628
     KA-12U034C                     4 EA
----------------------------------------------------------------------------------
                                     Total Units      1735

                                     Net       1735.00 LBS
                                     Gross     1735.00 LBS

Entered By :  MCIFUENTES            Good Pallets : _____

Unloaded By : _____  Poor Pallets : _____

Put Away By : _____  Total Pallets : _____

                                    Pallets Exchanged : _____

END OF PUT / RECEIPT

*643972*

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | | QUANTITY |
|---|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 30 | 1588 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size MD | 40 | 3380 of 40000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | 60 | 4044 of 60000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

Rec 12pc
2/9/21   1700 Dov

Hall's Warehouse Corp.
P.O. Box 378
501 Kentile Road
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|---|---|
| 02.11.21 | RC-000644359 |

| TERMS | PAGE |
|---|---|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

**RECEIVED FROM**

WEST TRENTON HARWARE

Carrier  : .
Warehouse: 501 Kentile Ambient
Reference:
Pro Bill : 58860
Container#/Railcar#:

**FOR ACCOUNT OF**

NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ  08628

**REMIT PAYMENT TO**

Hall's Warehouse Corp.
P.O. Box 378
South Plainfield, NJ  07080

| QUANTITY | ITEM NO./LOT NO. | DESCRIPTION | | GROSS NET |
|---|---|---|---|---|
| 672 CS | GLOVES-NITRILE-L | GLOVES NITRILE LARG | | 672.00 |
|  |  WEST TRENTON HARWARE |  | | 672.00 |
| 672 CS |  1000 |  | G:  672.000 N: | 672.000 |
| 384 CS | GLOVES-NITRILE-M | GLOVES NITRILE MEDI | | 384.00 |
|  |  WEST TRENTON HARWARE |  | | 384.00 |
| 384 CS |  1000 |  | G:  384.000 N: | 384.000 |
| 96 CS | GLOVES-NITRILE-S | GLOVES NITRILE SMAL | | 96.00 |
|  |  WEST TRENTON HARWARE |  | | 96.00 |
| 96 CS |  1000 |  | G:  96.000 N: | 96.000 |

| 1152 CS | Gross: | 1152.00 | **PLEASE PAY THIS AMOUNT** |
|---|---|---|---|
|  | Net  : | 1152.00 |  |

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time
to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

BY _____ Hall's Warehouse Corp. _____

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES

```
                               TALLY

                                   Page    1 of     3

Carrier :  .                   PUT / RECEIPT # :   RC-000644359

Customer: NJSP                     Shipper: Manual
NJ STATE POLICE / OEM              WEST TRENTON HARWARE
PO BOX 7068
Trenton, NJ 08628

Receipt Date : 02.11.21        Reference Number :
Trailer :                      Pro Bill Number : 58860

LINE# ITEM                     ITEM Description                 Units SKU
Net/Gross Weight               Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location            Location Qty.
-------------------------------------------------------------------------
   4  GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM             96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE      Tie/Tier - 10/5
      1000
      HW5737166
      KA-12V002C                    96 CS
-------------------------------------------------------------------------
   5  GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM             96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE      Tie/Tier - 10/5
      1000
      HW5737154
      KA-12V002C                    96 CS
-------------------------------------------------------------------------
   6  GLOVES-NITRILE-L          GLOVES NITRILE LARGE             96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE      Tie/Tier - 10/5
      1000
      HW5737155
      KA-12V014D                    96 CS
-------------------------------------------------------------------------
   7  GLOVES-NITRILE-L          GLOVES NITRILE LARGE             96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE      Tie/Tier - 10/5
      1000
      HW5737165
      KA-12V010C                    96 CS
-------------------------------------------------------------------------
   8  GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM             96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE      Tie/Tier - 10/5
      1000
      HW5737164
      KA-12V024C                    96 CS
-------------------------------------------------------------------------
   9  GLOVES-NITRILE-L          GLOVES NITRILE LARGE             96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE      Tie/Tier - 10/5
      1000
      HW5737163
```

Continued on Page     2

```
                           TALLY

                                    Page    2 of    3

Carrier :   .                   PUT / RECEIPT # :   RC-000644359

Customer: NJSP                    Shipper: Manual
NJ STATE POLICE / OEM            WEST TRENTON HARWARE
PO BOX 7068
Trenton, NJ 08628

Receipt Date :  02.11.21       Reference Number :
Trailer :                      Pro Bill Number  : 58860

LINE# ITEM                  ITEM Description                Units SKU
Net/Gross Weight            Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location          Location Qty.
----------------------------------------------------------------------
     KA-12V028C             96 CS
----------------------------------------------------------------------
  10  GLOVES-NITRILE-M      GLOVES NITRILE MEDIUM                96 CS
N: 96.00  G: 96.00LBS       PLT/CS - 50/1
     WEST TRENTON HARWARE   Tie/Tier - 10/5
     1000
     HW5737162
     KA-12V028C             96 CS
----------------------------------------------------------------------
  11  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                 96 CS
N: 96.00  G: 96.00LBS       PLT/CS - 50/1
     WEST TRENTON HARWARE   Tie/Tier - 10/5
     1000
     HW5737161
     KA-12V030B             96 CS
----------------------------------------------------------------------
  12  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                 96 CS
N: 96.00  G: 96.00LBS       PLT/CS - 50/1
     WEST TRENTON HARWARE   Tie/Tier - 10/5
     1000
     HW5737160
     KA-12V040B             96 CS
----------------------------------------------------------------------
  13  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                 96 CS
N: 96.00  G: 96.00LBS       PLT/CS - 50/1
     WEST TRENTON HARWARE   Tie/Tier - 10/5
     1000
     HW5737159
     KA-12V058B             96 CS
----------------------------------------------------------------------
  14  GLOVES-NITRILE-S      GLOVES NITRILE SMALL                 96 CS
N: 96.00  G: 96.00LBS       PLT/CS - 50/1
     WEST TRENTON HARWARE   Tie/Tier - 10/5
     1000
     HW5737158
     KA-12V060B             96 CS
----------------------------------------------------------------------
  15  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                 96 CS
N: 96.00  G: 96.00LBS       PLT/CS - 50/1
     WEST TRENTON HARWARE   Tie/Tier - 10/5
```

Continued on Page    3

TALLY

Page   3 of   3

Carrier :   .

PUT / RECEIPT # :   RC-000644359

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARWARE

Receipt Date :  02.11.21
Trailer :

Reference Number :
Pro Bill Number  : 58860

LINE# ITEM                    ITEM Description                          Units SKU
Net/Gross Weight              Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location       Location Qty.
-----------------------------------------------------------------------------------
     1000
     HW5737157
     KA-12V058B              96 CS
-----------------------------------------------------------------------------------

                                             Total Units         1152

                                      Net       1152.00 LBS
                                      Gross     1152.00 LBS

Entered By :  GRUIZ                    Good Pallets : _____

Unloaded By : _____      Poor Pallets : _____

Put Away By : _____      Total Pallets : _____

                                       Pallets Exchanged : _____

END OF PUT / RECEIPT



# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 960 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size MD | 3840 of 40000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | 6720 of 60000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

*Americold*

*J Carpio*

*02-11-21*

*12 PLT*

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|---|---|
| 03.24.21 | RC-000653205 |

| TERMS | PAGE |
|---|---|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON , | Carrier  : .3<br>Warehouse: 501 Kentile Cooler<br>Reference: /<br>Pro Bill : 58860<br>Container#/Railcar#: |
|---|---|---|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ  08628 | REMIT PAYMENT TO | Americold Logistics, LLC<br>25586 Network Place<br>Chicago, IL  60673-1255 |
|---|---|---|---|

| QUANTITY | ITEM NO./LOT NO.      DESCRIPTION | | GROSS NET |
|---|---|---|---|
| 327 CS<br>327 CS | GLOVES-NITRILE-L GLOVES NITRILE LARG<br>WEST TRENTON<br>1000 | G:   327.000 N: | 327.00<br>327.00<br>327.000 |
| 420 CS<br>420 CS | GLOVES-NITRILE-S GLOVES NITRILE SMAL<br>WEST TRENTON<br>1000 | G:   420.000 N: | 420.00<br>420.00<br>420.000 |
| 75 CS<br>75 CS | GLOVES-NITRILE-XL GLOVES NITRILE XL<br>WEST TRENTON<br>3000 | G:    75.000 N: | 75.00<br>75.00<br>75.000 |

