# EXHIBIT B



*EMSL Analytical, Inc.*

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| *Attn.:* Lt. Deborah Couts #6309 | EMSL Case No.: 362101939 |
| **New Jersey State Police - Emergency Management** | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone   609-963-6900 x6728 | |

## - Laboratory Report -

## Material Identification

*Procurement of Samples and Analytical Overview:*

The samples for analysis arrived at EMSL Analytical (Cinnaminson, NJ) on June 23, 2021. The samples reported herein have been analyzed per the following equipment and methodologies.

Instruments/Methods:   Attenuated Total Reflectance- Fourier Transform Infrared Spectroscopy (ATR-FTIR)
Smith Detection IlluminatIR™ II FT-IR Spectrometer

Polarized Light Microscopy (PLM)

Analyzed by:   *[signature]*   July 8, 2021

Eugenia Mirica Ph.D.
Laboratory Manager
*Date*

Reviewed/Approved by:   *[signature]*   July 8, 2021

Daniel Macready
Approved Signatory
*Date*



**EMSL Analytical, Inc.**

200 North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

Attn.: Lt. Deborah Couts #6309
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone   609-963-6900 x6728

EMSL Case No.: 362101939
Sample(s) Received: 6/23/2021
Date of Reporting: 7/8/2021
Date Printed: 7/8/2021
Reported By: E. Mirica

Table 14: Identification of the material in the sample 13

| Sample Number on COC | 13 |
|---|---|
| EMSL Sample Identification | 362101939-0013 |
| Description | Asmsvlnawa Glave (HW5628157) |
| Material Identification | Latex |
| Comments | See Figure 14 |



Figure 14. FTIR spectrum of material from sample 13 (red trace) identified as latex (blue trace, the standard from the library).



*EMSL Analytical, Inc.*

200 North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| Attn.: Lt. Deborah Couts #6309 | EMSL Case No.: 362101939 |
| **New Jersey State Police - Emergency Management** | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone  609-963-6900 x6728 | |

Table 9: Identification of the material in the sample 8

| | |
|---|---|
| Sample Number on COC | 8 |
| EMSL Sample Identification | 362101939-0008 |
| Description | Med Care (HW5713982) |
| Material Identification | Vinyl |
| Comments | See Figure 9 |



Figure 9. FTIR spectrum of material from sample 8 (red trace) identified as vinyl (blue trace, the standard from the library).

 **EMSL Analytical, Inc.**

200 North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

*Attn.:*   Lt. Deborah Couts #6309
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone     609-963-6900 x6728

EMSL Case No.:   362101939
Sample(s) Received:   6/23/2021
Date of Reporting:   7/8/2021
Date Printed:   7/8/2021
Reported By:   E. Mirica

Table 35: Identification of the material in the sample 34

| Sample Number on COC | 34 |
|---|---|
| EMSL Sample Identification | 362101939-0034 |
| Description | Med Care (HW5713982) |
| Material Identification | Vinyl |
| Comments | See Figure 35 |



Figure 35. FTIR spectrum of material from sample 34 (red trace) identified as vinyl (blue trace, the standard from the library).



**EMSL Analytical, Inc.**

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

*Attn.:* Lt. Deborah Couts #6309
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone   609-963-6900 x6728

EMSL Case No.: 362101939
Sample(s) Received: 6/23/2021
Date of Reporting: 7/8/2021
Date Printed: 7/8/2021
Reported By: E. Mirica

Table 10: Identification of the material in the sample 9

| Sample Number on COC | 9 |
|---|---|
| EMSL Sample Identification | 362101939-0009 |
| Description | SH Glove (HW5644760) |
| Material Identification | Latex |
| Comments | See Figure 10 |



Figure 10. FTIR spectrum of material from sample 9 (red trace) identified as latex (blue trace, the standard from the library).



*EMSL Analytical, Inc.*

200 North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| Attn.: Lt. Deborah Couts #6309 | EMSL Case No.: 362101939 |
| New Jersey State Police - Emergency Management | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone  609-963-6900 x6728 | |

Table 36: Identification of the material in the sample 35

| | |
|---|---|
| Sample Number on COC | 35 |
| EMSL Sample Identification | 362101939-0035 |
| Description | SH Glove (HW5644760) |
| Material Identification | Latex |
| Comments | See Figure 36 |



Figure 36. FTIR spectrum of material from sample 35 (red trace) identified as latex (blue trace, the standard from the library).



**EMSL Analytical, Inc.**

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

*Attn.:*     Lt. Deborah Couts #6309
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone    609-963-6900 x6728

EMSL Case No.:    362101939
Sample(s) Received:    6/23/2021
Date of Reporting:    7/8/2021
Date Printed:    7/8/2021
Reported By:    E. Mirica

Table 11: Identification of the material in the sample 10

| Sample Number on COC | 10 |
|---|---|
| EMSL Sample Identification | 362101939-0010 |
| Description | Sky Med Glove (HW5721357) |
| Material Identification | Latex |
| Comments | See Figure 11 |



Figure 11. FTIR spectrum of material from sample 10 (red trace) identified as latex (blue trace, the standard from the library).



*EMSL Analytical, Inc.*

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| *Attn.:* Lt. Deborah Couts #6309 | EMSL Case No.: 362101939 |
| **New Jersey State Police - Emergency Management** | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone     609-963-6900 x6728 | |

Table 12: Identification of the material in the sample 11

| | |
|---|---|
| Sample Number on COC | 11 |
| EMSL Sample Identification | 362101939-0011 |
| Description | Sky Med Glove (HW5724376) |
| Material Identification | Latex |
| Comments | See Figure 12 |



Figure 12. FTIR spectrum of material from sample 11 (red trace) identified as latex (blue trace, the standard from the library).



*EMSL Analytical, Inc.*

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| Attn.:   Lt. Deborah Couts #6309 | EMSL Case No.: 362101939 |
| New Jersey State Police - Emergency Management | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone    609-963-6900 x6728 | |

Table 13: Identification of the material in the sample 12

| | |
|---|---|
| Sample Number on COC | 12 |
| EMSL Sample Identification | 362101939-0012 |
| Description | Asmsvlnawa Glove (HW5730718) |
| Material Identification | Latex |
| Comments | See Figure 13 |



Figure 13. FTIR spectrum of material from sample 12 (red trace) identified as latex (blue trace, the standard from the library).