Pallets Received :  BGRD   12

| 822 CS | Gross:    822.00<br>Net  :    822.00 | **PLEASE PAY THIS AMOUNT** | |
|---|---|---|---|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

AMERICOLD LOGISTICS, LLC

BY _____

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

TALLY

Duplicate : 1

Carrier :   .3

Page     1 of    3

PUT / RECEIPT # :    RC-000653205

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  03.24.21
Trailer :

Reference Number : /
Pro Bill Number  : 58860

| LINE# ITEM | ITEM Description | | Units SKU |
|---|---|---|---|
| Net/Gross Weight | Qty. Breakdown | | |
| SUPL | | | |
| PACK | | | |
| PLT | | | |
| Whse-Location | Location Qty. | | |

---

1  GLOVES-NITRILE-XL       GLOVES NITRILE XL
N: 25.00  G: 25.00LBS     PLT/CS - 50/1                              25 CS
        WEST TRENTON      Tie/Tier - 10/5
        3000
        HW5628161
        KC-17B106E              25 CS

---

2  GLOVES-NITRILE-S        GLOVES NITRILE SMALL
N: 84.00  G: 84.00LBS     PLT/CS - 50/1                              84 CS
        WEST TRENTON      Tie/Tier - 10/5
        1000
        HW5628154
        KC-17E042E              84 CS

---

3  GLOVES-NITRILE-L        GLOVES NITRILE LARGE
N: 77.00  G: 77.00LBS     PLT/CS - 50/1                              77 CS
        WEST TRENTON      Tie/Tier - 10/5
        1000
        HW5628153
        KC-17E061E              77 CS

---

4  GLOVES-NITRILE-XL       GLOVES NITRILE XL
N: 25.00  G: 25.00LBS     PLT/CS - 50/1                              25 CS
        WEST TRENTON      Tie/Tier - 10/5
        3000
        HW5628164
        KC-17G016E              25 CS

---

5  GLOVES-NITRILE-S        GLOVES NITRILE SMALL
N: 78.00  G: 78.00LBS     PLT/CS - 50/1                              78 CS
        WEST TRENTON      Tie/Tier - 10/5
        1000
        HW5628163
        KC-17G023C              78 CS

---

6  GLOVES-NITRILE-XL       GLOVES NITRILE XL
N: 25.00  G: 25.00LBS     PLT/CS - 50/1                              25 CS
        WEST TRENTON      Tie/Tier - 10/5
        3000
        HW5628162

Continued on Page    2

visible text

TALLY

Duplicate : 1

Carrier :  .3

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Page    2 of    3

PUT / RECEIPT # :   RC-000653205

Shipper: Manual
WEST TRENTON

Receipt Date :  03.24.21
Trailer :

Reference Number : /
Pro Bill Number  : 58860

| LINE# ITEM | ITEM Description | |
|---|---|---|
| Net/Gross Weight | Qty. Breakdown | Units SKU |
| SUPL | | |
| PACK | | |
| PLT | | |
| Whse-Location | Location Qty. | |

---

KC-17G016E            25 CS

---

7  GLOVES-NITRILE-L      GLOVES NITRILE LARGE
N: 94.00  G: 94.00LBS    PLT/CS - 50/1                    94 CS
     WEST TRENTON         Tie/Tier - 10/5
     1000
     HW5628157
     KC-17E036E           94 CS

---

8  GLOVES-NITRILE-L      GLOVES NITRILE LARGE
N: 78.00  G: 78.00LBS    PLT/CS - 50/1                    78 CS
     WEST TRENTON         Tie/Tier - 10/5
     1000
     HW5628158
     KC-17E070F           78 CS

---

9  GLOVES-NITRILE-L      GLOVES NITRILE LARGE
N: 78.00  G: 78.00LBS    PLT/CS - 50/1                    78 CS
     WEST TRENTON         Tie/Tier - 10/5
     1000
     HW5628159
     KC-17E070F           78 CS

---

10  GLOVES-NITRILE-S      GLOVES NITRILE SMALL
N: 84.00  G: 84.00LBS    PLT/CS - 50/1                    84 CS
     WEST TRENTON         Tie/Tier - 10/5
     1000
     HW5628160
     KC-17E051E           84 CS

---

11  GLOVES-NITRILE-S      GLOVES NITRILE SMALL
N: 84.00  G: 84.00LBS    PLT/CS - 50/1                    84 CS
     WEST TRENTON         Tie/Tier - 10/5
     1000
     HW5628156
     KC-17E051E           84 CS

---

12  GLOVES-NITRILE-S      GLOVES NITRILE SMALL
N: 90.00  G: 90.00LBS    PLT/CS - 50/1                    90 CS
     WEST TRENTON         Tie/Tier - 10/5

Continued on Page    3

TALLY

Duplicate : 1

Carrier :  .3

Page    3 of    3

PUT / RECEIPT # :    RC-000653205

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  03.24.21
Trailer :

Reference Number : /
Pro Bill Number : 58860

LINE# ITEM
Net/Gross Weight
    SUPL
    PACK
    PLT
    Whse-Location

ITEM Description
Qty. Breakdown

Units SKU

Location Qty.

------------------------------------------------------------------------
1000
HW5628155
KC-17E053E                  90 CS
------------------------------------------------------------------------

Total Units        822

Net        822.00 LBS
Gross      822.00 LBS

Entered By :  GRUIZ

Unloaded By : _____

Put Away By : _____

END OF PUT / RECEIPT

Good Pallets : _____

Poor Pallets : _____

Total Pallets : _____

Pallets Exchanged : _____

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021



**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|-------|----------|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 4200 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | 3278 of 60000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 2250 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are
confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

AMERICOLD 501
03-23-21
IN: 12 PLTS
DONI .K

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|------|--------|
| 04.15.21 | RC-000658433 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON<br><br>' | Carrier   : .<br>Warehouse: 501 Kentile Cooler<br>Reference:<br>Pro Bill : 58860<br>Container#/Railcar#: |
|---|---|---|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ  08628 | REMIT PAYMENT TO | Americold Logistics, LLC<br>25586 Network Place<br>Chicago, IL  60673-1255 |
|---|---|---|---|

| QUANTITY | ITEM NO./LOT NO.        DESCRIPTION | | GROSS NET |
|---|---|---|---|
| 84 CS | GLOVES-NITRILE-S GLOVES NITRILE SMAL | | 84.00 |
| 84 CS | WEST TRENTON | | 84.00 |
| | 1000 | G:    84.000 N: | 84.000 |
| 923 CS | GLOVES-NITRILE-XL GLOVES NITRILE XL | | 923.00 |
| 923 CS | WEST TRENTON | | 923.00 |
| | 1000 | G:   923.000 N: | 923.000 |

Pallets Received : BGRD  12

| 1007 CS | Gross:   1007.00<br>Net  :   1007.00 | **PLEASE PAY THIS AMOUNT** | |
|---|---|---|---|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

AMERICOLD LOGISTICS, LLC

BY _____

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

EXHIBIT A – NON-NEGOTIABLE WAREHOUSE RECEIPT AND INVOICE – CONTRACT TERMS AND CONDITIONS

**SECTION 1 – DEFINITIONS**

As used in this Non-Negotiable Warehouse Receipt and Invoice (this "Warehouse Receipt") the following capitalized terms have the following meanings:

(a) AGENT. AmeriWeld Logistics, LLC, acting in its capacity as an authorized agent of or service provider to the following AmeriCold affiliated entities ("affiliates"), as applicable to this Warehouse Receipt. Logistics, Storage Provider, and AMICO-Canada, Inc. Agent acts in such capacity for the execution and delivery of this Warehouse Receipt, and to provide other services as stated herein. This definition shall also include the successors and assigns of AmeriCold Logistics, LLC.

(b) CHARGES. All amounts of any nature at any time due or claimed to be due to Logistics, Storage Provider or Transportation Services Provider with respect to the Goods, whether liquidated or unliquidated, including but not limited to taxes, disbursements, expenses, advances, storage, handling and transportation charges (including demurrage, detention and terminal charges), charges and expenses incurred in the preservation and sale of the Goods pursuant to law, charges incurred for services as provided herein, interest charges and all other charges and expenses of every nature, present and future, incurred by or for the account of Storer or any predecessor in interest or with respect to the Goods.

(c) GOODS. The personal property and any portion thereof identified on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice".

(d) LOT or LOTS. Unit or units of Goods for which a separate account is kept by Logistics.

(e) STORER. The person, firm, corporation or other entity for whom the Goods described herein are stored and to whom this Warehouse Receipt is issued and anyone else claiming an interest in the Goods.

**SECTION 2 – SERVICE PROVIDERS**

(a) All handling and related warehousing services will be provided by AmeriCold Logistics, LLC or by its disclosed Agent affiliate ("Opco" appears in the entity name) through AmeriCold Logistics, LLC as Agent or, as managed site, by its subsidiary affiliate AmeriCold Logistics-Managed, LLC through AmeriCold Logistics, LLC as Agent, as indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice". All warehousing services is furnished will be provided by AMICO-Canada, Inc., a subsidiary affiliate of AmeriCold Logistics, LLC. AmeriCold Logistics, LLC at such affiliate, as applicable, is referred to herein as "Logistics". (b) The warehouse where the Goods are stored is owned, controlled or managed by an affiliate of AmeriCold Logistics, LLC (such affiliate is referred to herein as "Storage Provider"). Storage Provider is providing storage space in accordance with the terms hereof, and Storage Provider joins as party to this Warehouse Receipt for purposes of providing such storage space and has all rights to enforce the terms hereof. Other than the provision of storage space, Storage Provider has no obligations to Storer under this Warehouse Receipt and is not liable for the acts or omissions of Logistics.Herewith- storing the foregoing. Storer is entitled to the rights and remedies afforded to Logistics hereunder to the extent directly or indirectly related to the storage space provided by Storage Provider or the charges assessed with respect thereto.

(c) The first AmeriCold entity identified at the top of each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" is the Storage Provider and the second identified AmeriCold entity is either AmeriCold Logistics, LLC or the affiliate of AmeriCold Logistics, LLC providing the warehousing services referred to in Section 2(a) above. If the name of any AmeriCold entity is abbreviated, the full name will be provided upon request.

(d) Storer may request that Logistics provide or arrange for transportation services in addition to the other services under this Warehouse Receipt. In that event, the transportation services will be provided by Logistics or an affiliate of Logistics (collectively, "Transportation Services Provider"), and all such transportation charges, whether billed by Logistics or the Transportation Services Provider, will be covered by and subject to Logistics' general warehouse lien set forth in Sections 12 of this Warehouse Receipt.

(e) The storage charges and similar non-handling charges due hereunder are payable to Storage Provider as the provider of the storage space, while all charges for handling and related warehousing services due hereunder are payable to Logistics and all charges for transportation services due hereunder, if any, are payable to Transportation Services Provider; however, the parties agree that Storer will pay all such charges to Agent, as agent for Storage Provider and Logistics and if applicable the Transportation Services Provider.

**SECTION 3 – TENDER FOR STORAGE**

(a) All Goods for storage shall be delivered at the warehouse location indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" properly marked and packed for handling as reasonably determined by Logistics. Logistics shall invoice and deliver Goods in the packages in which they were originally received.

(b) Storer shall furnish, at or prior to tender of the Goods, a manifest showing marks, brands or sizes to be kept and accounted for separately and the class of storage desired. If such manifest is not provided, Logistics may commingle and store the Goods in bulk or as tendered for or in convenient Lots or locations, or in general storage at the discretion of Logistics and charges for such storage will be made at then applicable rates as published or quoted by Logistics.

(c) Logistics shall not be responsible for segregating Goods by production code date or otherwise unless specifically agreed to in writing.

(d) Storer warrants that the Goods tendered for storage are not infested with pests, bacteria or any other contaminants whatsoever and that the Goods do not now and will not in the future present or constitute a danger to Logistics, its affiliates or its employees, to other products or to the warehouse. Storer hereby agrees to hold Logistics and its affiliates harmless from and indemnify Logistics and its affiliates against any and all losses, expenses, damages and costs including reasonable attorneys' fees and court costs ("Losses") arising from or attributable to a breach of the aforesaid warranty.

**SECTION 4 – TERMINATION OF STORAGE**

(a) Logistics may, upon written notice to Storer, require the removal of the Goods, or any portion thereof, from the warehouse at the termination of the period of storage, if any, fixed by this Warehouse Receipt or after the expiration of thirty (30) days from such notice, whichever is earlier. If, in the opinion of Logistics, Goods are about to deteriorate or decline in value to less than the amount of Warehouseman's lien, or there is a threat of damage to the Goods, to other property, to the warehouse, or to persons, Logistics may specify in the notice a shorter period for removal. All Charges relating to the Goods to be removed shall be paid prior to removal. If such Goods are not so removed and the said Charges paid, Logistics may, at Storer's expense, remove the Goods to another storage facility, or sell the Goods as provided by law and shall be entitled to exercise any other rights it has under law with respect to such Goods.

(b) If, in the opinion of Logistics, Goods may constitute a hazard to other property or to the warehouse or to persons, Logistics may, at Storer's expense, remove such Goods, and sell or dispose of them as permitted by law without liability to Storer.

**SECTION 5 – STORAGE LOCATION**

(a) The Goods stored pursuant to this Warehouse Receipt shall be stored at Logistics' discretion in any one or more buildings at the warehouse complex identified on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice". The identification of any specific location within the warehouse complex does not constitute a representation that the Goods shall be stored there.

(b) Subject to any contrary written instructions given by Storer, Logistics may, at any time, at its expense and without notice to Storer, remove any Goods from any room or area of the warehouse complex to any other room or area thereof.

**SECTION 6 – STORAGE CHARGES/STORAGE PERIOD**

(a) Charges for freezing, storage, handling and other services shall be billed in advance in the manner indicated herein and one Lot upon receipt of the invoice. Storage charges commence upon the date that the Goods are received for unloading and inspection for condition and count. ALL CHARGES ARE DUE AND PAYABLE WITHOUT ANY DEDUCTION OR OFFSET WHATSOEVER.

(b) ALL GOODS ARE STORED ON A MONTH-TO-MONTH BASIS, unless otherwise agreed in writing

(c) Unless otherwise agreed in writing, storage charges will be billed on either a split-month basis or an anniversary date basis.

(d) If storage charges are on a split month basis, the storage month is a calendar month. A half month's storage charge will apply on all Goods received between the first and 15th day, inclusive, of a calendar month. One-half month's storage charge will apply on all Goods received between the 16th and the last day, inclusive, of a calendar month. A full month's storage charge will apply on all Goods on storage on the first day of the next and each calendar month thereafter on all Goods then remaining in storage.

(e) If storage charges are on an anniversary date basis, the storage month shall extend from the date the Goods are received in one calendar month to, but not including, the same date of the next month. If there is no corresponding date in the next month, the storage month shall end on the last day of said next month. A full month's storage charge will apply when the Goods are received and an additional monthly storage charge shall apply on each successive storage month on all Goods then remaining in storage. (f) Rates quoted by weight will, unless otherwise specified, be computed on gross weight, and 2,000 pounds shall constitute a ton. Rates do not include any taxes, tariffs, duties, assessments or similar charges imposed upon the Goods while in the possession of Logistics, all of which shall be the sole responsibility and expense of Storer.

**SECTION 7 – HANDLING CHARGES**

(a) Handling charges cover only the ordinary labor and duties incidental to receiving and delivering unitized Goods at the warehouse dock during normal warehouse hours but do not include loading and unloading unless otherwise agreed in writing.

(b) A charge in addition to the regular handling charges will be made for any work other than as specified in subsection (a).

(c) When Goods are ordered out in quantities less than that in which received, Logistics may make an additional charge for each order at each item of re-order.

(d) Delivery by Logistics of less than all units of any Lot or of less than all the tangible Goods stored for Storer shall be made without subsequent sorting except by special arrangement and subject to an additional charge.

(e) Logistics may assess an additional charge when Goods, designated for frozen storage, are received at temperatures above 50º Fahrenheit.

**SECTION 8 – TRANSFER OF TITLE; DELIVERY**

(a) Instructions by Storer to transfer Goods to the account of another are not effective until the written instructions are delivered to and accepted by Logistics. A charge will be made for each such transfer and for any rehandling of Goods deemed by Logistics to be required thereby. Logistics reserves the right not to deliver or transfer Goods to or for the account of another except upon receipt of written instructions properly signed by Storer.

(b) Storer may furnish written instructions authorizing Logistics to accept telephone orders for delivery. In such case, (i) Logistics may require that such telephone order be confirmed by Storer in writing within 24 hours, and (ii) accuracy of any telephone order shall be at the risk of Storer.

Logistics and its affiliates shall not be liable for any loss resulting from a delivery made pursuant to a telephone order, whether or not so authorized, unless Logistics failed to exercise reasonable care.

(c) Logistics shall have a reasonable time to make delivery after Goods are ordered out and shall have a minimum of thirty (30) business days after receipt of a delivery order in which to locate any misplaced Goods.

(d) If Logistics has removed reasonable care in its custody, due to causes beyond its reasonable control, to effect delivery before expiration of the current storage period, the Goods shall be subject to storage charges for each succeeding storage period until delivery is effected.

(e) All instructions and requests for delivery or transfer of Goods are received subject to verification of all Charges and security interest of Logistics and its affiliates with respect to the Goods.

(f) Unless otherwise directed in writing by Storer to deliver against a non-negotiable warehouse receipt or other document of title, Logistics may deliver any of the Goods covered hereby to Storer, shall become part of Charges, and shall be secured by the lien created by this Warehouse Receipt.

(g) On outbound shipments, Storer may furnish a checker to verify load and count; otherwise, Logistics' record of load and count shall be conclusive.

(h) When Storer requests Logistics to arrange for transportation of Goods but does not specify a particular carrier, Logistics or Transportation Services Provider on its behalf may select any carrier in its sole discretion. STORER SHALL BE RESPONSIBLE FOR ALL CHARGES OF CARRIERS. ALL CLAIMS BY STORER RELATING, IN ANY WAY, TO TRANSPORTATION OF GOODS ARE NOT LOGISTICS' OR TRANSPORTATION SERVICES PROVIDER'S RESPONSIBILITY AND STORER AGREES TO PURSUE ALL SUCH CLAIMS DIRECTLY AGAINST THE CARRIER AND SHALL HOLD LOGISTICS AND ITS AFFILIATES HARMLESS FROM AND AGAINST ANY AND ALL SUCH CLAIMS.

**SECTION 9 – OTHER SERVICES AND CHARGES**

(a) Other services rendered in the interest of Storer or the Goods are chargeable to Storer. Such services may include, but are not limited to: furnishing of special warehouse space or material; repairing, re-coping, sampling, weighing, roping or inspecting the Goods; sampling statements; making collections; furnishing revenue stamps; reporting or recording marked weights or numbers; handling railroad express bills; and handling shipments.

(b) All Charges hereunder constitute commercial accounts and are due and payable upon receipt of the invoice therefor, ALL CHARGES NOT PAID WITHIN FIFTEEN (15) DAYS FROM THE DATE OF BILLING ARE SUBJECT TO AN INTEREST CHARGE FROM SUCH DATE UNTIL PAID AT THE LESSER OF ONE AND ONE HALF PERCENT (1½%) PER MONTH OR THE HIGHEST RATE PERMITTED BY LAW.

(c) Storer may, subject to insurance regulations and reasonable limitations imposed by Logistics, inspect the Goods stored in the warehouse under this Warehouse Receipt when accompanied by an employee of Logistics whose time is chargeable to Storer.

(d) In the event of actual or threatened damage to the Goods, or any portion thereof, Storer shall pay all reasonable and necessary costs of protecting and preserving the Goods and the cleanup and disposal of damaged or destroyed Goods. When such costs are attributable to Goods and property of one or more others, such costs shall be apportioned among Storer and others on a pro-rata basis as determined by Logistics in its reasonable discretion

(e) Logistics shall supply dunnage bracing and fastenings when it deems it appropriate on outbound shipments and the cost thereof is chargeable to Storer.

(f) Any additional costs incurred by Logistics in unloading, storing and handling damaged Goods are chargeable to Storer.

(g) A charge in addition to regular storage and handling rates will be made for bonded storage.

(h) All storage, handling and other services may be subject to minimum charges.

(i) Storer agrees to hold Logistics and its affiliates harmless from and indemnify them against all losses incurred by Logistics and its affiliates in connection with the storage, handling and disposition of the Goods received hereunder, including claims and lawsuits to which Logistics or its affiliates are made a party relating in any way to its performance under this Warehouse Receipt unless arising directly and exclusively from Logistics' gross negligence.

**SECTION 10 – LIABILITY AND LIMITATION OF DAMAGES**

(a) LOGISTICS AND ITS AFFILIATES SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR ANY LOSS OR DESTRUCTION OF OR DAMAGE TO THE GOODS, HOWEVER CAUSED, UNLESS SUCH LOSS, DAMAGE OR DESTRUCTION ARISES DIRECTLY AND EXCLUSIVELY FROM THEIR FAILURE TO EXERCISE SUCH CARE IN REGARD TO THE GOODS AS A REASONABLY CAREFUL PERSON WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. LOGISTICS AND ITS AFFILIATES SHALL NOT BE LIABLE FOR ANY LOSS OR DESTRUCTION OF OR DAMAGE TO GOODS THAT COULD NOT HAVE BEEN AVOIDED BY THE EXERCISE OF SUCH CARE. ALL DAMAGES DURING ANY PHYSICAL INVENTORY SHALL BE NETTED AGAINST SHORTAGES IN SAID PHYSICAL INVENTORY ACROSS PRODUCT LINES AND ALL NET OVERAGES AS A RESULT OF ANY PHYSICAL INVENTORY SHALL BE CARRIED FORWARD AND/OR BACKWARD TO OFFSET PRIOR AND/OR FUTURE NET PHYSICAL INVENTORY SHORTAGES.

(b) Logistics and Storer agree that the duty of care referred to in subsection 10(a) does not require Logistics or Storage

Provider to provide or maintain a sprinkler system or any warehouse.

(c) Unless specifically agreed to in writing, Logistics shall not be required to store Goods in a humidity controlled environment or be responsible for temperature changes.

(d) LOGISTICS SHALL NOT BE RESPONSIBLE FOR DETENTION OR DEMURRAGE OR DELAYS IN LOADING OR UNLOADING TRAILERS OR CARS OR DELAYS IN OBTAINING CARS FOR OUTBOUND SHIPMENT UNLESS SUCH DETENTION, DEMURRAGE OR DELAY WAS CAUSED DIRECTLY AND EXCLUSIVELY BY LOGISTICS' FAILURE TO EXERCISE REASONABLE CARE.

(e) IN THE EVENT OF LOSS OR DESTRUCTION OF OR DAMAGE TO GOODS FOR WHICH LOGISTICS AND/OR ANY OF ITS AFFILIATES ARE LEGALLY LIABLE, STORER DECLARES THAT LOGISTICS AND ITS AFFILIATES' TOTAL, INDIVIDUAL AND COLLECTIVE LIABILITY FOR DAMAGES SHALL BE LIMITED TO THE LESSER OF THE FOLLOWING: (1) THE ACTUAL COST TO STORER OF REPLACING, OR REPRODUCING THE LOST, DAMAGED, AND/OR DESTROYED GOODS TOGETHER WITH TRANSPORTATION COSTS TO WAREHOUSE, (2) THE FAIR MARKET VALUE OF THE LOST, DAMAGED, AND/OR DESTROYED GOODS ON THE DATE STORER IS NOTIFIED OF LOSS, DAMAGE AND/OR DESTRUCTION, OR (3) $0.50 PER POUND FOR SAID LOST, DAMAGED, AND/OR DESTROYED GOODS. PROVIDED, HOWEVER THAT WITHIN A REASONABLE TIME AFTER RECEIPT OF THIS WAREHOUSE RECEIPT, STORER MAY, UPON WRITTEN REQUEST INCREASE LOGISTICS' LIABILITY ON ANY PART OR ALL OF THE GOODS IN WHICH CASE AN INCREASED CHARGE WILL BE MADE BASED UPON SUCH INCREASED VALUATION; AND FURTHER PROVIDED THAT NO SUCH REQUEST SHALL BE VALID UNLESS MADE BY STORER AND ACCEPTED IN WRITING BY LOGISTICS BEFORE LOSS, DAMAGE OR DESTRUCTION TO ANY PORTION OF THE GOODS HAS OCCURRED.

(f) The liability referred to in Section 10(e) shall be Storer's exclusive remedy against Logistics and its affiliates for any claim or cause of action whatsoever relating to loss or destruction of or damage to Goods and shall apply to all claims including inventory shortage and mysterious disappearance claims unless Storer proves by affirmative evidence that Logistics converted the Goods to its own use. Storer waives any rights to rely upon any presumption of conversion imposed by law. IN NO EVENT SHALL STORER BE ENTITLED TO INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY TYPE OR DESCRIPTION.

**SECTION 11 – NOTICE OF CLAIM AND FILING OF ACTION**

(a) NEITHER LOGISTICS NOR ITS AFFILIATES SHALL BE LIABLE FOR ANY CLAIM OF ANY TYPE WITH RESPECT TO GOODS UNLESS SUCH CLAIM IS PRESENTED IN WRITING WITHIN A REASONABLE TIME, WHICH SHALL IN NO EVENT EXCEED SIXTY (60) DAYS FROM THE EARLIER OF: (1) THE DATE LOGISTICS DELIVERED THE GOODS; OR (2) THE DATE WHEN STORER LEARNED, OR IN THE EXERCISE OF REASONABLE CARE SHOULD HAVE LEARNED, OF THE LOSS, DAMAGE, DESTRUCTION OR OTHER EVENT OR CONDITION GIVING RISE TO THE CLAIM.

(b) As a condition to making any claim and as a condition precedent to filing any suit, Storer shall provide Logistics with a reasonable opportunity to inspect the Goods which are the basis of Storer's claim.

(c) NO LAWSUIT OR OTHER ACTION MAY BE MAINTAINED BY STORER OR OTHERS AGAINST LOGISTICS OR ITS AFFILIATES WITH RESPECT TO THE GOODS UNLESS A WRITTEN CLAIM HAS BEEN MADE WITHIN THE TIME PERIOD SET FORTH IN SUBSECTION 11(a) AND UNLESS STORER HAS PROVIDED LOGISTICS WITH A REASONABLE OPPORTUNITY TO INSPECT GOODS AS PROVIDED IN SUBSECTION 11(b) AND UNLESS SUCH ACTION IS COMMENCED WITHIN NINE (9) MONTHS AFTER THE EARLIER OF: (1) THE DATE LOGISTICS DELIVERED THE GOODS; OR (2) THE DATE WHEN STORER LEARNED, OR IN THE EXERCISE OF REASONABLE CARE SHOULD HAVE LEARNED, OF THE LOSS, DAMAGE, DESTRUCTION OR OTHER EVENT OR CONDITION GIVING RISE TO THE CLAIM.

**SECTION 12 – INSURANCE**

Goods are not insured by Logistics or its affiliates and the storage rates do not include insurance unless Logistics has agreed, in writing, to obtain such insurance for the benefit of Storer.

**SECTION 13 – LIEN AND SECURITY INTEREST**

STORER GRANTS TO LOGISTICS, STORAGE PROVIDER AND TRANSPORTATION SERVICES PROVIDER (COLLECTIVELY, "WAREHOUSEMAN") A FIRST PRIORITY GENERAL WAREHOUSE LIEN UPON AND SECURITY INTEREST IN THE GOODS and on the proceeds thereof for all Charges including all charges for storage, handling, transportation (including demurrage and terminal charges and all transportation charges identified in Section 2(d) of this Warehouse Receipt), insurance, labor and other charges present or future with respect to the Goods, advances or loans by Logistics in relation to the Goods and for expenses necessary for preservation of the Goods or reasonably incurred in their sale pursuant to law. Storer further grants Warehouseman a lien on the Goods for all such charges, advances and expenses in respect to any other property stored by Storer in any warehouse owned or operated by Warehouseman or its affiliates wherever located and whenever deposited and without regard to whether or not said other property is still in storage.

**SECTION 14 – MISCELLANEOUS**

(a) Logistics' failure to insist upon strict compliance with any provision of this Warehouse Receipt shall not constitute a

waiver or estoppel to later demand strict compliance therewith and shall not constitute a waiver or estoppel to insist upon strict compliance with all other provisions of this Warehouse Receipt.

(b) In the event any section of this Warehouse Receipt or part thereof shall be declared invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining sections and parts shall not, in any way, be affected or impaired thereby.

(c) Storer represents and warrants that it either (i) is the lawful owner of the Goods, which are not subject to any lien or security interest of others, or (ii) is the authorized agent of the lawful owner and of any holder of a lien or security interest which has or security interest(s) thereby subordinated to the lien and security interest of Warehouseman and has full power and authority to enter into this Warehouse Receipt. Storer agrees to satisfy all parties acquiring any interest in the Goods of the terms and conditions of this Warehouse Receipt and agrees, at its own expense, to defend the title and interest of Warehouseman against the claims and demands of all parties with respect to the Goods.

(d) All notices provided herein may be transmitted by any commercially reasonable means of communication and directed to Logistics at the address on the front hereof and to Chief Financial Officer, AmeriCold Logistics, LLC, 10 Glenlake Parkway, South Tower, Suite 600, Atlanta, GA 30328, and to Storer at its last known address. Storer is presumed to have knowledge of the contents of all notices transmitted in accordance with this subsection 14(d) upon receipt or three (3) days after transmittal, whichever first occurs.

(e) The interpretation, construction and validity of this Warehouse Receipt shall be governed by, and construed in accordance with, the laws of the state in which the warehouse location indicated on the front side of this Warehouse Receipt is located.

(f) This Warehouse Receipt supersedes and cancels any and all previous negotiations, arrangements, brochures, agreements, representations and undertakings between Logistics and Storer whether written or oral and shall not be changed, amended or modified except by written agreement signed by representatives of Logistics and Storer.

**SECTION 15 – ARBITRATION**

In the event that a dispute arising under this Warehouse Receipt cannot be resolved by the parties within thirty (30) days after receipt by one party from the other party of notice of a dispute or such additional time as the parties may agree upon in writing, the matter shall be submitted to the American Arbitration Association (the "AAA") for resolution. The matter shall be heard before a sole arbitrator in the city nearest the warehouse location indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" (or Atlanta, Georgia if the dispute does not involve a specific warehouse). The dispute shall be resolved by binding arbitration under the rules and administration of the AAA, and judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. IN CONSIDERING OR FIXING ANY AWARD UNDER THESE PROCEEDINGS, NEITHER PARTY SHALL BE ENTITLED TO SEEK OR RECOVER INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY TYPE OR DESCRIPTION. The costs of the arbitration, including any AAA administration fee, arbitrator's fee, and costs for the use of facilities during the hearings, shall be borne equally by the parties. Attorneys' fees may be awarded to the prevailing party or the discretion of the arbitrator. Each party's other costs and expenses shall be borne by the party incurring them.

```
                                TALLY

                                        Page    1 of    3

Carrier :  .                    PUT / RECEIPT # :   RC-000658433

Customer: NJSP                  Shipper: Manual
NJ STATE POLICE / OEM           WEST TRENTON
PO BOX 7068
Trenton, NJ 08628

Receipt Date :  04.15.21        Reference Number :
Trailer :                       Pro Bill Number  : 58860

LINE# ITEM                   ITEM Description                Units SKU
Net/Gross Weight             Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location          Location Qty.
-----------------------------------------------------------------------
   1 GLOVES-NITRILE-XL       GLOVES NITRILE XL                 83 CS
N: 83.00  G: 83.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5713982
      KC-17G051C                  83 CS
-----------------------------------------------------------------------
   2 GLOVES-NITRILE-S        GLOVES NITRILE SMALL              84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5713975
      KC-17G063B                  84 CS
-----------------------------------------------------------------------
   3 GLOVES-NITRILE-XL       GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5713974
      KC-17G065B                  84 CS
-----------------------------------------------------------------------
   4 GLOVES-NITRILE-XL       GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5713980
      KC-17G065B                  84 CS
-----------------------------------------------------------------------
   5 GLOVES-NITRILE-XL       GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5713979
      KC-17G065D                  84 CS
-----------------------------------------------------------------------
   6 GLOVES-NITRILE-XL       GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON           Tie/Tier - 10/5
      1000
      HW5713973
```

Continued on Page    2

TALLY

Page    2 of    3

Carrier :   .

PUT / RECEIPT # :   RC-000658433

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :   04.15.21
Trailer :

Reference Number :
Pro Bill Number  : 58860

LINE# ITEM                      ITEM Description                          Units SKU
Net/Gross Weight                Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location        Location Qty.
------------------------------------------------------------------------------------
      KC-17G065D               84 CS
------------------------------------------------------------------------------------
   7  GLOVES-NITRILE-XL        GLOVES NITRILE XL                           84 CS
N: 84.00  G: 84.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      HW5713972
      KC-17G063E               84 CS
------------------------------------------------------------------------------------
   8  GLOVES-NITRILE-XL        GLOVES NITRILE XL                           84 CS
N: 84.00  G: 84.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      HW5713971
      KC-17G059D               84 CS
------------------------------------------------------------------------------------
   9  GLOVES-NITRILE-XL        GLOVES NITRILE XL                           84 CS
N: 84.00  G: 84.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      HW5713970
      KC-17G059D               84 CS
------------------------------------------------------------------------------------
  10  GLOVES-NITRILE-XL        GLOVES NITRILE XL                           84 CS
N: 84.00  G: 84.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      HW5713969
      KC-17G057D               84 CS
------------------------------------------------------------------------------------
  11  GLOVES-NITRILE-XL        GLOVES NITRILE XL                           84 CS
N: 84.00  G: 84.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      HW5713981
      KC-17G055C               84 CS
------------------------------------------------------------------------------------
  12  GLOVES-NITRILE-XL        GLOVES NITRILE XL                           84 CS
N: 84.00  G: 84.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5

Continued on Page    3

TALLY

```
                                    Page    3 of    3

Carrier :   .                       PUT / RECEIPT # :   RC-000658433

Customer: NJSP                      Shipper: Manual
NJ STATE POLICE / OEM               WEST TRENTON
PO BOX 7068
Trenton, NJ 08628

Receipt Date : 04.15.21        Reference Number :
Trailer :                      Pro Bill Number  : 58860

LINE# ITEM                   ITEM Description                    Units SKU
Net/Gross Weight             Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location           Location Qty.
---------------------------------------------------------------------------
     1000
     HW5713976
     KC-17G055C              84 CS
---------------------------------------------------------------------------
                                      Total Units       1007

                                            Net    1007.00 LBS
                                          Gross    1007.00 LBS
```

Entered By :  GRUIZ                    Good Pallets : _____

Unloaded By : _____      Poor Pallets : _____

Put Away By : _____      Total Pallets : _____

                                       Pallets Exchanged : _____

END OF PUT / RECEIPT

658433

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 840 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 9240 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

AMERICOLD
GONZALO RUIZ
4/13/21
PLD IN 12
PLD OUT 2

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 840 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 9240 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|------|--------|
| 04.16.21 | RC-000658735 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

| NON-NEGOTIABLE WAREHOUSE RECEIPT | |
|---|---|
| **RECEIVED FROM** | WEST TRENTON <br> , | Carrier  : . <br> Warehouse: 501 Kentile Cooler <br> Reference: <br> Pro Bill : <br> Container#/Railcar#: |
| **FOR ACCOUNT OF** | NJ STATE POLICE / OEM <br> PO BOX 7068 <br> Trenton, NJ  08628 | **REMIT PAYMENT TO** Americold Logistics, LLC <br> 25586 Network Place <br> Chicago, IL  60673-1255 |

| QUANTITY | ITEM NO./LOT NO.     DESCRIPTION | | | GROSS NET |
|---|---|---|---|---|
| 48 CS | GLOVES-NITRILE-L GLOVES NITRILE LARG | | | 48.00 |
|  | WEST TRENTON | | | 48.00 |
| 23 CS | 1000 | G: | 23.000 N: | 23.000 |
| 15 CS | 2000 | G: | 15.000 N: | 15.000 |
| 10 CS | 3000 | G: | 10.000 N: | 10.000 |
| 45 EA | GLOVES-NITRILE-M-P Medium Nitrile Gl | | | 45.00 |
|  | WEST TRENTON | | | 45.00 |
| 45 EA | 400 | G: | 45.000 N: | 45.000 |
| 72 CS | GLOVES-NITRILE-M GLOVES NITRILE MEDI | | | 72.00 |
|  | WEST TRENTON | | | 72.00 |
| 69 CS | 1000 | G: | 69.000 N: | 69.000 |
| 3 CS | 2000 | G: | 3.000 N: | 3.000 |
| 203 EA | GLOVES-NITRILE-S-P Gloves Nitrile - | | | 203.00 |
|  | WEST TRENTON | | | 203.00 |
| 203 EA | 400 | G: | 203.000 N: | 203.000 |
| 43 CS | GLOVES-NITRILE-S GLOVES NITRILE SMAL | | | 43.00 |
|  | WEST TRENTON | | | 43.00 |
| 23 CS | 2000 | G: | 23.000 N: | 23.000 |
| 20 CS | 3000 | G: | 20.000 N: | 20.000 |
| 41 CS | GLOVES-NITRILE-XL GLOVES NITRILE XL | | | 41.00 |
|  | WEST TRENTON | | | 41.00 |
| 36 CS | 1000 | G: | 36.000 N: | 36.000 |
| 5 CS | 2000 | G: | 5.000 N: | 5.000 |

                Pallets Received :  BGRD  13

| 204 CS <br> 248 EA | Gross: | 452.00 | **PLEASE PAY THIS AMOUNT** |
|---|---|---|---|
|  | Net  : | 452.00 | |

See reverse for Storage Terms and Conditions including provisions limiting time
to make claim and file suit and amount of recoverable damages.

**GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.**

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING,
STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL
CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING,
COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER
DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

AMERICOLD LOGISTICS, LLC

BY _____

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

EXHIBIT A – NON-NEGOTIABLE WAREHOUSE RECEIPT AND INVOICE – CONTRACT TERMS AND CONDITIONS

**SECTION 1 – DEFINITIONS**

**SECTION 2 – SERVICE PROVIDERS**

**SECTION 3 – TENDER FOR STORAGE**

**SECTION 4 – TERMINATION OF STORAGE**

**SECTION 5 – STORAGE LOCATION**

**SECTION 6 – STORAGE CHARGES/STORAGE PERIOD**

**SECTION 7 – HANDLING CHARGES**

**SECTION 8 – TRANSFER OF TITLE; DELIVERY**

**SECTION 9 – OTHER SERVICES AND CHARGES**

**SECTION 10 – LIABILITY AND LIMITATION OF DAMAGES**

**SECTION 11 – INSURANCE**

**SECTION 12 – LIEN AND SECURITY INTEREST**

**SECTION 13 – MISCELLANEOUS**

**SECTION 14 – NOTICE OF CLAIM AND FILING OF ACTION**

**SECTION 15 – ARBITRATION**

TALLY

Page    1 of    3

Carrier :   .

PUT / RECEIPT # :    RC-000658735

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  04.16.21
Trailer :

Reference Number :
Pro Bill Number  :

```
LINE# ITEM                      ITEM Description
Net/Gross Weight                Qty. Breakdown                        Units SKU
      SUPL
      PACK
      PLT
      Whse-Location             Location Qty.
------------------------------------------------------------------------------------
    1  GLOVES-NITRILE-L         GLOVES NITRILE LARGE
N: 18.00  G: 18.00LBS           PLT/CS - 50/1                              18 CS
      WEST TRENTON              Tie/Tier - 10/5
      1000
      S10120215
      KC-17H023D                     18 CS
------------------------------------------------------------------------------------
    2  GLOVES-NITRILE-XL        GLOVES NITRILE XL
N: 36.00  G: 36.00LBS           PLT/CS - 50/1                              36 CS
      WEST TRENTON              Tie/Tier - 10/5
      1000
      S10120214
      KC-17H023D                     36 CS
------------------------------------------------------------------------------------
    3  GLOVES-NITRILE-M         GLOVES NITRILE MEDIUM
N: 27.00  G: 27.00LBS           PLT/CS - 50/1                              27 CS
      WEST TRENTON              Tie/Tier - 10/5
      1000
      S10121208
      KC-17H094E                     27 CS
------------------------------------------------------------------------------------
    4  GLOVES-NITRILE-S-P       Gloves Nitrile - S - Each
N:203.00  G:203.00LBS           EA - 1                                    203 EA
      WEST TRENTON
      400
      S10120213
      KC-17H077E                    203 EA
------------------------------------------------------------------------------------
    5  GLOVES-NITRILE-M         GLOVES NITRILE MEDIUM
N:  3.00  G:  3.00LBS           PLT/CS - 50/1                               3 CS
      WEST TRENTON              Tie/Tier - 10/5
      2000
      S10121207
      KC-17H092E                      3 CS
------------------------------------------------------------------------------------
    6  GLOVES-NITRILE-M-P       Medium Nitrile Gloves
N: 45.00  G: 45.00LBS           EA - 1                                     45 EA
      WEST TRENTON
      400
      S10121201
```

Continued on Page    2

TALLY

Page    2 of    3

PUT / RECEIPT # :   RC-000658735

Carrier :   .

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :   04.16.21
Trailer :

Reference Number :
Pro Bill Number  :

```
LINE# ITEM                     ITEM Description                    Units SKU
Net/Gross Weight               Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location            Location Qty.
-----------------------------------------------------------------------------
      KC-17H077E               45 EA
-----------------------------------------------------------------------------
   7  GLOVES-NITRILE-M         GLOVES NITRILE MEDIUM                  32 CS
N: 32.00  G: 32.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      S10121202
      KC-17H077E               32 CS
-----------------------------------------------------------------------------
   8  GLOVES-NITRILE-S         GLOVES NITRILE SMALL                   20 CS
N: 20.00  G: 20.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      3000
      S10121204
      KC-17H088D               20 CS
-----------------------------------------------------------------------------
   9  GLOVES-NITRILE-L         GLOVES NITRILE LARGE                    5 CS
N:  5.00  G:  5.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      S10121211
      KC-17H094C                5 CS
-----------------------------------------------------------------------------
  10  GLOVES-NITRILE-M         GLOVES NITRILE MEDIUM                  10 CS
N: 10.00  G: 10.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      1000
      S10121203
      KC-17H094D               10 CS
-----------------------------------------------------------------------------
  11  GLOVES-NITRILE-S         GLOVES NITRILE SMALL                   23 CS
N: 23.00  G: 23.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
      2000
      S10121205
      KC-17H095C               23 CS
-----------------------------------------------------------------------------
  12  GLOVES-NITRILE-L         GLOVES NITRILE LARGE                   15 CS
N: 15.00  G: 15.00LBS          PLT/CS - 50/1
      WEST TRENTON             Tie/Tier - 10/5
```

Continued on Page    3

TALLY

Page   3 of   3

Carrier :   .

PUT / RECEIPT # :   RC-000658735

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  04.16.21
Trailer :

Reference Number :
Pro Bill Number  :

```
LINE# ITEM                      ITEM Description                          Units SKU
Net/Gross Weight                Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location              Location Qty.
--------------------------------------------------------------------------------------
     2000
     S10121210
     KC-17H092C                 15 CS
------------------------------------------------------------------------------------
( 13 )  GLOVES-NITRILE-XL       GLOVES NITRILE XL                          5 CS
N: 5.00  G:  5.00LBS            PLT/CS - 50/1
     WEST TRENTON               Tie/Tier - 10/5
     2000
     S10121209
     KC-17H094C                 5 CS
-------------------------------------------------------------------------------------
( 14 )  GLOVES-NITRILE-L        GLOVES NITRILE LARGE                      10 CS
N: 10.00  G: 10.00LBS           PLT/CS - 50/1
     WEST TRENTON               Tie/Tier - 10/5
     3000
     S10121206
     KC-17H095C                 10 CS
--------------------------------------------------------------------------------------
```

Total Units     ( 452 )

Net     452.00 LBS
Gross   452.00 LBS

Entered By :  GRUIZ

Unloaded By : _____

Put Away By : _____

END OF PUT / RECEIPT

Good Pallets : _____

Poor Pallets : _____

Total Pallets : _____

Pallets Exchanged : _____

**Hall's Warehouse Corp.**
P.O. Box 378
501 Kentile Road
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|---|---|
| 12.30.20 | RC-000635435 |

| TERMS | PAGE |
|---|---|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON HARDWARE<br>16 WEST UPPER FERRY RD<br>EWING, NJ | Carrier  : OWN TRUCK<br>Warehouse: 501 Kentile Cooler<br>Reference: DEC 23 2020<br>Pro Bill : 53009<br>Container#/Railcar#: |
|---|---|---|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ  08628 | REMIT PAYMENT TO | Hall's Warehouse Corp.<br>P.O. Box 378<br>South Plainfield, NJ  07080 |
|---|---|---|---|

| QUANTITY | ITEM NO./LOT NO.   DESCRIPTION | | GROSS NET |
|---|---|---|---|
| 71 CS | GLOVES-VINYL-L GLOVES VINYL LARGE | | 71.00 |
| | WEST HARDWARE | | 71.00 |
| 71 CS | 1000 | G:   71.000 N: | 71.000 |
| | | | |
| 539 CS | GLOVES-VINYL-M GLOVES VINYL MEDIUM | | 539.00 |
| | WEST HARDWARE | | 539.00 |
| 539 CS | 1000 | G:  539.000 N: | 539.000 |
| | | | |
| 240 CS | GLOVES-VINYL-XL GLOVES VINYL XL | | 240.00 |
| | WEST HARDWARE | | 240.00 |
| 240 CS | 1000 | G:  240.000 N: | 240.000 |

| 850 CS | Gross:    850.00<br>Net  :    850.00 | **PLEASE PAY THIS AMOUNT** |
|---|---|---|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

BY _____  **Hall's Warehouse Corp.** _____

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

TALLY

Page    1 of    3

Carrier :  OWN TRUCK                          PUT / RECEIPT # :    RC-000635435

Customer: NJSP                                Shipper: Manual
NJ STATE POLICE / OEM                         WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                             16 WEST UPPER FERRY RD
                                              EWING, NJ

Receipt Date :  12.30.20          Reference Number : DEC 23 2020
Trailer :                         Pro Bill Number  : 53009

LINE# ITEM                    ITEM Description                        Units SKU
Net/Gross Weight              Qty. Breakdown
      SUPL
      PACK
      PLT                                             12-30-20
      Whse-Location           Location Qty.
--------------------------------------------------------------------------------
   1  GLOVES-VINYL-M          GLOVES VINYL MEDIUM                        80 CS
N: 80.00  G: 80.00LBS         PLT/CS - 50/1
      WEST HARDWARE           Tie/Tier - 10/5
      1000
      HW5748605
      KC-17B108E                  80 CS
--------------------------------------------------------------------------------
   2  GLOVES-VINYL-XL         GLOVES VINYL XL                            80 CS
N: 80.00  G: 80.00LBS         PLT/CS - 50/1
      WEST HARDWARE           Tie/Tier - 10/5
      1000
      HW5748604
      KC-17B090E                  80 CS
--------------------------------------------------------------------------------
   3  GLOVES-VINYL-L          GLOVES VINYL LARGE                         71 CS
N: 71.00  G: 71.00LBS         PLT/CS - 50/1
      WEST HARDWARE           Tie/Tier - 10/5
      1000
      HW5751314
      KC-17B106E                  71 CS
--------------------------------------------------------------------------------
   4  GLOVES-VINYL-M          GLOVES VINYL MEDIUM                        80 CS
N: 80.00  G: 80.00LBS         PLT/CS - 50/1
      WEST HARDWARE           Tie/Tier - 10/5
      1000
      HW5748597
      KC-17E063E                  80 CS
--------------------------------------------------------------------------------
   5  GLOVES-VINYL-XL         GLOVES VINYL XL                            80 CS
N: 80.00  G: 80.00LBS         PLT/CS - 50/1
      WEST HARDWARE           Tie/Tier - 10/5
      1000
      HW5748598
      KC-17B079G                  80 CS
--------------------------------------------------------------------------------
   6  GLOVES-VINYL-M          GLOVES VINYL MEDIUM                        59 CS
N: 59.00  G: 59.00LBS         PLT/CS - 50/1
      WEST HARDWARE           Tie/Tier - 10/5
      1000

Continued on Page    2

TALLY

Carrier :  OWN TRUCK                          PUT / RECEIPT # :    RC-000635435

Customer: NJSP                                Shipper: Manual
NJ STATE POLICE / OEM                         WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                             16 WEST UPPER FERRY RD
                                              EWING, NJ

Receipt Date :  12.30.20           Reference Number : DEC 23 2020
Trailer :                          Pro Bill Number  : 53009

LINE# ITEM                    ITEM Description                    Units SKU
Net/Gross Weight              Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location           Location Qty.
--------------------------------------------------------------------------
      HW5748590
      KC-17B091G                   59 CS
--------------------------------------------------------------------------
   7  GLOVES-VINYL-M           GLOVES VINYL MEDIUM                    80 CS
N: 80.00  G: 80.00LBS          PLT/CS - 50/1
      WEST HARDWARE            Tie/Tier - 10/5
      1000
      HW5748600
      KC-17B085G                   80 CS
--------------------------------------------------------------------------
   8  GLOVES-VINYL-XL          GLOVES VINYL XL                        80 CS
N: 80.00  G: 80.00LBS          PLT/CS - 50/1
      WEST HARDWARE            Tie/Tier - 10/5
      1000
      HW5748601
      KC-17B083G                   80 CS
--------------------------------------------------------------------------
   9  GLOVES-VINYL-M           GLOVES VINYL MEDIUM                    80 CS
N: 80.00  G: 80.00LBS          PLT/CS - 50/1
      WEST HARDWARE            Tie/Tier - 10/5
      1000
      HW5748603
      KC-17B093G                   80 CS
--------------------------------------------------------------------------
  10  GLOVES-VINYL-M           GLOVES VINYL MEDIUM                    80 CS
N: 80.00  G: 80.00LBS          PLT/CS - 50/1
      WEST HARDWARE            Tie/Tier - 10/5
      1000
      HW5748602
      KC-17B087G                   80 CS
--------------------------------------------------------------------------
  11  GLOVES-VINYL-M           GLOVES VINYL MEDIUM                    80 CS
N: 80.00  G: 80.00LBS          PLT/CS - 50/1
      WEST HARDWARE            Tie/Tier - 10/5
      1000
      HW5748599
      KC-17B095G                   80 CS
--------------------------------------------------------------------------

Continued on Page    3

TALLY

Page   3 of   3

Carrier :  OWN TRUCK                    PUT / RECEIPT # :   RC-000635435

Customer: NJSP                          Shipper: Manual
NJ STATE POLICE / OEM                   WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                       16 WEST UPPER FERRY RD
                                        EWING, NJ

Receipt Date :  12.30.20        Reference Number : DEC 23 2020
Trailer :                       Pro Bill Number  : 53009

LINE# ITEM                   ITEM Description                    Units SKU
Net/Gross Weight             Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location          Location Qty.
-----------------------------------------------------------------------
                                     Total Units        850

                                        Net      850.00 LBS
                                        Gross    850.00 LBS


Entered By :  MCIFUENTES            Good Pallets : _____

Unloaded By : _____  Poor Pallets : _____

Put Away By : _____   Total Pallets : _____

                                    Pallets Exchanged : _____
END OF PUT / RECEIPT

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|------|--------|
| 03.04.21 | RC-000648765 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON<br>' | Carrier  : .<br>Warehouse: 501 Kentile Cooler<br>Reference:<br>Pro Bill : 58860<br>Container#/Railcar#: |
|---------------|-------------------|------------------|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ  08628 | REMIT PAYMENT TO | Americold Logistics, LLC<br>25586 Network Place<br>Chicago, IL  60673-1255 |
|----------------|--------------------|------------------|------------------|

| QUANTITY | ITEM NO./LOT NO.       DESCRIPTION | | GROSS NET |
|----------|-----------------------------------|--|-----------|
| 120 CS | GLOVES-NITRILE-L GLOVES NITRILE LARG | | 120.00 |
|         | WEST TRENTON - VGUARD | | 120.00 |
| 120 CS | 1000 | G:  120.000 N: | 120.000 |
| | | | |
| 677 CS | GLOVES-NITRILE-M GLOVES NITRILE MEDI | | 677.00 |
|         | WEST TRENTON - SH | | 677.00 |
| 587 CS | 1000 | G:  587.000 N: | 587.000 |
|         | WEST TRENTON - VMGLOV | | |
| 90 CS | 1000 | G:   90.000 N: | 90.000 |
| | | | |
| 96 CS | GLOVES-NITRILE-XL GLOVES NITRILE XL | | 96.00 |
|         | WEST TRENTON - AMBITE | | 96.00 |
| 96 CS | 1000 | G:   96.000 N: | 96.000 |

| 893 CS | Gross:    893.00<br>Net  :    893.00 | **PLEASE PAY THIS AMOUNT** |
|--------|--------------------|----------------------------|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

AMERICOLD LOGISTICS, LLC
BY _____

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

TALLY

Page    1 of    2

Carrier :   .                              PUT / RECEIPT # :   RC-000648765

Customer: NJSP                             Shipper: Manual
NJ STATE POLICE / OEM                      WEST TRENTON
PO BOX 7068
Trenton, NJ 08628

Receipt Date : 03.04.21          Reference Number :
Trailer :                        Pro Bill Number  : 58860

```
LINE# ITEM                   ITEM Description                    Units SKU
Net/Gross Weight             Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location          Location Qty.
--------------------------------------------------------------------------
   1 GLOVES-NITRILE-M        GLOVES NITRILE MEDIUM                   90 CS
N: 90.00  G: 90.00LBS        PLT/CS - 50/1
      WEST TRENTON - VMGLOVTie/Tier - 10/5
      1000
      HW5734251
      KA-12U042E                90 CS
--------------------------------------------------------------------------
   2 GLOVES-NITRILE-M        GLOVES NITRILE MEDIUM                  105 CS
N:105.00  G:105.00LBS        PLT/CS - 50/1
      WEST TRENTON - SH     Tie/Tier - 10/5
      1000
      HW5734255
      KC-17H056E               105 CS
--------------------------------------------------------------------------
   3 GLOVES-NITRILE-XL       GLOVES NITRILE XL                      96 CS
N: 96.00  G: 96.00LBS        PLT/CS - 50/1
      WEST TRENTON - AMBITETie/Tier - 10/5
      1000
      HW5734254
      KC-17F060E                96 CS
--------------------------------------------------------------------------
   4 GLOVES-NITRILE-L        GLOVES NITRILE LARGE                  120 CS
N:120.00  G:120.00LBS        PLT/CS - 50/1
      WEST TRENTON - VGUARDTie/Tier - 10/5
      1000
      HW5644762
      KA-12V007E               120 CS
--------------------------------------------------------------------------
   5 GLOVES-NITRILE-M        GLOVES NITRILE MEDIUM                 112 CS
N:112.00  G:112.00LBS        PLT/CS - 50/1
      WEST TRENTON - SH     Tie/Tier - 10/5
      1000
      HW5644761
      KA-12V053E               112 CS
--------------------------------------------------------------------------
   6 GLOVES-NITRILE-M        GLOVES NITRILE MEDIUM                 117 CS
N:117.00  G:117.00LBS        PLT/CS - 50/1
      WEST TRENTON - SH     Tie/Tier - 10/5
      1000
      HW5734252
```

Continued on Page    2

```
                              TALLY

                             Page    2 of    2

Carrier :  .                 PUT / RECEIPT # :   RC-000648765

Customer: NJSP               Shipper: Manual
NJ STATE POLICE / OEM        WEST TRENTON
PO BOX 7068
Trenton, NJ 08628

Receipt Date : 03.04.21      Reference Number :
Trailer                      Pro Bill Number  : 58860

LINE# ITEM                   ITEM Description                    Units SKU
Net/Gross Weight             Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location          Location Qty.
-------------------------------------------------------------------------
      KA-12V017E             117 CS
-------------------------------------------------------------------------
   7   GLOVES-NITRILE-M      GLOVES NITRILE MEDIUM                   84 CS
N: 84.00  G: 84.00LBS        PLT/CS - 50/1
      WEST TRENTON - SH      Tie/Tier - 10/5
      1000
      HW5644760
      KC-17H108E             84 CS
-------------------------------------------------------------------------
   8   GLOVES-NITRILE-M      GLOVES NITRILE MEDIUM                  104 CS
N:104.00  G:104.00LBS        PLT/CS - 50/1
      WEST TRENTON - SH      Tie/Tier - 10/5
      1000
      HW5734253
      KC-17H052E             104 CS
-------------------------------------------------------------------------
   9   GLOVES-NITRILE-M      GLOVES NITRILE MEDIUM                   65 CS
N: 65.00  G: 65.00LBS        PLT/CS - 50/1
      WEST TRENTON - SH      Tie/Tier - 10/5
      1000
      HW5734256
      KC-17H056E             65 CS
-------------------------------------------------------------------------
                             Total Units       893

                             Net      893.00 LBS
                             Gross    893.00 LBS
```

Entered By :  GRUIZ                    Good Pallets : _____

Unloaded By : _____      Poor Pallets : _____

Put Away By : _____      Total Pallets : _____

                                       Pallets Exchanged : _____

END OF PUT / RECEIPT



# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

648765

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|-------|----------|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size MD | 5730 of 40000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | 4350 of 60000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 960 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are
confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

*Americoldsrv*
*3 (04 r 2021*
*1 Scar Truck*
*by Edwin Cogine*

*12 pks.*