**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

− − − − − − − − − − − − − − − − − − − − − − − − − − X

West Trenton Hardware LLC,                           :

                     Plaintiff,            :

                                  :

          against                  :

                                  :

Brooklyn Textiles, LLC,                              :

                    Defendant.            :

− − − − − − − − − − − − − − − − − − − − − − − − − − X

ACTION NO. 21-CV-17662

**COMPLAINT**

JURY TRIAL DEMANDED

West Trenton Hardware LLC, by and through its attorneys, Lanciano & Associates, LLC, for its Complaint against Brooklyn Textiles, LLC, alleges, on knowledge as to its own actions, and otherwise upon information and belief, as follows:

### PRELIMINARY STATEMENT

1. This is a straightforward matter seeking recovery from Defendant for its failure to deliver goods that conformed to Plaintiff's purchase orders. Specifically, Plaintiff ordered from Defendant approximately twenty million nitrile gloves. Of the gloves Defendant delivered, approximately one-fifth were, in fact, not nitrile. Plaintiff has demanded Defendant replace the defective goods or refund the purchase price thereof, to no avail.

2. Plaintiff seeks an order requiring Defendant to replace the defective goods or refund the approximately one million dollars paid by Defendant for said defective goods.

## JURISDICTION

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between citizens of New Jersey and New York, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## VENUE

4. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this district.

## PARTIES

5. West Trenton Hardware LLC is a limited liability company formed under the laws of New Jersey and does business in West Trenton, New Jersey. West Trenton Hardware LLC has two (2) members: Thomas Nemec and Robert Nemec, each of whom is a citizen and resident of New Jersey. West Trenton Hardware LLC it the entity that ordered from Defendant approximately twenty million nitrile gloves.

6. Upon information and belief, Brooklyn Textiles, LLC is a limited liability company formed under the laws of New York and does business in Brooklyn, New York. Upon information and belief, Brooklyn Textiles, LLC has one (1) member: George Popescu is a citizen of New York. Brooklyn Textiles, LLC accepted Plaintiff's order and purported to deliver approximately twenty million nitrile gloves.

## FACTS

## I.   **Plaintiff and Defendant Establish a Course of Dealing**

7. From October 2020 to April 2021, Plaintiff ordered more than $5 million dollars of goods from Defendant. The course of dealing between the parties was such that Plaintiff would email Defendant orders, and Defendant would accept those orders by fulfilling them.

## II.   Plaintiff Orders Approximately 20,000,00 Nitrile Gloves

8. Plaintiff purchased approximately 20,000,000 medical grade nitrile medical examination gloves from Defendant during the period February through April 2021.

9. Throughout that same period, Defendant came into New Jersey on twenty-two separate occasions and delivered gloves purporting to meet Plaintiff's specifications. Attached hereto as Exhibit A are true and correct copies of the evidence of Defendant's delivery of Plaintiff's order.

10. Each of the twenty-two deliveries was delivered directly to warehouse space leased by New Jersey in South Plainfield, New Jersey by Defendant using, upon information and belief, its own trucks.

11. Upon information and belief, New Jersey's South Plainfield warehouse space acted as an aggregating center for the distribution of PPE during the pandemic.

12. Upon information and belief, when Defendant delivered a shipment of gloves to New Jersey's South Plainfield location, the employees receiving the delivery would record, among other information, a pallet code, a pallet location, a lot number, and a serial number.

13. Upon information and belief, New Jersey would then distribute the PPE from the South Plainfield warehouse in accordance with resource requests submitted by agencies and localities throughout the state.

14. Upon information and belief, when New Jersey would distribute goods from the South Plainfield location, it would record, among other information, the pallet code, pallet location, lot number, and serial number of the PPE that was being distributed.

15. Defendant fulfilled Plaintiff's order on April 15, 2021.

### III.  Plaintiff Discovers Defendant's Gloves Were Not Nitrile

16. A mere five days after Defendant's final delivery, Plaintiff learned that Defendant's gloves were not nitrile, and, therefore, non-conforming in a material respect.

17. New Jersey notified Defendant that certain of the gloves Defendant delivered were non-conforming in that New Jersey believed the gloves to be made of latex instead of nitrile.

18. New Jersey came to that conclusion because while using the gloves, a number of first-responders or the patients the first-responders were examining who had latex allergies suffered reactions consistent with latex exposure.

19. Thus, the State of New Jersey had samples from the gloves delivered by Defendant tested by an independent laboratory.

20. Those tests revealed the presence of latex. Attached hereto as Exhibit B is a true and correct copy of the laboratory results provided to Plaintiff by the State of New Jersey.

### IV.  Plaintiff Gives Defendant Seasonable Notice of the Non-Conformity

21. Upon learning of the non-conformity, Plaintiff gave Defendant seasonable notice of said non-conformity and demanded that it resolve said non-conformity.

22. In response, Defendant's principal stated that the gloves were "bought in NJ from a local distributor" and that "it was of course certified and inspected as 100% nitrile." He further stated that he was "very surprised" about the non-conforming goods.

23. Despite his professed ignorance of the non-conformity, Defendant did nothing to correct the non-conformity.

24. Plaintiff's seasonable notice of the non-conformity operated as a rejection of said non-conforming goods.

25. After conducting a spot-check of Defendant's gloves, Plaintiff learned that there were approximately $1 million dollars' worth of non-conforming goods.

26. Upon information and belief, Defendant relied on the representations of its supplier that the gloves it procured were, in fact, nitrile gloves.

27. Such reliance, however, was unreasonable because it was well reported long before Plaintiff placed its order that manufacturers were misrepresenting latex and vinyl gloves as, "examination grade," i.e., nitrile. See Susan Pulliam et al., *Brokers Peddle Fake Medical Gloves Amid Coronavirus Shortages*, Wall St. J., Sept. 15, 2020, at A2.

28. In total, the State of New Jersey has determined that 5,796,000 of the gloves supplied by Defendant were misrepresented as medical grade nitrile gloves.

29. The defective products in question are as follows:

   a.  MedCare: 170,000 gloves;

   b.  SH Gloves: 587,000 gloves;

   c.  Sky Med: 2,858,000 gloves; and

   d.  Asmsvlnawa (Sri Trang Gloves) 2,181,000 gloves.

30. Plaintiff reasonably relied on Defendant's representation that it complied with the specification that it delivers nitrile gloves.

31. Furthermore, each box in the non-conforming lots purported to be nitrile gloves.

32. Finally, a visual inspection of the gloves would not obviously reveal the defect.

**COUNT 1: BREACH OF CONTRACT**

33. West Trenton Hardware LLC repeats and realleges paragraphs 1 through 20 hereof, as if fully set forth herein.

34. The gloves supplied by Defendant constitute "goods" within the meaning of Article 2 of the Uniform Commercial Code ("UCC"), N.J.S.A. § 12A:2-101 et seq.

35. The purchase order issued by Plaintiff constituted an offer to enter into a contract for the provision of approximately twenty million nitrile gloves.

36. By accepting said purchase order, Defendant formed a contract with Plaintiff which had as a material term that Defendant deliver approximately twenty million nitrile gloves.

37. Defendant breached the contract by delivering gloves that were not nitrile.

38. By reason of the foregoing, Defendant is liable in the amount of One Million Dollars ($1,000,000), plus interest and costs.

## COUNT II: BREACH OF IMPLIED WARRANTIES

39. West Trenton Hardware LLC repeats and realleges paragraphs 1 through 26 hereof, as if fully set forth herein.

40. Pursuant to the UCC, every agreement for the sale of goods contains implied warranties from the seller of merchantability and fitness for a particular purpose, and warranties that are customary and common in the particular industry.

41. Defendant's failure to furnish nitrile gloves breached the implied warranties contained in the agreement.

## DEMAND FOR JURY TRIAL

42. Pursuant to Federal Rule of Civil Procedure 38(b), West Trenton Hardware, LLC request a trial by jury on all issues properly triable to a jury.

## PRAYER FOR RELIEF

**WHEREFORE**, West Trenton Hardware, LLC requests judgment as follows:

A.     On Counts 1 and II, awarding damages in favor of West Trenton Hardware LLC, in an amount to be determined at trial, but in no event less than One Million Dollars ($1,000,000), plus interest and costs.

B.     Granting West Trenton Hardware LLC such other and further relief as the Court deems just and proper.

Dated: September 27, 2021

By: /s Larry E. Hardcastle, II, Esq.
Larry E. Hardcastle, II, Esq.
Bar Number: 025742010
lhardcastle@lancianolaw.com
Lanciano & Associates, LLC
2 Route 31 North
Pennington, NJ 08534
(609) 452-7100
Attorneys for Plaintiff West Trenton
Hardware LLC

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

I hereby certify pursuant to Local Civil Rule 11.2 that this matter in controversy is not the subject of any other action pending in any court, arbitration or administrative proceeding.

Dated: September 27, 2021

/s Larry E. Hardcastle, II, Esq.
Larry E. Hardcastle, II, Esq.
Lanciano & Associates, LLC
2 Route 31 North
Pennington, NJ 08534
(609) 452-7100

## LOCAL RULE 201.1 CERTIFICATION

I hereby certify that the matter in controversy is not eligible for compulsory arbitration

because Plaintiff seeks damages exceeding $150,000

Dated: September 27, 2021

/s Larry E. Hardcastle, II, Esq.
Larry E. Hardcastle, II, Esq.
Lanciano & Associates, LLC
2 Route 31 North
Pennington, NJ  08534
(609) 452-7100

# EXHIBIT A

| | Brand | Pallet Code | Pallet Location | Lot Number | Serial Number | Other | Halls Inbound Receipt Name | Date Received |
|---|---|---|---|---|---|---|---|---|
| 1 | Sky Med | HW5721324 | 12U031E | 9999955552PR | 8857127087023 | Label #2 | NJSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 2 | Sky Med | HW5721325 | 12U031E | 9999955552PR | 8857127087023 | Label #6 | NJSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 3 | Sky Med | HW5721356 | 12U059E | 9999955552PR | 8857127087023 | Label #9 | NJSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 1 | Sky Med | HW5721357 | 12U027E | 9999955552PR | 8857127087023 | Label #1 | NJSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 2 | Sky Med | HW5721369 | 12U027E | 9999955552PR | 8857127087023 | Label #8 | NJSP OEM - West Trenton Hardware - Gloves - 02-10-21 | 2/10/2021 |
| 3 | Sky Med | HW5737159 | 12V058B | 9999955552PR | 8857127087023 | Label #7 | NJSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/10/2021 |
| 4 | Sky Med | HW5737154 | 12V002C | 9999955552PR | 8857127087023 | Label #4 | NJSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/11/2021 |
| 5 | Sky Med | HW5737157 | 12V058B | 9999955552PR | 8857127087023 | Label #5 | NJSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/11/2021 |
| 6 | Sky Med | HW5737166 | 12V002C | 9999955552PR | 8857127087023 | Label #3 | NJSP OEM - West Trenton Hardware - Gloves - 02-11-21 | 2/11/2021 |
| 7 | SH Glove | HW5644760 | 17H108F | 0-1754235 | 8859130610588 | Label #1 | NJSP OEM -West Trenton Hardware - Gloves - 03-04-21 | 1/18/2021 |
| 8 | SH Glove | HW5644760 | 17H108E | 0-1754235 | 8859130610588 | Label #2 | NJSP OEM -West Trenton Hardware - Gloves - 03-04-21 | 1/18/2021 |
| 9 | SH Glove | HW5644761 | 12V053E | 0-1754235 | 8859130610588 | Label #4 | NJSP OEM -West Trenton Hardware - Gloves - 03-04-21 | 1/18/2021 |
| 10 | SH Glove | HW5734252 | 12V017E | 0-1754235 | 8859130610588 | Label #3 | NJSP OEM -West Trenton Hardware - Gloves - 03-04-21 | 3/4/2021 |
| 11 | Sky Med | HW5737160 | 12V008A | 9999955552PR | 8857127087023 | Label #10 | | 3/4/2021 |
| 12 | "ASMSVLNAWA" | HW5730717 | 12V041D | 07053 | 8859130600848 | Label #9 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 13 | "ASMSVLNAWA" | HW5730718 | 12V047D | 07053 | 8859130600862 | Label #2 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 14 | "ASMSVLNAWA" | HW5730721 | 12V067B | 07053 | 8859130600862 | Label #6 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 15 | "ASMSVLNAWA" | HW5730722 | 12V069B | 07053 | 8859130600848 | Label #11 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 16 | "ASMSVLNAWA" | HW5730723 | 12V076D | 07053 | 8859130600862 | Label #12 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 17 | "ASMSVLNAWA" | HW5730724 | 12V066B | 07053 | 8859130600862 | Label #7 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 18 | "ASMSVLNAWA" | HW5730725 | 12V066B | 07053 | 8859130600862 | Label #10 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 19 | "ASMSVLNAWA" | HW5730726 | 12V076D | 07053 | 8859130600848 | Label #5 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 20 | "ASMSVLNAWA" | HW5730727 | 12V084A | 07053 | 8859130600848 | Label #4 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 21 | "ASMSVLNAWA" | HW5730728 | 12V084A | 07053 | 8859130600848 | Label #8 | NJSP OEM West Trenton gloves 03-19-21 | 2/26/2021 |
| 22 | "ASMSVLNAWA" | HW5628157 | 17E036E | 07053 | 8859130600862 | Label #3 | NJSP OEM West Trenton gloves 03-24-21 | 1/8/2021 |
| 23 | Med Care | HW5713969 | 17G057D | QDMD01202002 | 010123456789012 8MED-XL | Label #4 | NJSP OEM West Trenton gloves 04-15-21.2nd delivery | 4/15/2021 |
| 24 | Med Care | HW5713970 | 17G059D | QDMD01202002 | 010123456789012 8MED-XL | Label #2 | NJSP OEM West Trenton gloves 04-15-21.2nd delivery | 4/15/2021 |
| 25 | Med Care | HW5713976 | 17G055C | QDMD01202002 | 010123456789012 8MED-XL | Label #3 | NJSP OEM West Trenton gloves 04-15-21.2nd delivery | 4/15/2021 |
| 26 | Med Care | HW5713982 | 17G051C | QDMD01202001 | 010123456789012 8MED-XL | Label #1 | NJSP OEM West Trenton gloves 04-15-21.2nd delivery | 4/15/2021 |
| 27 | "ASMSVLNAWA" | HW5627943 | 12U024C | 07053 | 8859130600855 | Label #1 | | 4/23/2021 |

**Americold Logistics, LLC**
P.O. Box 378
501 Kentile Road
TEL 908-756-6242
South Plainfield, NJ 07080

| DATE | NUMBER |
|---|---|
| 02.10.21 | RC-000643972 |

| TERMS | PAGE |
|---|---|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON HARDWARE<br>16 WEST UPPER FERRY ROAD<br>EWING, NJ | Carrier : OWN TRUCK<br>Warehouse: 501 Kentile Cooler<br>Reference: 58860<br>Pro Bill : 58860<br>Container#/Railcar#: |
|---|---|---|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ 08628 | REMIT PAYMENT TO | Hall's Warehouse Corp.<br>P.O. Box 378<br>South Plainfield, NJ 07080 |
|---|---|---|---|

| QUANTITY | | ITEM NO./LOT NO. | DESCRIPTION | | | GROSS NET |
|---|---|---|---|---|---|---|
| 521 CS | | GLOVES-NITRILE-L GLOVES NITRILE LARG | | | | 521.00 |
| | | WEST TRENTON | | | | 521.00 |
| 464 | CS | 1000 | | G: | 464.000 N: | 464.000 |
| 57 | CS | 2000 | | G: | 57.000 N: | 57.000 |
| | | | | | | |
| 633 CS | | GLOVES-NITRILE-M GLOVES NITRILE MEDI | | | | 633.00 |
| | | WEST TRENTON | | | | 633.00 |
| 560 | CS | 1000 | | G: | 560.000 N: | 560.000 |
| 43 | CS | 2000 | | G: | 43.000 N: | 43.000 |
| | | WEST TRENTON | | | | |
| 30 | CS | 2000 | | G: | 30.000 N: | 30.000 |
| | | | | | | |
| 4 EA | | GLOVES-NITRILE-S-P Gloves Nitrile - | | | | 4.00 |
| | | WEST TRENTON | | | | 4.00 |
| 4 | EA | 200 | | G: | 4.000 N: | 4.000 |
| | | | | | | |
| 217 CS | | GLOVES-NITRILE-S GLOVES NITRILE SMAL | | | | 217.00 |
| | | WEST TRENTON | | | | 217.00 |
| 185 | CS | 1000 | | G: | 185.000 N: | 185.000 |
| 32 | CS | 2000 | | G: | 32.000 N: | 32.000 |
| | | | | | | |
| 360 CS | | GLOVES-NITRILE-XL GLOVES NITRILE XL | | | | 360.00 |
| | | WEST TRENTON | | | | 360.00 |
| 360 | CS | 1000 | | G: | 360.000 N: | 360.000 |

          Pallets Received :  BGRD   5

| 1731 CS<br>4 EA | Gross: 1735.00<br>Net : 1735.00 | **PLEASE PAY THIS AMOUNT** |
|---|---|---|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING,
STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL
CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING,
COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER
DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time
to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

BY _____ Hall's Warehouse Corp.

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES

TALLY

Page    1 of    6

Carrier :  OWN TRUCK                        PUT / RECEIPT # :   RC-000643972

Customer: NJSP                              Shipper: Manual
NJ STATE POLICE / OEM                       WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                           16 WEST UPPER FERRY ROAD
                                            EWING, NJ

Receipt Date :  02.10.21          Reference Number : 58860
Trailer : N/A                     Pro Bill Number  : 58860

LINE# ITEM                        ITEM Description                    Units SKU
Net/Gross Weight                  Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location               Location Qty.
----------------------------------------------------------------------------------
   1 GLOVES-NITRILE-S    GLOVES NITRILE SMALL                          14 CS
N: 14.00  G: 14.00LBS    PLT/CS - 50/1
      WEST TRENTON       Tie/Tier - 10/5
      2000
      HW7206118
      KA-12U048D              14 CS
----------------------------------------------------------------------------------
   2 GLOVES-NITRILE-M    GLOVES NITRILE MEDIUM                         43 CS
N: 43.00  G: 43.00LBS    PLT/CS - 50/1
      WEST  TRENTON      Tie/Tier - 10/5
      2000
      HW5737156
      KA-12V045B              43 CS
----------------------------------------------------------------------------------
   3 GLOVES-NITRILE-L    GLOVES NITRILE LARGE                          20 CS
N: 20.00  G: 20.00LBS    PLT/CS - 50/1
      WEST TRENTON       Tie/Tier - 10/5
      2000
      HW7206117
      KA-12U078D              20 CS
----------------------------------------------------------------------------------
   5 GLOVES-NITRILE-M    GLOVES NITRILE MEDIUM                         96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
      WEST  TRENTON      Tie/Tier - 10/5
      1000
      HW5721325
      KA-12U031E              96 CS
----------------------------------------------------------------------------------
   6 GLOVES-NITRILE-M    GLOVES NITRILE MEDIUM                         96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
      WEST  TRENTON      Tie/Tier - 10/5
      1000
      HW5721324
      KA-12U031E              96 CS
----------------------------------------------------------------------------------
   7 GLOVES-NITRILE-M    GLOVES NITRILE MEDIUM                         96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
      WEST  TRENTON      Tie/Tier - 10/5
      1000

Continued on Page    2

```
                              TALLY

                                   Page    2 of    6

Carrier :  OWN TRUCK                PUT / RECEIPT # :   RC-000643972

Customer: NJSP                      Shipper: Manual
NJ STATE POLICE / OEM               WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                   16 WEST UPPER FERRY ROAD
                                    EWING, NJ

Receipt Date :  02.10.21       Reference Number : 58860
Trailer : N/A                  Pro Bill Number  : 58860

LINE# ITEM                     ITEM Description                   Units SKU
Net/Gross Weight               Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location             Location Qty.
-------------------------------------------------------------------------------
     HW5721323
     KA-12V053E                 96 CS
-------------------------------------------------------------------------------
   8  GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
     WEST  TRENTON              Tie/Tier - 10/5
     1000
     HW5721355
     KA-12U073E                 96 CS
-------------------------------------------------------------------------------
   9  GLOVES-NITRILE-S          GLOVES NITRILE SMALL                 96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
     WEST TRENTON               Tie/Tier - 10/5
     1000
     HW5721322
     KA-12U073E                 96 CS
-------------------------------------------------------------------------------
  10  GLOVES-NITRILE-XL         GLOVES NITRILE XL                    96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
     WEST TRENTON               Tie/Tier - 10/5
     1000
     HW5721356
     KA-12U059E                 96 CS
-------------------------------------------------------------------------------
  11  GLOVES-NITRILE-L          GLOVES NITRILE LARGE                 96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
     WEST TRENTON               Tie/Tier - 10/5
     1000
     HW5721369
     KA-12U027E                 96 CS
-------------------------------------------------------------------------------
  12  GLOVES-NITRILE-L          GLOVES NITRILE LARGE                 96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
     WEST TRENTON               Tie/Tier - 10/5
     1000
     HW5721357
     KA-12U027E                 96 CS
-------------------------------------------------------------------------------
```

Continued on Page    3

TALLY

Page    3 of    6

Carrier :  OWN TRUCK                      PUT / RECEIPT # :   RC-000643972

Customer: NJSP                            Shipper: Manual
NJ STATE POLICE / OEM                     WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                         16 WEST UPPER FERRY ROAD
                                          EWING, NJ

Receipt Date :  02.10.21        Reference Number : 58860
Trailer : N/A                   Pro Bill Number  : 58860

LINE# ITEM                    ITEM Description                      Units SKU
Net/Gross Weight              Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location           Location Qty.
-----------------------------------------------------------------------------
  13  GLOVES-NITRILE-S        GLOVES NITRILE SMALL                    84 CS
N: 84.00  G: 84.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      1000
      HW5718134
      KA-12W031C                    84 CS
-----------------------------------------------------------------------------
  14  GLOVES-NITRILE-M        GLOVES NITRILE MEDIUM                   84 CS
N: 84.00  G: 84.00LBS         PLT/CS - 50/1
      WEST  TRENTON           Tie/Tier - 10/5
      1000
      HW5718136
      KA-12W036D                    84 CS
-----------------------------------------------------------------------------
  15  GLOVES-NITRILE-M        GLOVES NITRILE MEDIUM                   84 CS
N: 84.00  G: 84.00LBS         PLT/CS - 50/1
      WEST  TRENTON           Tie/Tier - 10/5
      1000
      HW5718150
      KA-12W029A                    84 CS
-----------------------------------------------------------------------------
  16  GLOVES-NITRILE-L        GLOVES NITRILE LARGE                    84 CS
N: 84.00  G: 84.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      1000
      HW5718151
      KA-12W033A                    84 CS
-----------------------------------------------------------------------------
  17  GLOVES-NITRILE-L        GLOVES NITRILE LARGE                    84 CS
N: 84.00  G: 84.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      1000
      HW5718138
      KA-12W031B                    84 CS
-----------------------------------------------------------------------------
  18  GLOVES-NITRILE-L        GLOVES NITRILE LARGE                    84 CS
N: 84.00  G: 84.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      1000
-----------------------------------------------------------------------------

Continued on Page    4

TALLY

Page    4 of    6

Carrier :  OWN TRUCK

PUT / RECEIPT # :   RC-000643972

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARDWARE

16 WEST UPPER FERRY ROAD
EWING, NJ

Receipt Date : 02.10.21
Trailer : N/A

Reference Number : 58860
Pro Bill Number  : 58860

| LINE# ITEM | ITEM Description | Units SKU |
|---|---|---|
| Net/Gross Weight | Qty. Breakdown | |
| SUPL | | |
| PACK | | |
| PLT | | |
| Whse-Location | Location Qty. | |

--------------------------------------------------------------------
|   | HW5718137 | | |
|   | KA-12W025C | 84 CS | |
--------------------------------------------------------------------
| 19 GLOVES NITRILE-XL | GLOVES NITRILE XL | 84 CS |
| N: 84.00  G: 84.00LBS | PLT/CS - 50/1 | |
|   | WEST TRENTON | Tie/Tier - 10/5 | |
|   | 1000 | | |
|   | HW5737143 | | |
|   | KC-16D013C | 84 CS | |
--------------------------------------------------------------------
| 20 GLOVES-NITRILE-XL | GLOVES NITRILE XL | 66 CS |
| N: 66.00  G: 66.00LBS | PLT/CS - 50/1 | |
|   | WEST TRENTON | Tie/Tier - 10/5 | |
|   | 1000 | | |
|   | HW5737145 | | |
|   | KA-12U014C | 66 CS | |
--------------------------------------------------------------------
| 21 GLOVES-NITRILE-XL | GLOVES NITRILE XL | 84 CS |
| N: 84.00  G: 84.00LBS | PLT/CS - 50/1 | |
|   | WEST TRENTON | Tie/Tier - 10/5 | |
|   | 1000 | | |
|   | HW5737144 | | |
|   | KA-12W028D | 84 CS | |
--------------------------------------------------------------------
| 22 GLOVES-NITRILE-L | GLOVES NITRILE LARGE | 20 CS |
| N: 20.00  G: 20.00LBS | PLT/CS - 50/1 | |
|   | WEST TRENTON | Tie/Tier - 10/5 | |
|   | 1000 | | |
|   | HW5737146 | | |
|   | KC-16D023C | 20 CS | |
--------------------------------------------------------------------
| 23 GLOVES-NITRILE-XL | GLOVES NITRILE XL | 30 CS |
| N: 30.00  G: 30.00LBS | PLT/CS - 50/1 | |
|   | WEST TRENTON | Tie/Tier - 10/5 | |
|   | 1000 | | |
|   | HW5737147 | | |
|   | KC-16D023C | 30 CS | |
--------------------------------------------------------------------

Continued on Page    5

TALLY

Page    5 of     6

Carrier :  OWN TRUCK                          PUT / RECEIPT # :   RC-000643972

Customer: NJSP                                Shipper: Manual
NJ STATE POLICE / OEM                         WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                             16 WEST UPPER FERRY ROAD
                                              EWING, NJ

Receipt Date :  02.10.21          Reference Number : 58860
Trailer : N/A                     Pro Bill Number  : 58860

```
LINE# ITEM                    ITEM Description                        Units SKU
Net/Gross Weight              Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location           Location Qty.
--------------------------------------------------------------------------------
   24  GLOVES-NITRILE-S       GLOVES NITRILE SMALL                       4 CS
N:  4.00  G:  4.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      1000
      HW5737148
      KC-17H072A                  4 CS
--------------------------------------------------------------------------------
   25  GLOVES-NITRILE-S       GLOVES NITRILE SMALL                       1 CS
N:  1.00  G:  1.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      1000
      HW5737148
      KC-17H072A                  1 CS
--------------------------------------------------------------------------------
   26  GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM                      8 CS
N:  8.00  G:  8.00LBS         PLT/CS - 50/1
      WEST  TRENTON           Tie/Tier - 10/5
      1000
      HW5737149
      KC-17H072A                  8 CS
--------------------------------------------------------------------------------
   27  GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM                     30 CS
N: 30.00  G: 30.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      2000
      HW5530622
      KA-12U028D                 30 CS
--------------------------------------------------------------------------------
   28  GLOVES-NITRILE-S       GLOVES NITRILE SMALL                      18 CS
N: 18.00  G: 18.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      2000
      HW5530629
      KA-12U034C                 18 CS
--------------------------------------------------------------------------------
   29  GLOVES-NITRILE-L       GLOVES NITRILE LARGE                      37 CS
N: 37.00  G: 37.00LBS         PLT/CS - 50/1
      WEST TRENTON            Tie/Tier - 10/5
      2000
```

Continued on Page     6

TALLY

Page    6 of    6

Carrier :  OWN TRUCK

PUT / RECEIPT # :   RC-000643972

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARDWARE

16 WEST UPPER FERRY ROAD
EWING, NJ

Receipt Date :  02.10.21
Trailer : N/A

Reference Number : 58860
Pro Bill Number  : 58860

| LINE# ITEM | ITEM Description | Units SKU |
|---|---|---|
| Net/Gross Weight | Qty. Breakdown | |
| SUPL | | |
| PACK | | |
| PLT | | |
| Whse-Location | Location Qty. | |

---

```
      HW5530627
      KA-12U017D           37 CS
```
---
```
  30  GLOVES-NITRILE-S-P  Gloves Nitrile - S - Each                    4 EA
N:  4.00  G:  4.00LBS     EA - 1
      WEST TRENTON
      200
      HW5530628
      KA-12U034C           4 EA
```
---

Total Units     1735

Net    1735.00 LBS
Gross  1735.00 LBS

Entered By :  MCIFUENTES

Good Pallets : _____

Unloaded By : _____

Poor Pallets : _____

Put Away By : _____

Total Pallets : _____

Pallets Exchanged : _____

END OF PUT / RECEIPT

**643972**

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | | QUANTITY |
|---|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | *30* | 1588 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size MD | *40* | 3380 of 40000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | *60* | 4044 of 60000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are
confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

*REC 12pc*

*2/9/21      1700 Dn*

Hall's Warehouse Corp.
P.O. Box 378
501 Kentile Road
TEL 908-756-6242
South Plainfield, NJ 07080

| DATE | NUMBER |
|------|--------|
| 02.11.21 | RC-000644359 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON HARWARE |
|---------------|----------------------|

Carrier : .
Warehouse: 501 Kentile Ambient
Reference:
Pro Bill : 58860
Container#/Railcar#:

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ 08628 | REMIT PAYMENT TO | Hall's Warehouse Corp.<br>P.O. Box 378<br>South Plainfield, NJ 07080 |
|----------------|---|---|---|

| QUANTITY | ITEM NO./LOT NO. | DESCRIPTION | GROSS NET |
|----------|------------------|-------------|-----------|
| 672 CS | GLOVES-NITRILE-L GLOVES NITRILE LARG | | 672.00 |
| | WEST TRENTON HARWARE | | 672.00 |
| 672 CS | 1000 | G: 672.000 N: | 672.000 |
| 384 CS | GLOVES-NITRILE-M GLOVES NITRILE MEDI | | 384.00 |
| | WEST TRENTON HARWARE | | 384.00 |
| 384 CS | 1000 | G: 384.000 N: | 384.000 |
| 96 CS | GLOVES-NITRILE-S GLOVES NITRILE SMAL | | 96.00 |
| | WEST TRENTON HARWARE | | 96.00 |
| 96 CS | 1000 | G: 96.000 N: | 96.000 |

| 1152 CS | Gross: 1152.00<br>Net : 1152.00 | **PLEASE PAY THIS AMOUNT** |
|---------|---|---|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING,
STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL
CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING,
COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER
DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time
to make claim and file suit and amount of recoverable damages.

BY _____ Hall's Warehouse Corp. _____

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES

# TALLY

Carrier :  .

PUT / RECEIPT # :   RC-000644359

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARWARE

Receipt Date :  02.11.21
Trailer :

Reference Number :
Pro Bill Number  : 58860

```
LINE# ITEM                      ITEM Description                      Units SKU
Net/Gross Weight                Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location      Location Qty.
-------------------------------------------------------------------------------
    4  GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                   96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE   Tie/Tier - 10/5
      1000
      HW5737166
      KA-12V002C             96 CS
-------------------------------------------------------------------------------
    5  GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                   96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE   Tie/Tier - 10/5
      1000
      HW5737154
      KA-12V002C             96 CS
-------------------------------------------------------------------------------
    6  GLOVES-NITRILE-L          GLOVES NITRILE LARGE                    96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE   Tie/Tier - 10/5
      1000
      HW5737155
      KA-12V014D             96 CS
-------------------------------------------------------------------------------
    7  GLOVES-NITRILE-L          GLOVES NITRILE LARGE                    96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE   Tie/Tier - 10/5
      1000
      HW5737165
      KA-12V010C             96 CS
-------------------------------------------------------------------------------
    8  GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                   96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE   Tie/Tier - 10/5
      1000
      HW5737164
      KA-12V024C             96 CS
-------------------------------------------------------------------------------
    9  GLOVES-NITRILE-L          GLOVES NITRILE LARGE                    96 CS
N: 96.00  G: 96.00LBS           PLT/CS - 50/1
      WEST TRENTON HARWARE   Tie/Tier - 10/5
      1000
      HW5737163
```

Continued on Page    2

# TALLY

Carrier :   .

PUT / RECEIPT # :   RC-000644359

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARWARE

Receipt Date :  02.11.21
Trailer :

Reference Number :
Pro Bill Number  : 58860

| LINE# ITEM | ITEM Description | Units SKU |
|---|---|---|
| Net/Gross Weight | Qty. Breakdown | |
| SUPL | | |
| PACK | | |
| PLT | | |
| Whse-Location | Location Qty. | |

---

KA-12V028C           96 CS

---

10  GLOVES-NITRILE-M      GLOVES NITRILE MEDIUM                    96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
        WEST TRENTON HARWARE  Tie/Tier - 10/5
        1000
        HW5737162
        KA-12V028C           96 CS

---

11  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                     96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
        WEST TRENTON HARWARE  Tie/Tier - 10/5
        1000
        HW5737161
        KA-12V030B           96 CS

---

12  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                     96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
        WEST TRENTON HARWARE  Tie/Tier - 10/5
        1000
        HW5737160
        KA-12V040B           96 CS

---

13  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                     96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
        WEST TRENTON HARWARE  Tie/Tier - 10/5
        1000
        HW5737159
        KA-12V058B           96 CS

---

14  GLOVES-NITRILE-S      GLOVES NITRILE SMALL                     96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
        WEST TRENTON HARWARE  Tie/Tier - 10/5
        1000
        HW5737158
        KA-12V060B           96 CS

---

15  GLOVES-NITRILE-L      GLOVES NITRILE LARGE                     96 CS
N: 96.00  G: 96.00LBS    PLT/CS - 50/1
        WEST TRENTON HARWARE  Tie/Tier - 10/5

Continued on Page     3

TALLY

Page 3 of 3

Carrier : .

PUT / RECEIPT # : RC-000644359

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARWARE

Receipt Date : 02.11.21
Trailer :

Reference Number :
Pro Bill Number : 58860

LINE# ITEM
Net/Gross Weight
    SUPL
    PACK
    PLT
    Whse-Location

ITEM Description
Qty. Breakdown

Units SKU

Location Qty.

-------------------------------------------------------------------------------
    1000
    HW5737157
    KA-12V058B       96 CS
-------------------------------------------------------------------------------

Total Units    1152

Net    1152.00 LBS
Gross    1152.00 LBS

Entered By : GRUIZ

Unloaded By : _____

Put Away By : _____

END OF PUT / RECEIPT

Good Pallets : _____

Poor Pallets : _____

Total Pallets : _____

Pallets Exchanged : _____

644359

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 960 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size MD | 3840 of 40000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | 6720 of 60000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

*Americold*

*J Carpio*

*02-11-21*

*12 PLT*

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ 07080

| DATE | NUMBER |
|------|--------|
| 03.24.21 | RC-000653205 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON , | Carrier : .3<br>Warehouse: 501 Kentile Cooler<br>Reference: /<br>Pro Bill : 58860<br>Container#/Railcar#: |
|---------------|----------------|------------------|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ 08628 | REMIT PAYMENT TO | Americold Logistics, LLC<br>25586 Network Place<br>Chicago, IL 60673-1255 |
|----------------|---------|---------|---------|

| QUANTITY | ITEM NO./LOT NO. DESCRIPTION | | GROSS NET |
|----------|------------------------------|--|-----------|
| 327 CS<br>327 CS | GLOVES-NITRILE-L GLOVES NITRILE LARG<br>WEST TRENTON<br>1000 | G: 327.000 N: | 327.00<br>327.00<br>327.000 |
| 420 CS<br>420 CS | GLOVES-NITRILE-S GLOVES NITRILE SMAL<br>WEST TRENTON<br>1000 | G: 420.000 N: | 420.00<br>420.00<br>420.000 |
| 75 CS<br>75 CS | GLOVES-NITRILE-XL GLOVES NITRILE XL<br>WEST TRENTON<br>3000 | G: 75.000 N: | 75.00<br>75.00<br>75.000 |

Pallets Received : BGRD 12

| 822 CS | Gross: 822.00<br>Net : 822.00 | **PLEASE PAY THIS AMOUNT** | |
|--------|-------------------------------|----------------------------|--|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

BY _____
AMERICOLD LOGISTICS, LLC

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

TALLY

Duplicate : 1

Carrier : .3

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Receipt Date : 03.24.21
Trailer :

Page   1 of   3

PUT / RECEIPT # :   RC-000653205

Shipper: Manual
WEST TRENTON

Reference Number : /
Pro Bill Number : 58860

| LINE# ITEM | ITEM Description | | |
|---|---|---|---|
| Net/Gross Weight | Qty. Breakdown | | Units SKU |
| SUPL | | | |
| PACK | | | |
| PLT | | | |
| Whse-Location | Location Qty. | | |

---

1  GLOVES-NITRILE-XL       GLOVES NITRILE XL
N: 25.00  G: 25.00LBS     PLT/CS - 50/1                          25 CS
      WEST TRENTON        Tie/Tier - 10/5
      3000
      HW5628161
      KC-17B106E              25 CS

---

2  GLOVES-NITRILE-S        GLOVES NITRILE SMALL
N: 84.00  G: 84.00LBS     PLT/CS - 50/1                          84 CS
      WEST TRENTON        Tie/Tier - 10/5
      1000
      HW5628154
      KC-17E042E              84 CS

---

3  GLOVES-NITRILE-L        GLOVES NITRILE LARGE
N: 77.00  G: 77.00LBS     PLT/CS - 50/1                          77 CS
      WEST TRENTON        Tie/Tier - 10/5
      1000
      HW5628153
      KC-17E061E              77 CS

---

4  GLOVES-NITRILE-XL       GLOVES NITRILE XL
N: 25.00  G: 25.00LBS     PLT/CS - 50/1                          25 CS
      WEST TRENTON        Tie/Tier - 10/5
      3000
      HW5628164
      KC-17G016E              25 CS

---

5  GLOVES-NITRILE-S        GLOVES NITRILE SMALL
N: 78.00  G: 78.00LBS     PLT/CS - 50/1                          78 CS
      WEST TRENTON        Tie/Tier - 10/5
      1000
      HW5628163
      KC-17G023C              78 CS

---

6  GLOVES-NITRILE-XL       GLOVES NITRILE XL
N: 25.00  G: 25.00LBS     PLT/CS - 50/1                          25 CS
      WEST TRENTON        Tie/Tier - 10/5
      3000
      HW5628162

---

Continued on Page   2

TALLY

Duplicate : 1

Page  2 of  3

Carrier :  .3

PUT / RECEIPT # :   RC-000653205

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  03.24.21
Trailer :

Reference Number : /
Pro Bill Number : 58860

| LINE# ITEM | ITEM Description | | Units SKU |
|---|---|---|---|
| Net/Gross Weight | Qty. Breakdown | | |
| SUPL | | | |
| PACK | | | |
| PLT | | | |
| Whse-Location | Location Qty. | | |

---

KC-17G016E             25 CS

---

7  GLOVES-NITRILE-L    GLOVES NITRILE LARGE                    94 CS
N: 94.00  G: 94.00LBS  PLT/CS - 50/1
    WEST TRENTON       Tie/Tier - 10/5
    1000
    HW5628157
    KC-17E036E             94 CS

---

8  GLOVES-NITRILE-L    GLOVES NITRILE LARGE                    78 CS
N: 78.00  G: 78.00LBS  PLT/CS - 50/1
    WEST TRENTON       Tie/Tier - 10/5
    1000
    HW5628158
    KC-17E070F             78 CS

---

9  GLOVES-NITRILE-L    GLOVES NITRILE LARGE                    78 CS
N: 78.00  G: 78.00LBS  PLT/CS - 50/1
    WEST TRENTON       Tie/Tier - 10/5
    1000
    HW5628159
    KC-17E070F             78 CS

---

10  GLOVES-NITRILE-S   GLOVES NITRILE SMALL                    84 CS
N: 84.00  G: 84.00LBS  PLT/CS - 50/1
    WEST TRENTON       Tie/Tier - 10/5
    1000
    HW5628160
    KC-17E051E             84 CS

---

11  GLOVES-NITRILE-S   GLOVES NITRILE SMALL                    84 CS
N: 84.00  G: 84.00LBS  PLT/CS - 50/1
    WEST TRENTON       Tie/Tier - 10/5
    1000
    HW5628156
    KC-17E051E             84 CS

---

12  GLOVES-NITRILE-S   GLOVES NITRILE SMALL                    90 CS
N: 90.00  G: 90.00LBS  PLT/CS - 50/1
    WEST TRENTON       Tie/Tier - 10/5

Continued on Page  3

# TALLY

Duplicate : 1

Carrier :  .3

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Page    3 of    3

PUT / RECEIPT # :    RC-000653205

Shipper: Manual
WEST TRENTON

Receipt Date :  03.24.21
Trailer :

Reference Number : /
Pro Bill Number  : 58860

LINE# ITEM
Net/Gross Weight
    SUPL
    PACK
    PLT
    Whse-Location

ITEM Description
Qty. Breakdown

Location Qty.

Units SKU

---

1000
HW5628155
KC-17E053E                 90 CS

---

Total Units        822

Net        822.00 LBS
Gross      822.00 LBS

Entered By :  GRUIZ

Unloaded By : _____

Put Away By : _____

END OF PUT / RECEIPT

Good Pallets : _____

Poor Pallets : _____

Total Pallets : _____

Pallets Exchanged : _____

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021



**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 4200 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | 3278 of 60000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 2250 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

AMERICOLD 501
03-23-21
IN: 12 PLTS
DONI .K

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ  07080

| | |
|---|---|
| DATE | 04.15.21 |
| NUMBER | RC-000658433 |
| TERMS | Net 30 days |
| PAGE | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON<br><br>' |
|---|---|

Carrier  : .
Warehouse: 501 Kentile Cooler
Reference:
Pro Bill : 58860
Container#/Railcar#:

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ  08628 |
|---|---|

REMIT PAYMENT TO

Americold Logistics, LLC
25586 Network Place
Chicago, IL  60673-1255

| QUANTITY | ITEM NO./LOT NO.     DESCRIPTION | GROSS NET |
|---|---|---|
| 84 CS | GLOVES-NITRILE-S GLOVES NITRILE SMAL | 84.00 |
| 84 CS | WEST TRENTON | 84.00 |
| | 1000          G:    84.000 N: | 84.000 |
| 923 CS | GLOVES-NITRILE-XL GLOVES NITRILE XL | 923.00 |
| 923 CS | WEST TRENTON | 923.00 |
| | 1000          G:   923.000 N: | 923.000 |
| | Pallets Received :  BGRD   12 | |

| 1007 CS | Gross:    1007.00<br>Net  :    1007.00 | **PLEASE PAY THIS AMOUNT** |
|---|---|---|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

AMERICOLD LOGISTICS, LLC

BY _____

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

EXHIBIT A – NON-NEGOTIABLE WAREHOUSE RECEIPT AND INVOICE – CONTRACT TERMS AND CONDITIONS

**SECTION 1 – DEFINITIONS**

As used in this Non-Negotiable Warehouse Receipt and Invoice (this "Warehouse Receipt") the following capitalized terms have the following meanings.

(a) AGENT. Ameriavid Logistics, LLC, acting in its capacity as an authorized agent of or service provider to the following Ameriavid affiliated entities ("affiliates"), as applicable to this Warehouse Receipt: Logistics, Storage Provider, and AMLOG Canada, Inc. Agent acts in such capacity for the execution and delivery of this Warehouse Receipt, and to provide other services as stated herein. This definition shall also include the successors and assigns of Ameriavid Logistics, LLC.

(b) CHARGES. All amounts of any nature at any time due or claimed to be due to Logistics, Storage Provider or Transportation Services Provider with respect to the Goods, whether liquidated or unliquidated, including but not limited to taxes, disbursements, expenses, advances, storage, handling and transportation charges (including demurrage, detention and terminal charges), charges and expenses incurred in the preservation and sale of the Goods pursuant to law, charges incurred for services as provided herein, interest charges and all other charges and expenses of every nature, present and future, incurred by or for the account of Storer or any predecessor in interest or with respect to the Goods.

(c) GOODS. The personal property and any portion thereof identified on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice"

(d) LOT or LOTS. Unit or units of Goods for which this Warehouse Receipt is issued or applies.

(e) STORER. The person, firm, corporation or other entity for whom the Goods described herein are stored and to whom this Warehouse Receipt is issued and anyone else claiming an interest in the Goods.

**SECTION 2 – SERVICE PROVIDERS**

(a) All handling and related warehousing services will be provided by Ameriavid Logistics, LLC or by its disclosed Open affiliate ("Open" appears in the entity name) through Ameriavid Logistics, LLC as Agent or, as to managed sites, by its subsidiary affiliate Ameriavid Logistics Managed, LLC through Ameriavid Logistics, LLC as Agent, as indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice". All warehousing services in Canada will be provided by AMLOG Canada, Inc., a subsidiary affiliate of Ameriavid Logistics, LLC. Ameriavid Logistics, LLC as such affiliate, as applicable, is referred to herein as "Logistics").

(b) The warehouse where the Goods are stored is owned, controlled or managed by an affiliate of Ameriavid Logistics, LLC (such affiliate is referred to herein as "Storage Provider"). Storage Provider is providing storage space in accordance with the terms hereof, and Storage Provider joins as a party to this Warehouse Receipt solely in connection with the terms hereof. Other than the provision of storage space, Storage Provider has no obligations to Storer under this Warehouse Receipt and is not liable for the acts or omissions of Logistics. Herewith- standing the foregoing, Storer is entitled to the rights and remedies afforded to Logistics hereunder to the extent directly or indirectly related to the storage space provided by Storage Provider or the charges assessed with respect thereto.

(c) The first Ameriavid entity identified at the top of each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" is the Storage Provider and the second identified Ameriavid entity is either Ameriavid Logistics, LLC or the affiliate of Ameriavid Logistics, LLC providing the warehousing services referred to in Section 2(a) above. If the name of any Ameriavid entity is abbreviated, the full name will be provided upon request.

(d) Storer may request that Logistics provide or arrange for transportation services in addition to the other services under this Warehouse Receipt. In that event, the transportation services will be provided by Logistics or an affiliate of Logistics (collectively, "Transportation Services Provider"), and all such transportation charges, whether billed by Logistics or the Transportation Services Provider, will be covered by and subject to Logistics' general warehouse lien set forth in Sections 12 of this Warehouse Receipt.

(e) The storage charges and similar non-handling charges due hereunder are payable to Storage Provider as the provider of the storage space, while all charges for handling and related warehousing services also hereunder are payable to Logistics and all charges for transportation services due hereunder, if any, are payable to Transportation Services Provider; however, the parties agree that Storer will pay all such charges to Agent, as agent for Storage Provider and Logistics and if applicable the Transportation Services Provider.

**SECTION 3 – TENDER FOR STORAGE**

(a) All Goods for storage shall be delivered at the warehouse location indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" properly marked and packed for handling as reasonably determined by Logistics. Logistics shall receive and deliver Goods in the packages in which they were originally received.

(b) Storer shall furnish, at or prior to tender of the Goods, a manifest showing marks, brands or sizes to be kept and accounted for separately and the class of storage desired. If such manifest is not provided, Logistics may commingle and store the Goods in bulk or assorted lots in bins or under, in or general storage at the discretion of Logistics and charges for such storage will be made at then applicable rates as published or quoted by Logistics.

(c) Logistics shall not be responsible for segregating Goods by production code date or otherwise unless specifically agreed to in writing.

(d) Storer warrants that the Goods tendered for storage are not infested with pests, bacteria or any other contaminants whatsoever and that the Goods do not now and will not in the future present or constitute a danger to Logistics, its affiliates or its employees, to other products or to the

warehouse. Storer hereby agrees to hold Logistics and its affiliates harmless from and indemnify Logistics and its affiliates against any and all losses, expenses, damages and costs (including reasonable attorneys' fees and court costs ("Losses") arising from or attributable to a breach of the aforesaid warranty.

**SECTION 4 – TERMINATION OF STORAGE**

(a) Logistics may, upon written notice to Storer, require the removal of the Goods, or any portion thereof, from the warehouse at the termination of the period of storage, if any, fixed by this Warehouse Receipt or after the expiration of thirty (30) days from such notice, whichever is earlier. If, in the opinion of Logistics, Goods are about to deteriorate or decline in value to less than the amount of Warehouseman's lien, or there is a threat of damage to the Goods, to other property, to the warehouse, or to persons, Logistics may specify in the notice a shorter period for removal. All Charges relating to the Goods to be removed shall be paid prior to removal. If such Goods are not so removed and said Charges paid, Logistics may, at Storer's expense, remove the Goods to another storage facility, or sell the Goods as provided by law and shall be entitled to exercise any other rights it has under law with respect to such Goods.

(b) If, in the opinion of Logistics, Goods may constitute a hazard to other property or to the warehouse or to persons, Logistics may, at Storer's expense, remove such Goods, and sell or dispose of them as permitted by law without liability to Storer.

**SECTION 5 – STORAGE LOCATION**

(a) The Goods stored pursuant to this Warehouse Receipt shall be stored at Logistics' discretion in any one or more buildings at the warehouse complex identified on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice". The identification of any specific location within the warehouse complex does not constitute a representation that the Goods shall be stored there.

(b) Subject to any contrary written instructions given by Storer, Logistics may, at any time, at its expense and without notice to Storer, remove any Goods from any room or area of the warehouse complex to any other room or area thereof.

**SECTION 6 – STORAGE CHARGES/STORAGE PERIOD**

(a) Charges for freezing, storage, handling and other services shall be billed in advance in the manner indicated herein and are due upon receipt of the invoice. Storage charges commence upon the date that the Goods are received for unloading and inspection for condition and count. ALL CHARGES ARE DUE AND PAYABLE WITHOUT ANY DEDUCTION OR OFFSET WHATSOEVER.

(b) ALL GOODS ARE STORED ON A MONTH-TO-MONTH BASIS, unless otherwise agreed in writing.

(c) Unless otherwise agreed in writing, storage charges will be billed on either a split-month basis or an anniversary date basis.

(d) If storage charges are on a split month basis, the storage month is a calendar month. A half month's storage charge will apply on all Goods received between the first and 15th day, inclusive, of a calendar month. One full month's storage charge will apply on all Goods received between the 16th and the last day, inclusive, of a calendar month. A full month's storage charge will apply on all Goods in storage on the first day of the next and each calendar month thereafter on all Goods then remaining in storage.

(e) If storage charges are on an anniversary date basis, the storage month shall extend from the date the Goods are received in one calendar month to, but not including, the same date of the next month. If there is no corresponding date in the next month, the storage month shall end on the last day of said next month. A full month's storage charge will apply when the Goods are received and an additional monthly storage charge shall apply on each successive storage month on all Goods then remaining in storage.

(f) Rates quoted by weight will, unless otherwise specified, be computed on gross weight, and 2,000 pounds shall constitute a ton. Rates do not include any taxes, tariffs, duties, assessments or similar charges imposed upon the Goods while in the possession of Logistics, all of which shall be the sole responsibility and expense of Storer.

**SECTION 7 – HANDLING CHARGES**

(a) Handling charges cover only the ordinary labor and duties incidental to receiving and delivering unitized Goods at the warehouse dock during normal warehouse hours but do not include loading and unloading unless otherwise agreed in writing.

(b) A charge in addition to the regular handling charges will be made for any work other than as specified in subsection (a).

(c) When Goods are ordered out in quantities less than that in which received, Logistics may make an additional charge for each order or each item of an order.

(d) Delivery by Logistics of less than all units of any Lot or of less than all the tangible Goods stored for Storer shall be made without subsequent sorting except by special arrangement and subject to an additional charge.

(e) Logistics may assess an additional charge when Goods, designated for frozen storage, are received at temperatures above 50° Fahrenheit.

**SECTION 8 – TRANSFER OF TITLE, DELIVERY**

(a) Instructions by Storer to transfer Goods to the account of another are not effective until the written instructions are delivered to and accepted by Logistics. A charge will be made for each such transfer and for any rehandling of Goods deemed by Logistics to be required thereby. Logistics reserves the right not to deliver or transfer Goods to or for the account of another except upon receipt of written instructions properly signed by Storer.

(b) Storer may furnish written instructions authorizing Logistics to accept telephone orders for delivery. In such case, (i) Logistics may charge for each telephone order be confirmed by Storer in writing within 24 hours, and (ii) accuracy of any telephone order shall be at the risk of Storer.

Logistics and its affiliates shall not be liable for any loss resulting from a delivery made pursuant to a telephone order, whether or not so authorized, unless Logistics failed to exercise reasonable care.

(c) Logistics shall have a reasonable time to make delivery after Goods are ordered out and shall have a minimum of thirty (30) business days after receipt of a delivery order in which to locate any misplaced Goods.

(d) If Logistics has exercised reasonable care and is unable, due to causes beyond its reasonable control, to effect delivery before expiration of the current storage period, the Goods shall be subject to storage charges for each succeeding storage period until delivery is effected.

(e) All instructions and requests for delivery or transfer of Goods are received subject to satisfaction of all Charges and all liens and security interests of Logistics and its affiliates.

(f) Storer shall hold Logistics and its affiliates harmless from and indemnify them for claims of others asserting a superior right in Storer to ownership or possession of the Goods. Nothing herein shall preclude Logistics or its affiliates from exercising any other remedy available to them under the law to resolve such claims. All Losses relating in any way to any such claims shall be charged to Storer, shall become part of Charges, and shall be secured by the lien created by this Warehouse Receipt.

(g) On outbound shipments, Storer may furnish a checker to verify load and count; otherwise, Logistics' record of load and count shall be conclusive.

(h) When Storer requests Logistics to arrange for transportation of Goods but does not specify a particular carrier, Logistics or Transportation Services Provider on its behalf may select any carrier in its sole discretion. STORER SHALL BE RESPONSIBLE FOR ALL CHARGES OF CARRIERS. ALL CLAIMS BY STORER RELATING, IN ANY WAY, TO TRANSPORTATION OF GOODS ARE NOT LOGISTICS' OR TRANSPORTATION SERVICES PROVIDER'S RESPONSIBILITY AND STORER AGREES TO PURSUE ALL SUCH CLAIMS DIRECTLY AGAINST THE CARRIER AND SHALL HOLD LOGISTICS AND ITS AFFILIATES HARMLESS FROM AND AGAINST ANY AND ALL SUCH CLAIMS.

**SECTION 9 – OTHER SERVICES AND CHARGES**

(a) Other services rendered in the interest of Storer or the Goods are chargeable to Storer. Such services may include, but are not limited to: furnishing of special warehouse space or material; repairing, re-coopering, sampling, weighing, replying or inspecting the Goods; sampling statements; making collections; furnishing revenue stamps; reporting or recording marked weights or numbers, handling railroad expense bills, and handling shipments.

(b) All Charges hereunder constitute commercial accounts and are due and payable upon receipt of the invoice therefor. ALL CHARGES NOT PAID WITHIN FIFTEEN (15) DAYS FROM THE DATE OF BILLING ARE SUBJECT TO AN INTEREST CHARGE FROM SUCH DATE UNTIL PAID AT THE LESSER OF ONE AND ONE HALF PERCENT (1½%) PER MONTH OR THE HIGHEST RATE PERMITTED BY LAW.

(c) Storer may, subject to insurance regulations and reasonable limitations imposed by Logistics, inspect the Goods stored in the warehouse under this Warehouse Receipt when accompanied by an employee of Logistics whose time is chargeable to Storer.

(d) In the event of actual or threatened damage to the Goods, or any portion thereof, Storer shall pay all reasonable and necessary costs of protecting and preserving the Goods and the cleanup and disposal of damaged or destroyed Goods. When such costs are attributable to Goods and property of one or more others, such costs shall be apportioned among Storer and others on a pro-rata basis as determined by Logistics in its reasonable discretion.

(e) Logistics shall supply dunnage bracing and fastenings when it deems it appropriate on outbound shipments and the cost thereof is chargeable to Storer.

(f) Any additional costs incurred by Logistics in unloading, storing and handling damaged Goods are chargeable to Storer.

(g) A charge in addition to regular storage and handling rates will be made for bonded storage.

(h) All storage, handling and other services may be subject to minimum charges.

(i) Storer agrees to hold Logistics and its affiliates harmless from and indemnify them against all losses incurred by Logistics and its affiliates in connection with the storage, handling and disposition of the Goods received hereunder, including claims and lawsuits to which Logistics or its affiliates are made a party relating in any way to its performance under this Warehouse Receipt unless arising directly and exclusively from Logistics' gross negligence.

**SECTION 10 – LIABILITY AND LIMITATION OF DAMAGES**

(a) LOGISTICS AND ITS AFFILIATES SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR ANY LOSS OR DESTRUCTION OF OR DAMAGE TO THE GOODS, HOWEVER CAUSED, UNLESS SUCH LOSS, DAMAGE OR DESTRUCTION ARISES DIRECTLY AND EXCLUSIVELY FROM THEIR FAILURE TO EXERCISE SUCH CARE IN REGARD TO THE GOODS AS A REASONABLY CAREFUL PERSON WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. LOGISTICS AND ITS AFFILIATES SHALL NOT BE LIABLE FOR ANY LOSS OR DESTRUCTION OF OR DAMAGE TO GOODS THAT COULD NOT HAVE BEEN AVOIDED BY THE EXERCISE OF SUCH CARE. ALL OVERAGES DURING ANY PHYSICAL INVENTORY SHALL BE NETTED AGAINST SHORTAGES IN SAID PHYSICAL INVENTORY ACROSS PRODUCT LINES AND ALL NET OVERAGES AS A RESULT OF ANY PHYSICAL INVENTORY SHALL BE CARRIED FORWARD AND/OR BACKWARD TO OFFSET PRIOR AND/OR FUTURE NET PHYSICAL INVENTORY SHORTAGES.

(b) Logistics and Storer agree that the duty of care referred to in subsection 10(a) does not require Logistics or Storage

Provider to provide or maintain a sprinkler system at any warehouse.

(c) Unless specifically agreed to in writing, Logistics shall not be required to store Goods in a humidity-controlled environment or be responsible for temperature of Goods.

(d) LOGISTICS SHALL NOT BE RESPONSIBLE FOR DETENTION OR DEMURRAGE OR DELAYS IN LOADING OR UNLOADING TRAILERS OR CARS OR DELAYS IN OBTAINING CARS FOR OUTBOUND SHIPMENT UNLESS SUCH DETENTION, DEMURRAGE OR DELAY WAS CAUSED DIRECTLY AND EXCLUSIVELY BY LOGISTICS' FAILURE TO EXERCISE REASONABLE CARE.

(e) IN THE EVENT OF LOSS OR DESTRUCTION OF OR DAMAGE TO GOODS FOR WHICH LOGISTICS AND/OR ANY OF ITS AFFILIATES ARE LEGALLY LIABLE, STORER DECLARES THAT LOGISTICS AND ITS AFFILIATES' TOTAL, INDIVIDUAL AND COLLECTIVE LIABILITY FOR DAMAGES SHALL BE LIMITED TO THE LESSER OF THE FOLLOWING: (1) THE ACTUAL COST TO STORER OF REPLACING, OR REPRODUCING THE LOST, DAMAGED, AND/OR DESTROYED GOODS TOGETHER WITH TRANSPORTATION COSTS TO WAREHOUSE, (2) THE FAIR MARKET VALUE OF THE LOST, DAMAGED, AND/OR DESTROYED GOODS ON THE DATE STORER IS NOTIFIED OF LOSS, DAMAGE AND/OR DESTRUCTION, OR (3) $0.50 PER POUND FOR SAID LOST, DAMAGED, AND/OR DESTROYED GOODS, PROVIDED, HOWEVER THAT WITHIN A REASONABLE TIME AFTER RECEIPT OF THIS WAREHOUSE RECEIPT, STORER MAY, UPON WRITTEN REQUEST INCREASE LOGISTICS' LIABILITY ON PART OR ALL OF THE GOODS IN WHICH CASE AN INCREASED CHARGE WILL BE MADE BASED UPON SUCH INCREASED VALUATION; AND FURTHER PROVIDED THAT NO SUCH REQUEST SHALL BE VALID UNLESS MADE BY STORER AND ACCEPTED IN WRITING BY LOGISTICS BEFORE LOSS, DAMAGE OR DESTRUCTION TO ANY PORTION OF THE GOODS HAS OCCURRED.

(f) The liability referred to in Section 10(e) shall be Storer's exclusive remedy against Logistics and its affiliates for any claim or cause of action whatsoever relating to loss or destruction of or damage to Goods and shall apply to all claims including inventory shortage and mysterious disappearance claims unless Storer proves by affirmative evidence that Logistics converted the Goods to its own use. Storer waives any rights to rely upon any presumption of conversion imposed by law. IN NO EVENT SHALL STORER BE ENTITLED TO INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY TYPE OR DESCRIPTION.

**SECTION 11 – NOTICE OF CLAIM AND FILING OF ACTION**

(a) NEITHER LOGISTICS NOR ITS AFFILIATES SHALL BE LIABLE FOR ANY CLAIM OF ANY TYPE WITH RESPECT TO GOODS UNLESS SUCH CLAIM IS PRESENTED IN WRITING WITHIN A REASONABLE TIME, WHICH SHALL IN NO EVENT EXCEED SIXTY (60) DAYS FROM THE EARLIER OF: (1) THE DATE LOGISTICS DELIVERED THE GOODS; OR (2) THE DATE WHEN STORER LEARNED, OR IN THE EXERCISE OF REASONABLE CARE SHOULD HAVE LEARNED, OF THE LOSS, DAMAGE, DESTRUCTION OR OTHER EVENT OR CONDITION GIVING RISE TO THE CLAIM.

(b) As a condition to making any claim and as a condition precedent to filing any suit, Storer shall provide Logistics with a reasonable opportunity to inspect the Goods which are the basis of Storer's claim.

(c) NO LAWSUIT OR OTHER ACTION MAY BE MAINTAINED BY STORER OR OTHERS AGAINST LOGISTICS OR ITS AFFILIATES WITH RESPECT TO THE GOODS UNLESS A WRITTEN CLAIM HAS BEEN MADE WITHIN THE TIME PERIOD SET FORTH IN SUBSECTION 11(a) AND UNLESS STORER HAS PROVIDED LOGISTICS WITH A REASONABLE OPPORTUNITY TO INSPECT GOODS AS PROVIDED IN SUBSECTION 11(b) AND UNLESS SUCH ACTION IS COMMENCED WITHIN NINE (9) MONTHS AFTER THE EARLIER OF: (1) THE DATE LOGISTICS DELIVERED THE GOODS; OR (2) THE DATE WHEN STORER LEARNED, OR IN THE EXERCISE OF REASONABLE CARE SHOULD HAVE LEARNED, OF THE LOSS, DAMAGE, DESTRUCTION OR OTHER EVENT OR CONDITION GIVING RISE TO THE CLAIM.

**SECTION 12 – INSURANCE**

Goods are not insured by Logistics or its affiliates and the storage rates do not include insurance unless Logistics has agreed, in writing, to obtain such insurance for the benefit of Storer.

**SECTION 13 – LIEN AND SECURITY INTEREST**

STORER GRANTS TO LOGISTICS, STORAGE PROVIDER AND TRANSPORTATION SERVICES PROVIDER (COLLECTIVELY, "WAREHOUSEMAN") A FIRST PRIORITY GENERAL WAREHOUSE LIEN UPON AND SECURITY INTEREST IN THE GOODS and on the proceeds thereof for all Charges including all charges for storage, handling, transportation (including demurrage and terminal charges and all transportation charges identified in Section 2(d) of this Warehouse Receipt), insurance, labor and other charges present or future with respect to the Goods, advances or loans by Logistics in relation to the Goods and for expenses necessary for preservation of the Goods or reasonably incurred in their sale pursuant to law. Storer further grants Warehouseman a lien on the Goods for all such charges, advances and expenses in respect to any other property stored by Storer in any warehouse owned or operated by Warehouseman or its affiliates wherever located and whenever deposited and without regard to whether or not said other property is still in storage.

**SECTION 14 – MISCELLANEOUS**

(a) Logistics' failure to insist upon strict compliance with any provision of this Warehouse Receipt shall not constitute a

waiver or estoppel to later demand strict compliance therewith and shall not constitute a waiver or estoppel to insist upon strict compliance with all other provisions of this Warehouse Receipt.

(b) In the event any section of this Warehouse Receipt or part thereof shall be declared invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining sections and parts shall not, in any way, be affected or impaired thereby.

(c) Storer represents and warrants that it either (i) is the lawful owner of the Goods, which are not subject to any lien or security interest of others, or (ii) is the authorized agent of the lawful owner and of any holder of a lien or security interest (which lien or security interest is hereby subordinated to the lien and security interest of Warehouseman) and has full power and authority to enter into this Warehouse Receipt. Storer agrees to notify all parties acquiring any interest in the Goods of the terms and conditions of this Warehouse Receipt and the limitations on Warehouseman's liability set forth in Sections 10 and 11.

(d) All notices provided herein may be transmitted by any commercially reasonable means of communication and directed to Logistics or the authorized agent as the case may be at the address on the front hereof and to Chief Financial Officer, Ameriavid Logistics, LLC, 10 Glenlake Parkway, South Tower, Suite 600, Atlanta, GA 30328, and to Storer at its last known address. Storer is presumed to have knowledge of the contents of all notices transmitted in accordance with this subsection 14(d) upon receipt or three (3) days after transmittal, whichever first occurs.

(e) The interpretation, construction and validity of this Warehouse Receipt shall be governed by, and construed in accordance with, the laws of the state in which the warehouse location indicated on the front side of this Warehouse Receipt is located.

(f) This Warehouse Receipt supersedes and cancels any and all previous negotiations, arrangements, brochures, agreements, representations and undertakings between Logistics and Storer whether written or oral and shall not be changed, amended or modified except by written agreement signed by representatives of Logistics and Storer.

**SECTION 15 – ARBITRATION**

In the event that a dispute arising under this Warehouse Receipt cannot be resolved by the parties within thirty (30) days after receipt by one party from the other party of notice of a dispute or such additional time as the parties may agree upon in writing, the matter shall be submitted to the American Arbitration Association (the "AAA") for resolution. The matter shall be heard before a sole arbitrator in the city nearest the warehouse location indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" (or Atlanta, Georgia if the dispute does not involve a specific warehouse). The dispute shall be resolved by binding arbitration under the rules and administration of the AAA, and judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. IN CONSIDERING OR FIXING ANY AWARD UNDER THESE PROCEEDINGS, NEITHER PARTY SHALL BE ENTITLED TO SEEK OR RECOVER INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY TYPE OR DESCRIPTION. The cost of the arbitration, including any AAA administration fee, arbitrator's fee, and costs for the use of facilities during the hearings, shall be borne equally by the parties. Attorneys' fees may be awarded to the prevailing party at the discretion of the arbitrator. Each party's other costs and expenses shall be borne by the party incurring them.

```
                              TALLY

                                      Page     1 of      3

Carrier :  .                  PUT / RECEIPT # :   RC-000658433

Customer: NJSP                 Shipper: Manual
NJ STATE POLICE / OEM          WEST TRENTON
PO BOX 7068
Trenton, NJ 08628

Receipt Date :  04.15.21       Reference Number :
Trailer :                      Pro Bill Number  : 58860

LINE# ITEM                 ITEM Description                Units SKU
Net/Gross Weight           Qty. Breakdown
       SUPL
       PACK
       PLT
       Whse-Location       Location Qty.
-----------------------------------------------------------------------
   1 GLOVES-NITRILE-XL     GLOVES NITRILE XL                 83 CS
N: 83.00  G: 83.00LBS      PLT/CS - 50/1
       WEST TRENTON        Tie/Tier - 10/5
       1000
       HW5713982
       KC-17G051C              83 CS
-----------------------------------------------------------------------
   2 GLOVES-NITRILE-S      GLOVES NITRILE SMALL              84 CS
N: 84.00  G: 84.00LBS      PLT/CS - 50/1
       WEST TRENTON        Tie/Tier - 10/5
       1000
       HW5713975
       KC-17G063B              84 CS
-----------------------------------------------------------------------
   3 GLOVES-NITRILE-XL     GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS      PLT/CS - 50/1
       WEST TRENTON        Tie/Tier - 10/5
       1000
       HW5713974
       KC-17G065B              84 CS
-----------------------------------------------------------------------
   4 GLOVES-NITRILE-XL     GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS      PLT/CS - 50/1
       WEST TRENTON        Tie/Tier - 10/5
       1000
       HW5713980
       KC-17G065B              84 CS
-----------------------------------------------------------------------
   5 GLOVES-NITRILE-XL     GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS      PLT/CS - 50/1
       WEST TRENTON        Tie/Tier - 10/5
       1000
       HW5713979
       KC-17G065D              84 CS
-----------------------------------------------------------------------
   6 GLOVES-NITRILE-XL     GLOVES NITRILE XL                 84 CS
N: 84.00  G: 84.00LBS      PLT/CS - 50/1
       WEST TRENTON        Tie/Tier - 10/5
       1000
       HW5713973
```

Continued on Page    2

TALLY

Carrier :  .

PUT / RECEIPT # :   RC-000658433

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  04.15.21
Trailer :

Reference Number :
Pro Bill Number  : 58860

| LINE# ITEM<br>Net/Gross Weight<br>    SUPL<br>    PACK<br>    PLT<br>    Whse-Location | ITEM Description<br>Qty. Breakdown<br><br><br><br>Location Qty. | Units SKU |
|---|---|---|
|    KC-17G065D | 84 CS | |
|   7  GLOVES-NITRILE-XL<br>N: 84.00  G: 84.00LBS<br>    WEST TRENTON<br>    1000<br>    HW5713972<br>    KC-17G063E | GLOVES NITRILE XL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br><br>84 CS | 84 CS |
|   8  GLOVES-NITRILE-XL<br>N: 84.00  G: 84.00LBS<br>    WEST TRENTON<br>    1000<br>    HW5713971<br>    KC-17G059D | GLOVES NITRILE XL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br><br>84 CS | 84 CS |
|   9  GLOVES-NITRILE-XL<br>N: 84.00  G: 84.00LBS<br>    WEST TRENTON<br>    1000<br>    HW5713970<br>    KC-17G059D | GLOVES NITRILE XL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br><br>84 CS | 84 CS |
|  10  GLOVES-NITRILE-XL<br>N: 84.00  G: 84.00LBS<br>    WEST TRENTON<br>    1000<br>    HW5713969<br>    KC-17G057D | GLOVES NITRILE XL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br><br>84 CS | 84 CS |
|  11  GLOVES-NITRILE-XL<br>N: 84.00  G: 84.00LBS<br>    WEST TRENTON<br>    1000<br>    HW5713981<br>    KC-17G055C | GLOVES NITRILE XL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br><br>84 CS | 84 CS |
|  12  GLOVES-NITRILE-XL<br>N: 84.00  G: 84.00LBS<br>    WEST TRENTON | GLOVES NITRILE XL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5 | 84 CS |

Continued on Page    3

TALLY

Page    3 of    3

Carrier :   .

PUT / RECEIPT # :   RC-000658433

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  04.15.21
Trailer :

Reference Number :
Pro Bill Number  : 58860

| LINE# ITEM | ITEM Description | Units SKU |
|---|---|---|
| Net/Gross Weight | Qty. Breakdown | |
| SUPL | | |
| PACK | | |
| PLT | | |
| Whse-Location | Location Qty. | |

---

1000
HW5713976
KC-17G055C          84 CS

---

Total Units     1007

Net     1007.00 LBS
Gross   1007.00 LBS

Entered By :  GRUIZ

Unloaded By : _____

Put Away By : _____

END OF PUT / RECEIPT

Good Pallets : _____

Poor Pallets : _____

Total Pallets : _____

Pallets Exchanged : _____

658433

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

**ITEMS**

| | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 840 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 9240 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

AMERICOLD
GONZALO RUIZ
4/13/21
PLD IN 12
PLD OUT 8

# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size SM | 840 of 30000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 9240 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ 07080

| DATE | NUMBER |
|------|--------|
| 04.16.21 | RC-000658735 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON , | Carrier : Warehouse: 501 Kentile Cooler Reference: Pro Bill : Container#/Railcar#: |
|---|---|---|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM PO BOX 7068 Trenton, NJ 08628 | REMIT PAYMENT TO | Americold Logistics, LLC 25586 Network Place Chicago, IL 60673-1255 |
|---|---|---|---|

| QUANTITY | ITEM NO./LOT NO. | DESCRIPTION | | | | GROSS NET |
|---|---|---|---|---|---|---|
| 48 CS | | GLOVES-NITRILE-L GLOVES NITRILE LARG | | | | 48.00 |
| | | WEST TRENTON | | | | 48.00 |
| 23 CS | 1000 | | G: | 23.000 | N: | 23.000 |
| 15 CS | 2000 | | G: | 15.000 | N: | 15.000 |
| 10 CS | 3000 | | G: | 10.000 | N: | 10.000 |
| 45 EA | | GLOVES-NITRILE-M-P Medium Nitrile Gl | | | | 45.00 |
| | | WEST TRENTON | | | | 45.00 |
| 45 EA | 400 | | G: | 45.000 | N: | 45.000 |
| 72 CS | | GLOVES-NITRILE-M GLOVES NITRILE MEDI | | | | 72.00 |
| | | WEST TRENTON | | | | 72.00 |
| 69 CS | 1000 | | G: | 69.000 | N: | 69.000 |
| 3 CS | 2000 | | G: | 3.000 | N: | 3.000 |
| 203 EA | | GLOVES-NITRILE-S-P Gloves Nitrile - | | | | 203.00 |
| | | WEST TRENTON | | | | 203.00 |
| 203 EA | 400 | | G: | 203.000 | N: | 203.000 |
| 43 CS | | GLOVES-NITRILE-S GLOVES NITRILE SMAL | | | | 43.00 |
| | | WEST TRENTON | | | | 43.00 |
| 23 CS | 2000 | | G: | 23.000 | N: | 23.000 |
| 20 CS | 3000 | | G: | 20.000 | N: | 20.000 |
| 41 CS | | GLOVES-NITRILE-XL GLOVES NITRILE XL | | | | 41.00 |
| | | WEST TRENTON | | | | 41.00 |
| 36 CS | 1000 | | G: | 36.000 | N: | 36.000 |
| 5 CS | 2000 | | G: | 5.000 | N: | 5.000 |

Pallets Received : BGRD 13

| 204 CS | Gross: | 452.00 | |
|---|---|---|---|
| 248 EA | Net : | 452.00 | **PLEASE PAY THIS AMOUNT** |

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

AMERICOLD LOGISTICS, LLC

BY _____

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

EXHIBIT A - NON-NEGOTIABLE WAREHOUSE RECEIPT AND INVOICE – CONTRACT TERMS AND CONDITIONS

## SECTION 1 – DEFINITIONS

As used in this Non-Negotiable Warehouse Receipt and Invoice (this "Warehouse Receipt"), the following capitalized terms have the following meanings:

(a) AGENT. Ameriwold Logistics, LLC, acting in its capacity as an authorized agent of or service provider to the following Ameriwold affiliated entities ("affiliates"), as applicable to this Warehouse Receipt: Legartas, Storage Provider, and AWLCG Canada, Inc. Agent acts in such capacity for the execution and delivery of this Warehouse Receipt, and to provide other services as stated herein. This definition will also include the successors and assigns of Ameriwold Logistics, LLC.

(b) CHARGES. All amounts of any nature at any time due or claimed to be due to Logistics, Storage Provider or Transportation Services Provider with respect to the Goods, whether liquidated or unliquidated, including but not limited to taxes, disbursements, expenses, advances, storage, handling and transportation charges (including demurrage, detention and terminal charges), charges and expenses incurred in the preservation and sale of the Goods pursuant to law, charges incurred for services as provided herein, interest charges and all other charges and expenses of every nature, present or future, incurred by or for the account of Storer or any predecessor in interest or with export to any Goods.

(c) GOODS. The personal property and any portion thereof identified on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice".

(d) LOT or LOTS. Units or units of Goods for which a separate account is kept by Logistics.

(e) STORER. The person, firm, corporation or other entity for whom the Goods described herein are stored and to whom this Warehouse Receipt is issued and anyone else claiming an interest in the Goods.

## SECTION 2 – SERVICE PROVIDERS

(a) All handling and related warehousing services will be provided by Ameriwold Logistics, LLC or by its disclosed Open affiliate ("Open" appears in the entity name) through Ameriwold Logistics, LLC as Agent or, as to managed sites, by its subsidiary affiliate Ameriwold Logistics Managed, LLC through Ameriwold Logistics, LLC as Agent, as indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice". All warehousing services in Canada will be provided by AWLCG Canada, Inc., a subsidiary affiliate of Ameriwold Logistics, LLC. Ameriwold Logistics, LLC or such affiliate, as applicable, is herein as "Logistics").

(b) The warehouse where the Goods are stored is owned, controlled or managed by an affiliate of Ameriwold Logistics, LLC (such affiliate is referred to herein as "Storage Provider"). Storage Provider is providing storage space in accordance with the terms hereof, and Storage Provider joins as a party to this Warehouse Receipt for purposes of providing such storage space and has all rights to enforce the terms hereof. Other than the provision of storage space, Storage Provider has no obligation to Storer under this Warehouse Receipt and is not liable for the acts or omissions of Logistics. Nevertheless, standing the foregoing, Storer is entitled to the rights and remedies afforded to Logistics hereunder to the extent directly or indirectly related to the storage space provided by Storage Provider as the charges assessed with respect thereto.

(c) The local Ameriwold entity identified at the top of each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" (the Warehouse Receipt with the owned identified Ameriwold entity is either Ameriwold Logistics, LLC or the affiliate of Ameriwold Logistics, LLC providing the warehousing services referred to in Section 2 (a) above. If the name of any Ameriwold entity is abbreviated, the full name and any Ameriwold entity is abbreviated, the full name and any Ameriwold entity abbreviated, with respect thereto.

(d) The local Ameriwold entity identified at the top of each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" is the Storage Provider or the affiliate of Logistics (collectively, "Transportation Services Provider"), and all such transportation charges, whether billed by Logistics or the Transportation Services Provider, will be covered by and subject to Logistics' general warehouse lien set forth in Section 13 of this Warehouse Receipt.

(e) The storage charges and similar non-handling charges due hereunder are payable to Storage Provider as the provider of the storage space, while all charges for handling and related warehousing services due hereunder are payable to Logistics and all charges for transportation services due hereunder, if any, are payable to Transportation Services Provider; however, the parties agree that Storer will pay all such charges to Agent, as agent for Storage Provider and Logistics and if applicable the Transportation Services Provider.

## SECTION 3 – TENDER FOR STORAGE

(a) All Goods for storage shall be delivered at the warehouse location indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" properly marked and packed for handling as reasonably determined by Logistics. Logistics shall store and deliver Goods at the packages in which they were originally received.

(b) Storer shall furnish, at no prior to tender all the Goods, a manifest showing marks, brands or sizes to be kept and accounted for separately and the class of storage desired. If such manifest is not provided, Logistics may commingle and store the Goods in bulk or assorted Lots in hamper, cooler or general storage at the discretion of Logistics and charges for such storage will be made at then applicable rates as published or quoted by Logistics.

(c) Logistics shall not be responsible for segregating Goods by production code data or otherwise unless specifically agreed to in writing.

(d) Storer warrants that the Goods tendered for storage are not infected with pests, bacteria or any other contaminants whatsoever and that the Goods do not now and will not in the future present or constitute a danger to Logistics, its affiliates or its employees, to other products or to the

warehouse. Storer hereby agrees to hold Logistics and its affiliates harmless from and indemnify Logistics and its affiliates against any and all losses, expenses, damages and costs including reasonable attorneys' fees and court costs ("Losses") arising from or attributable to a breach of the aforesaid warranty.

## SECTION 4 – TERMINATION OF STORAGE

(a) Logistics may, upon written notice to Storer, require the removal of the Goods, or any portion thereof, from the warehouse at the termination of the period of storage, if any, fixed by this Warehouse Receipt or after the expiration of thirty (30) days from such notice, whichever is earlier. If, in the opinion of Logistics, Goods are about to deteriorate or decline in value to less than the amount of the warehouseman's lien, or there is a threat of damage to the Goods, to other property, to the warehouse, or to persons, Logistics may specify in the notice a shorter period for removal. All Charges relating to the Goods to be removed shall be paid prior to removal. If such Goods are not so removed and such Charges paid, Logistics may, at Storer's expense, remove the Goods to another storage facility, or sell the Goods as provided by law and shall be entitled to exercise any other rights it has under law with respect to such Goods.

(b) If, in the opinion of Logistics, Goods may constitute a hazard to other property or to the warehouse or to persons, Logistics may, at Storer's expense, remove such Goods, and sell or dispose of them as permitted by law without liability to Storer.

## SECTION 5 – STORAGE LOCATION

(a) The Goods stored pursuant to this Warehouse Receipt shall be stored at Logistics' discretion in any one or more buildings at the warehouse complex identified on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice". The identification of any specific location within the warehouse complex does not constitute a representation that the Goods shall be stored there.

(b) Subject to any contrary written instructions given by Storer, Logistics may, at any time, at its expense and without notice to Storer, remove any Goods from any one or more of the warehouse complex to any other room or area thereof.

## SECTION 6 – STORAGE CHARGES/STORAGE PERIOD

(a) Charges for freezing, storage, handling and other services shall be billed in advance in the manner indicated herein and are due upon receipt of the invoice. Storage charges commence upon the date that the Goods are received for unloading and inception for sanitation and count. ALL CHARGES ARE DUE AND PAYABLE WITHOUT ANY DEDUCTION OR OFFSET WHATSOEVER.

(b) ALL GOODS ARE STORED ON A MONTH-TO-MONTH BASIS, unless otherwise agreed to in writing.

(c) Unless otherwise agreed to in writing, storage charges will be billed on either a split-month basis or on an anniversary date basis.

(d) If storage charges are on a split month basis, the storage month is a calendar month. A full month's storage charge will apply on all Goods received between the first and 15th day, inclusive, of a calendar month. One-half month's storage charge will apply on all Goods received between the 16th and the last day, inclusive, of a calendar month. A full month's storage charge will apply on all Goods in storage on the last day of the current and each calendar month thereafter on all Goods then remaining in storage.

(e) If storage charges are on an anniversary date basis, the storage month shall extend from the date the Goods are received in one calendar month to, but not including, the same date of the next month. If there is no corresponding date in the next month, the storage month shall end on the last day of said next month. A full month's storage charge will apply when the Goods are received and an additional monthly storage charge shall apply on each successive storage month on all Goods then remaining in storage.

(f) Rates quoted by weight will, unless otherwise specified, be computed on gross weight, and 2,000 pounds shall constitute a ton. Rates are included rate items, cartel, duties, assessments or similar charges imposed upon the Goods while in the possession of Logistics, all of which shall be the sole responsibility of Storer.

## SECTION 7 – HANDLING CHARGES

(a) Handling charges cover only the ordinary labor and duties incidental to receiving and delivering unitized Goods at the warehouse dock during normal warehouse hours but do not include loading and unloading unless otherwise agreed in writing.

(b) A charge in addition to the regular handling charges will be made for any work other than as specified in subsection 7(a).

(c) When Goods are ordered out in quantities less than that in which received, Logistics may make an additional charge for each order or each item of an order.

(d) Delivery by Logistics of less than all units of any Lot or of less than all the tangible Goods stored for Storer shall be made without subsequent sorting except by special arrangement and subject to an additional charge.

(e) Logistics may assess an additional charge when Goods, designated for freezer storage, are received at temperatures above 10° Fahrenheit.

## SECTION 8 – TRANSFER OF TITLE; DELIVERY

(a) Instructions by Storer to transfer Goods to the account of another are not effective until the written instructions are delivered to and accepted by Logistics. A change will be made for each such transfer and for any rehandling of Goods demanded by Logistics to be required thereby. Logistics reserves the right not to deliver or transfer Goods to or for the account of another except upon receipt of written instructions properly signed by Storer.

(b) Storer may furnish written instructions authorizing Logistics to accept telephone orders for delivery. In such case, (a) Logistics may require that each telephone order be confirmed by Storer in writing within 24 hours, and (b) accuracy of any telephone order shall be at the risk of Storer.

Logistics and its affiliates shall not be liable for any loss resulting from a delivery made pursuant to a telephone order, whether or not so authorized, unless Logistics failed to exercise reasonable care.

(c) Logistics shall have a reasonable time to make delivery after Goods are ordered out and shall have a minimum of thirty (30) business days after receipt of a delivery order in which to locate any misplaced Goods.

(d) If Logistics has exercised reasonable care under or unable, due to causes beyond its reasonable control, to effect delivery before expiration of the period of storage, the Goods shall be subject to storage charges for each succeeding storage period until delivery is effected.

(e) All instructions and requests for delivery or transfers of Goods are received subject to satisfaction of all Charges and all liens and security interests of Logistics and its affiliates.

(f) Storer shall hold Logistics and its affiliates harmless from and indemnify them for claims of others asserting a superior right in Storer to receive all or a portion of the Goods. Nothing herein shall preclude Logistics or its affiliates from exercising any other remedy available to them under the law to resolve such claims. All losses relating in any way to any such claims shall be charged to Storer, shall become part of Charges, and shall be secured by the lien created by this Warehouse Receipt.

(g) On outbound shipments, Storer may furnish a checker to verify load and count; otherwise, Logistics' record of load and count shall be conclusive.

(h) When Storer requires Logistics to arrange for transportation of Goods but does not specify a particular carrier, Logistics or Transportation Services Provider on its behalf may select any carrier in its sole discretion. STORER SHALL BE RESPONSIBLE FOR ALL CHARGES OF CARRIERS. ALL CLAIMS OR STORER RELATING, IN ANY WAY, TO TRANSPORTATION OF GOODS ARE NOT LOGISTICS' OR TRANSPORTATION SERVICES PROVIDER'S RESPONSIBILITY AND STORER AGREES TO PURSUE ALL SUCH CLAIMS DIRECTLY AGAINST THE CARRIER AND SHALL HOLD LOGISTICS AND ITS AFFILIATES HARMLESS FROM AND AGAINST ANY AND ALL SUCH CLAIMS.

## SECTION 9 – OTHER SERVICES AND CHARGES

(a) Other services rendered at the instance of Storer or the Goods are chargeable to Storer. Such services may include, but are not limited to: furnishing of special warehouse space or material; repairing, re-weighing, sampling, weighing, coopering or changing the Goods; compiling statements; making collections; furnishing revenue stamps; reporting or recording marked weights or numbers; handling railroad expenses bills; and handling shipments.

(b) All Charges hereunder constitute commercial accounts and are due and payable upon receipt of the invoice therefor. ALL CHARGES NOT PAID WITHIN FIFTEEN (15) DAYS FROM THE DATE OF BILLING ARE SUBJECT TO AN INTEREST CHARGE FROM SUCH DATE UNTIL PAID AT THE LESSER OF ONE AND ONE HALF PERCENT (1½%) PER MONTH OR THE HIGHEST RATE PERMITTED BY LAW.

(c) Storer may, subject to insurance regulations and reasonable limitations imposed by Logistics, inspect the Goods stored in the warehouse under this Warehouse Receipt when accompanied by an employee of Logistics whose time is chargeable to Storer.

(d) In the event of actual or threatened damage to the Goods, or any portion thereof, Storer shall pay all reasonable and necessary costs of protecting and preserving the Goods and the cleanup and disposal of damaged or destroyed Goods. When such costs are attributable to Goods and property of one or more others, such costs shall be apportioned among Storer and others on a pro-rata basis as determined by Logistics in its reasonable discretion.

(e) Logistics shall supply dunnage braving and fastenings where it deems it appropriate on outbound shipments and the cost thereof is chargeable to Storer.

(f) Any additional costs incurred by Logistics in unloading, storing and handling damaged Goods are chargeable to Storer.

(g) A charge in addition to regular storage and handling rates will be made for bonded storage.

(h) All storage, handling and other services may be subject to minimum charges.

(i) Storer agrees to hold Logistics and its affiliates harmless from and indemnify them against all losses incurred by Logistics and its affiliates in connection with the storage, handling and disposition of the Goods received hereunder, including claims and lawsuits to which Logistics or its affiliates are made a party relating in any way to its employees, or for the account of the Goods. This Warehouse Receipt unless arising directly and exclusively from Logistics' gross negligence.

## SECTION 10 – LIABILITY AND LIMITATION OF DAMAGES

(a) LOGISTICS AND ITS AFFILIATES SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR ANY LOSS OR DESTRUCTION OF OR DAMAGE TO THE GOODS, HOWEVER CAUSED, UNLESS SUCH LOSS, DAMAGE OR DESTRUCTION ARISES DIRECTLY AND EXCLUSIVELY FROM THEIR FAILURE TO EXERCISE SUCH CARE IN REGARD TO THE GOODS AS A REASONABLY CAREFUL PERSON WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. LOGISTICS AND ITS AFFILIATES SHALL NOT BE LIABLE FOR ANY LOSS OR DESTRUCTION OF OR DAMAGE TO GOODS THAT COULD NOT HAVE BEEN AVOIDED BY THE EXERCISE OF SUCH CARE. ALL OVERAGES DURING ANY PHYSICAL INVENTORY SHALL BE NETTED AGAINST SHORTAGES IN SAID PHYSICAL INVENTORY ACROSS PRODUCT LINES AND ALL NET OVERAGES AS A RESULT OF ANY PHYSICAL INVENTORY SHALL BE CARRIED FORWARD AND/OR BACKWARD TO OFFSET PRIOR AND/OR FUTURE NET PHYSICAL INVENTORY SHORTAGES.

(b) Logistics and Storer agree that the duty of care referred to in subsection 10(a) does not require Logistics or Storage

Provider to provide or maintain a sprinkler system at any warehouse.

(c) Unless specifically agreed to in writing, Logistics shall not be required to store Goods in a humidity-controlled environment or be responsible for tempering Goods.

(d) LOGISTICS SHALL NOT BE RESPONSIBLE FOR DETENTION OR DEMURRAGE OR DELAYS IN LOADING OR UNLOADING TRAILERS OR CARS OR DELAYS IN OBTAINING CARS FOR OUTBOUND SHIPMENT UNLESS SUCH DETENTION, DEMURRAGE OR DELAY WAS CAUSED DIRECTLY AND EXCLUSIVELY BY LOGISTICS' FAILURE TO EXERCISE REASONABLE CARE.

(e) IN THE EVENT OF LOSS OR DESTRUCTION OF OR DAMAGE TO GOODS FOR WHICH LOGISTICS AND/OR ANY OF ITS AFFILIATES ARE LEGALLY LIABLE, STORER DECLARES THAT LOGISTICS AND ITS AFFILIATES' TOTAL, INDIVIDUAL AND COLLECTIVE LIABILITY FOR DAMAGES SHALL BE LIMITED TO THE LESSER OF THE FOLLOWING: (1) THE ACTUAL COST TO STORER OF REPLACING, OR REPRODUCING THE LOST, DAMAGED, AND/OR DESTROYED GOODS TOGETHER WITH TRANSPORTATION COSTS TO WAREHOUSE, (2) THE FAIR MARKET VALUE OF THE LOST, DAMAGED, AND/OR DESTROYED GOODS ON THE DATE STORER IS NOTIFIED OF LOSS, DAMAGE AND/OR DESTRUCTION, OR (3) $0.50 PER POUND FOR SAID LOST, DAMAGED, AND/OR DESTROYED GOODS. PROVIDED, HOWEVER THAT WITHIN A REASONABLE TIME AFTER RECEIPT OF THIS WAREHOUSE RECEIPT, STORER MAY, UPON WRITTEN REQUEST INCREASE LOGISTICS' LIABILITY ON PART OR ALL OF THE GOODS IN WHICH CASE AN INCREASED CHARGE WILL BE MADE BASED UPON SUCH INCREASED VALUATION; AND FURTHER PROVIDED THAT NO SUCH REQUEST SHALL BE VALID UNLESS MADE BY STORER AND ACCEPTED IN WRITING BY LOGISTICS BEFORE LOSS, DAMAGE OR DESTRUCTION TO ANY PORTION OF THE GOODS HAS OCCURRED.

(f) The liability referred to in Section 10(e) shall be Storer's exclusive remedy against Logistics and its affiliates for any claim or cause of action whatsoever relating to loss or destruction of or damage to Goods and shall apply to all claims including inventory shortage and mysterious disappearance claims unless Storer proves by affirmative evidence that Logistics converted the Goods to its own use. Storer waives any right to rely upon any presumption of conversion imposed by law. IN NO EVENT SHALL STORER BE ENTITLED TO INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY TYPE OR DESCRIPTION.

## SECTION 11 – NOTICE OF CLAIM AND FILING OF ACTION

(a) NEITHER LOGISTICS NOR ITS AFFILIATES SHALL BE LIABLE FOR ANY CLAIM OF ANY TYPE WITH RESPECT TO GOODS UNLESS SUCH CLAIM IS PRESENTED IN WRITING WITHIN A REASONABLE TIME, WHICH SHALL IN NO EVENT EXCEED SIXTY (60) DAYS FROM THE EARLIER OF: (1) THE DATE LOGISTICS DELIVERED THE GOODS; OR (2) THE DATE WHEN STORER LEARNED, OR IN THE EXERCISE OF REASONABLE CARE SHOULD HAVE LEARNED, OF THE LOSS, DAMAGE, DESTRUCTION OR OTHER EVENT OR CONDITION GIVING RISE TO THE CLAIM.

(b) As a condition to making any claim and as a condition precedent to filing any suit, Storer shall provide Logistics with a reasonable opportunity to inspect the Goods which are the basis of Storer's claim.

(c) NO LAWSUIT OR OTHER ACTION MAY BE MAINTAINED BY STORER OR OTHERS AGAINST LOGISTICS OR ITS AFFILIATES WITH RESPECT TO THE GOODS UNLESS A WRITTEN CLAIM HAS BEEN MADE WITHIN THE TIME PERIOD SET FORTH IN SUBSECTION 11(a) AND UNLESS STORER HAS PROVIDED LOGISTICS WITH A REASONABLE OPPORTUNITY TO INSPECT GOODS AS PROVIDED IN SUBSECTION 11(b) AND UNLESS SUCH ACTION IS COMMENCED WITHIN NINE (9) MONTHS AFTER THE EARLIER OF: (1) THE DATE LOGISTICS DELIVERED THE GOODS; OR (2) THE DATE WHEN STORER LEARNED, OR IN THE EXERCISE OF REASONABLE CARE SHOULD HAVE LEARNED, OF THE LOSS, DAMAGE, DESTRUCTION OF OTHER EVENT OR CONDITION GIVING RISE TO THE CLAIM.

## SECTION 12 – INSURANCE

Goods are not insured by Logistics or its affiliates and the storage rates do not include insurance unless Logistics has agreed, in writing, to obtain such insurance for the benefit of Storer.

## SECTION 13 – LIEN AND SECURITY INTEREST

STORER GRANTS TO LOGISTICS, STORAGE PROVIDER AND TRANSPORTATION SERVICES PROVIDER (COLLECTIVELY, "WAREHOUSEMAN") A FIRST PRIORITY GENERAL WAREHOUSE LIEN UPON AND SECURITY INTEREST IN THE GOODS and on the proceeds thereof for all Charges including all charges for storage, handling, transportation (including demurrage and terminal charges and all transportation charges identified in Section 2(d) of this Warehouse Receipt), insurance, labor and other charges present or future with respect to the Goods, advances or loans by Logistics in relation to the Goods and for expenses incurred by or for account of the Goods. Such reasonably incurred in their sale pursuant to law. Storer further grants Warehouseman lien on the Goods for all such charges, advances and expenses in respect to any other property stored by Storer in any warehouse owned or operated by Warehouseman or its affiliates wherever located and whenever deposited and without regard to whether or not said other property is still in storage.

## SECTION 14 – MISCELLANEOUS

(a) Logistics' failure to insist upon strict compliance with any provisions of this Warehouse Receipt shall not constitute a

waiver or a stoppel to later demand strict compliance therewith and shall not constitute a waiver or estoppel to insist upon strict compliance with all other provisions of this Warehouse Receipt.

(b) In the event any section of this Warehouse Receipt or part thereof shall be declared invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining sections and parts shall not, in any way, be affected or impaired thereby.

(c) Storer represents and warrants that it either (i) is the lawful owner of the Goods, which are not subject to any lien or security interest of others; or (ii) is the authorized agent of the lawful owner and of any holder of a lien or security interest (which lien or security interest is hereby consented to and ratified) and has authority to enter into this Warehouse Receipt. Storer agrees to notify all parties who hold an interest in the Goods for all such purposes and conditions of this Warehouse Receipt.

(d) All matters provided herein may be transmitted by any commercially reasonable means of communication and directed to Logistics at the address on the front hereof and to Chief Financial Officer, Ameriwold Logistics, LLC, 10 Glenlake Parkway, South Tower, Suite 600, Atlanta, GA 30328, and to Storer at the last known address. Storer is presumed to have knowledge of the contents of all notices transmitted in accordance with this subsection 14(d), upon receipt or three (3) days after transmittal, whichever first occurs.

(e) The interpretation, construction and validity of this Warehouse Receipt shall be governed by, and construed in accordance with, the laws of the state in which the warehouse location indicated on the front side of this Warehouse Receipt is located.

(f) This Warehouse Receipt supersedes and cancels any and all previous negotiations, arrangements, brochures, agreements, representations and undertakings between Logistics and Storer whether written or oral and shall not be changed, amended or modified except by written agreement signed by representatives of Logistics and Storer.

## SECTION 15 – ARBITRATION

In the event that a dispute arising under this Warehouse Receipt cannot be resolved by the parties within thirty (30) days after receipt by one party from the other party of notice of a dispute or such additional time as the parties may agree upon in writing, the matter shall be submitted to the American Arbitration Association (the "AAA") for resolution. The matter shall be heard before a sole arbitrator in the city nearest the warehouse location indicated on each numbered page entitled "Non-Negotiable Warehouse Receipt and Invoice" (in Atlanta, Georgia if the dispute does not involve a specific warehouse). The dispute shall be resolved by binding arbitration under the rules and administration of the AAA, and judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. IN CONSIDERING OR FIXING ANY AWARD UNDER THESE PROCEEDINGS, NEITHER PARTY SHALL BE ENTITLED TO SEEK OR RECOVER INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY TYPE OR DESCRIPTION. The costs of the arbitration, including any AAA administration fee, arbitrator's fee, and costs for the use of facilities during the hearings, shall be borne equally by the parties. Attorneys' fees may be awarded to the prevailing party at the discretion of the arbitrator. Each party's other costs and expenses shall be borne by the party incurring them.

# TALLY

Carrier :  .

PUT / RECEIPT # :    RC-000658735

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  04.16.21
Trailer :

Reference Number :
Pro Bill Number  :

| LINE# ITEM Net/Gross Weight SUPL PACK PLT Whse-Location | ITEM Description Qty. Breakdown Location Qty. | | Units SKU |
|---|---|---|---|
| 1  GLOVES-NITRILE-L N: 18.00  G: 18.00LBS WEST TRENTON 1000 S10120215 KC-17H023D | GLOVES NITRILE LARGE PLT/CS - 50/1 Tie/Tier - 10/5  18 CS | | 18 CS |
| 2  GLOVES-NITRILE-XL N: 36.00  G: 36.00LBS WEST TRENTON 1000 S10120214 KC-17H023D | GLOVES NITRILE XL PLT/CS - 50/1 Tie/Tier - 10/5  36 CS | | 36 CS |
| 3  GLOVES-NITRILE-M N: 27.00  G: 27.00LBS WEST TRENTON 1000 S10121208 KC-17H094E | GLOVES NITRILE MEDIUM PLT/CS - 50/1 Tie/Tier - 10/5  27 CS | | 27 CS |
| 4  GLOVES-NITRILE-S-P N:203.00  G:203.00LBS WEST TRENTON 400 S10120213 KC-17H077E | Gloves Nitrile - S - Each EA - 1  203 EA | | 203 EA |
| 5  GLOVES-NITRILE-M N:  3.00  G:  3.00LBS WEST TRENTON 2000 S10121207 KC-17H092E | GLOVES NITRILE MEDIUM PLT/CS - 50/1 Tie/Tier - 10/5  3 CS | | 3 CS |
| 6  GLOVES-NITRILE-M-P N: 45.00  G: 45.00LBS WEST TRENTON 400 S10121201 | Medium Nitrile Gloves EA - 1 | | 45 EA |

Continued on Page    2

TALLY

Carrier :   .

PUT / RECEIPT # :   RC-000658735

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date : 04.16.21
Trailer :

Reference Number :
Pro Bill Number  :

| LINE# ITEM<br>Net/Gross Weight<br>  SUPL<br>  PACK<br>  PLT<br>  Whse-Location | ITEM Description<br>Qty. Breakdown<br><br><br><br>Location Qty. | Units SKU |
|---|---|---|
| KC-17H077E | 45 EA | |
| 7  GLOVES-NITRILE-M<br>N: 32.00  G: 32.00LBS<br>  WEST TRENTON<br>  1000<br>  S10121202<br>  KC-17H077E | GLOVES NITRILE MEDIUM<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>32 CS | 32 CS |
| 8)  GLOVES-NITRILE-S<br>N: 20.00  G: 20.00LBS<br>  WEST TRENTON<br>  3000<br>  S10121204<br>  KC-17H088D | GLOVES NITRILE SMALL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>20 CS | 20 CS |
| 9  GLOVES-NITRILE-L<br>N: 5.00  G: 5.00LBS<br>  WEST TRENTON<br>  1000<br>  S10121211<br>  KC-17H094C | GLOVES NITRILE LARGE<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>5 CS | 5 CS |
| 10  GLOVES-NITRILE-M<br>N: 10.00  G: 10.00LBS<br>  WEST TRENTON<br>  1000<br>  S10121203<br>  KC-17H094D | GLOVES NITRILE MEDIUM<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>10 CS | 10 CS |
| 11 )  GLOVES-NITRILE-S<br>N: 23.00  G: 23.00LBS<br>  WEST TRENTON<br>  2000<br>  S10121205<br>  KC-17H095C | GLOVES NITRILE SMALL<br>PLT/CS - 50/1<br>Tie/Tier - 10/5<br><br><br>23 CS | 23 CS |
| 12  GLOVES-NITRILE-L<br>N: 15.00  G: 15.00LBS<br>  WEST TRENTON | GLOVES NITRILE LARGE<br>PLT/CS - 50/1<br>Tie/Tier - 10/5 | 15 CS |

Continued on Page    3

TALLY

Page   3 of   3

Carrier :   .

PUT / RECEIPT # :   RC-000658735

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON

Receipt Date :  04.16.21
Trailer :

Reference Number :
Pro Bill Number   :

| LINE# ITEM Net/Gross Weight SUPL PACK PLT Whse-Location | ITEM Description Qty. Breakdown Location Qty. | | Units SKU |
|---|---|---|---|
| | 2000 S10121210 KC-17H092C | 15 CS | |
| 13 GLOVES-NITRILE-XL N: 5.00  G:  5.00LBS WEST TRENTON 2000 S10121209 KC-17H094C | GLOVES NITRILE XL PLT/CS - 50/1 Tie/Tier - 10/5 | 5 CS | 5 CS |
| 14 GLOVES-NITRILE-L N: 10.00  G: 10.00LBS WEST TRENTON 3000 S10121206 KC-17H095C | GLOVES NITRILE LARGE PLT/CS - 50/1 Tie/Tier - 10/5 | 10 CS | 10 CS |

Total Units    452

Net       452.00 LBS
Gross     452.00 LBS

Entered By :  GRUIZ

Unloaded By : _____

Put Away By : _____

END OF PUT / RECEIPT

Good Pallets : _____

Poor Pallets : _____

Total Pallets : _____

Pallets Exchanged : _____

Hall's Warehouse Corp.
P.O. Box 378
501 Kentile Road
TEL 908-756-6242
South Plainfield, NJ 07080

| DATE | NUMBER |
|------|--------|
| 12.30.20 | RC-000635435 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON HARDWARE  16 WEST UPPER FERRY RD  EWING, NJ | Carrier : OWN TRUCK  Warehouse: 501 Kentile Cooler  Reference: DEC 23 2020  Pro Bill : 53009  Container#/Railcar#: |
|---|---|---|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM  PO BOX 7068  Trenton, NJ  08628 | REMIT PAYMENT TO | Hall's Warehouse Corp.  P.O. Box 378  South Plainfield, NJ  07080 |
|---|---|---|---|

| QUANTITY | ITEM NO./LOT NO. | DESCRIPTION | GROSS NET |
|----------|------------------|-------------|-----------|
| 71 CS | GLOVES-VINYL-L GLOVES VINYL LARGE | | 71.00 |
| | WEST HARDWARE | | 71.00 |
| 71 CS | 1000 | G: 71.000 N: | 71.000 |
| 539 CS | GLOVES-VINYL-M GLOVES VINYL MEDIUM | | 539.00 |
| | WEST HARDWARE | | 539.00 |
| 539 CS | 1000 | G: 539.000 N: | 539.000 |
| 240 CS | GLOVES-VINYL-XL GLOVES VINYL XL | | 240.00 |
| | WEST HARDWARE | | 240.00 |
| 240 CS | 1000 | G: 240.000 N: | 240.000 |

| 850 CS | Gross: 850.00  Net : 850.00 | PLEASE PAY THIS AMOUNT |
|--------|------------------------------|------------------------|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

BY _____  Hall's Warehouse Corp. _____

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES

# TALLY

Carrier :  OWN TRUCK

PUT / RECEIPT # :   RC-000635435

Customer: NJSP
NJ STATE POLICE / OEM
PO BOX 7068
Trenton, NJ 08628

Shipper: Manual
WEST TRENTON HARDWARE

16 WEST UPPER FERRY RD
EWING, NJ

Receipt Date :  12.30.20
Trailer :

Reference Number : DEC 23 2020
Pro Bill Number  : 53009

| LINE# ITEM | ITEM Description | Units SKU |
|---|---|---|
| Net/Gross Weight | Qty. Breakdown | |
| SUPL | | |
| PACK | | |
| PLT | | |
| Whse-Location | Location Qty. | |

`12-30-20`

-------------------------------------------------------------------
```
    1  GLOVES-VINYL-M       GLOVES VINYL MEDIUM                        80 CS
N: 80.00  G: 80.00LBS     PLT/CS - 50/1
       WEST HARDWARE       Tie/Tier - 10/5
       1000
       HW5748605
       KC-17B108E          80 CS
```
-------------------------------------------------------------------
```
    2  GLOVES-VINYL-XL      GLOVES VINYL XL                            80 CS
N: 80.00  G: 80.00LBS     PLT/CS - 50/1
       WEST HARDWARE       Tie/Tier - 10/5
       1000
       HW5748604
       KC-17B090E          80 CS
```
-------------------------------------------------------------------
```
    3  GLOVES-VINYL-L       GLOVES VINYL LARGE                         71 CS
N: 71.00  G: 71.00LBS     PLT/CS - 50/1
       WEST HARDWARE       Tie/Tier - 10/5
       1000
       HW5751314
       KC-17B106E          71 CS
```
-------------------------------------------------------------------
```
    4  GLOVES-VINYL-M       GLOVES VINYL MEDIUM                        80 CS
N: 80.00  G: 80.00LBS     PLT/CS - 50/1
       WEST HARDWARE       Tie/Tier - 10/5
       1000
       HW5748597
       KC-17E063E          80 CS
```
-------------------------------------------------------------------
```
    5  GLOVES-VINYL-XL      GLOVES VINYL XL                            80 CS
N: 80.00  G: 80.00LBS     PLT/CS - 50/1
       WEST HARDWARE       Tie/Tier - 10/5
       1000
       HW5748598
       KC-17B079G          80 CS
```
-------------------------------------------------------------------
```
    6  GLOVES-VINYL-M       GLOVES VINYL MEDIUM                        59 CS
N: 59.00  G: 59.00LBS     PLT/CS - 50/1
       WEST HARDWARE       Tie/Tier - 10/5
       1000
```

Continued on Page    2

TALLY

Carrier :  OWN TRUCK                          PUT / RECEIPT # :    RC-000635435

Customer: NJSP                                Shipper: Manual
NJ STATE POLICE / OEM                         WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                             16 WEST UPPER FERRY RD
                                              EWING, NJ

Receipt Date : 12.30.20        Reference Number : DEC 23 2020
Trailer :                      Pro Bill Number  : 53009

| LINE# ITEM | ITEM Description | | Units SKU |
|---|---|---|---|
| Net/Gross Weight | Qty. Breakdown | | |
| SUPL | | | |
| PACK | | | |
| PLT | | | |
| Whse-Location | Location Qty. | | |

---

|   | HW5748590 | | |
|   | KC-17B091G | 59 CS | |

---

| 7 | GLOVES-VINYL-M | GLOVES VINYL MEDIUM | 80 CS |
| N: 80.00  G: 80.00LBS | PLT/CS - 50/1 | | |
| | WEST HARDWARE | Tie/Tier - 10/5 | |
| | 1000 | | |
| | HW5748600 | | |
| | KC-17B085G | 80 CS | |

---

| 8 | GLOVES-VINYL-XL | GLOVES VINYL XL | 80 CS |
| N: 80.00  G: 80.00LBS | PLT/CS - 50/1 | | |
| | WEST HARDWARE | Tie/Tier - 10/5 | |
| | 1000 | | |
| | HW5748601 | | |
| | KC-17B083G | 80 CS | |

---

| 9 | GLOVES-VINYL-M | GLOVES VINYL MEDIUM | 80 CS |
| N: 80.00  G: 80.00LBS | PLT/CS - 50/1 | | |
| | WEST HARDWARE | Tie/Tier - 10/5 | |
| | 1000 | | |
| | HW5748603 | | |
| | KC-17B093G | 80 CS | |

---

| 10 | GLOVES-VINYL-M | GLOVES VINYL MEDIUM | 80 CS |
| N: 80.00  G: 80.00LBS | PLT/CS - 50/1 | | |
| | WEST HARDWARE | Tie/Tier - 10/5 | |
| | 1000 | | |
| | HW5748602 | | |
| | KC-17B087G | 80 CS | |

---

| 11 | GLOVES-VINYL-M | GLOVES VINYL MEDIUM | 80 CS |
| N: 80.00  G: 80.00LBS | PLT/CS - 50/1 | | |
| | WEST HARDWARE | Tie/Tier - 10/5 | |
| | 1000 | | |
| | HW5748599 | | |
| | KC-17B095G | 80 CS | |

---

Continued on Page    3

```
                          TALLY

                              Page    3 of    3

Carrier :  OWN TRUCK                PUT / RECEIPT # :   RC-000635435

Customer: NJSP                      Shipper: Manual
NJ STATE POLICE / OEM               WEST TRENTON HARDWARE
PO BOX 7068
Trenton, NJ 08628                   16 WEST UPPER FERRY RD
                                    EWING, NJ

Receipt Date :  12.30.20       Reference Number : DEC 23 2020
Trailer :                      Pro Bill Number  : 53009

LINE# ITEM                  ITEM Description              Units SKU
Net/Gross Weight            Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location         Location Qty.
--------------------------------------------------------------------
                                    Total Units         850

                                    Net      850.00 LBS
                                    Gross    850.00 LBS
```

```
Entered By :  MCIFUENTES          Good Pallets : _____

Unloaded By : _____   Poor Pallets : _____

Put Away By : _____   Total Pallets : _____

                                  Pallets Exchanged : _____

END OF PUT / RECEIPT
```

Americold Logistics, LLC
501 Kentile Road
P.O. Box 378
TEL 908-756-6242
South Plainfield, NJ  07080

| DATE | NUMBER |
|------|--------|
| 03.04.21 | RC-000648765 |

| TERMS | PAGE |
|-------|------|
| Net 30 days | 1 |

## NON-NEGOTIABLE WAREHOUSE RECEIPT

| RECEIVED FROM | WEST TRENTON , | Carrier  : .<br>Warehouse: 501 Kentile Cooler<br>Reference:<br>Pro Bill : 58860<br>Container#/Railcar#: |
|---|---|---|

| FOR ACCOUNT OF | NJ STATE POLICE / OEM<br>PO BOX 7068<br>Trenton, NJ  08628 | REMIT PAYMENT TO | Americold Logistics, LLC<br>25586 Network Place<br>Chicago, IL  60673-1255 |
|---|---|---|---|

| QUANTITY | ITEM NO./LOT NO.   DESCRIPTION | | GROSS NET |
|---|---|---|---|
| 120 CS | GLOVES-NITRILE-L GLOVES NITRILE LARG | | 120.00 |
| | WEST TRENTON - VGUARD | | 120.00 |
| 120 CS | 1000 | G:  120.000 N: | 120.000 |
| 677 CS | GLOVES-NITRILE-M GLOVES NITRILE MEDI | | 677.00 |
| | WEST TRENTON - SH | | 677.00 |
| 587 CS | 1000 | G:  587.000 N: | 587.000 |
| | WEST TRENTON - VMGLOV | | |
| 90 CS | 1000 | G:   90.000 N: | 90.000 |
| 96 CS | GLOVES-NITRILE-XL GLOVES NITRILE XL | | 96.00 |
| | WEST TRENTON - AMBITE | | 96.00 |
| 96 CS | 1000 | G:   96.000 N: | 96.000 |

| 893 CS | Gross:     893.00<br>Net  :     893.00 | **PLEASE PAY THIS AMOUNT** |
|---|---|---|

THE WAREHOUSEMAN CLAIMS A LIEN FOR ALL LAWFUL CHARGES FOR HANDLING, FREEZING, STORAGE, AND PRESERVATION OF THE STORED PROPERTY, AND ALSO FOR ALL LAWFUL CLAIMS FOR MONEY ADVANCED, INTEREST, INSURANCE, TRANSPORTATION, LABOR, WEIGHING, COOPERING, AND OTHER CHARGES AND EXPENSES IN RELATION TO OTHER GOODS WHENEVER DEPOSITED WHETHER OR NOT THEY HAVE BEEN DELIVERED BY THE WAREHOUSEMAN.

See reverse for Storage Terms and Conditions including provisions limiting time to make claim and file suit and amount of recoverable damages.

GOODS ARE NOT INSURED BY THE WAREHOUSE. SEE SECTION 11 ON REVERSE.

AMERICOLD LOGISTICS, LLC

BY _____

WEIGHT INDICATED ON THIS RECEIPT ARE SIMPLY A BASIS ON WHICH WE FIGURE STORAGE CHARGES.

TALLY

Page    1 of    2

Carrier :   .                                    PUT / RECEIPT # :    RC-000648765

Customer: NJSP                                   Shipper: Manual
NJ STATE POLICE / OEM                            WEST TRENTON
PO BOX 7068
Trenton, NJ 08628

Receipt Date : 03.04.21                Reference Number :
Trailer :                              Pro Bill Number  : 58860

```
LINE# ITEM                     ITEM Description                    Units SKU
Net/Gross Weight               Qty. Breakdown
      SUPL
      PACK
      PLT
      Whse-Location            Location Qty.
-------------------------------------------------------------------------------
   1 GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                    90 CS
N: 90.00  G: 90.00LBS          PLT/CS - 50/1
      WEST TRENTON - VMGLOVTie/Tier - 10/5
      1000
      HW5734251
      KA-12U042E                  90 CS
-------------------------------------------------------------------------------
   2 GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                   105 CS
N:105.00  G:105.00LBS          PLT/CS - 50/1
      WEST TRENTON - SH   Tie/Tier - 10/5
      1000
      HW5734255
      KC-17H056E                 105 CS
-------------------------------------------------------------------------------
   3 GLOVES-NITRILE-XL         GLOVES NITRILE XL                       96 CS
N: 96.00  G: 96.00LBS          PLT/CS - 50/1
      WEST TRENTON - AMBITETie/Tier - 10/5
      1000
      HW5734254
      KC-17F060E                  96 CS
-------------------------------------------------------------------------------
   4 GLOVES-NITRILE-L          GLOVES NITRILE LARGE                   120 CS
N:120.00  G:120.00LBS          PLT/CS - 50/1
      WEST TRENTON - VGUARDTie/Tier - 10/5
      1000
      HW5644762
      KA-12V007E                 120 CS
-------------------------------------------------------------------------------
   5 GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                   112 CS
N:112.00  G:112.00LBS          PLT/CS - 50/1
      WEST TRENTON - SH   Tie/Tier - 10/5
      1000
      HW5644761
      KA-12V053E                 112 CS
-------------------------------------------------------------------------------
   6 GLOVES-NITRILE-M          GLOVES NITRILE MEDIUM                   117 CS
N:117.00  G:117.00LBS          PLT/CS - 50/1
      WEST TRENTON - SH   Tie/Tier - 10/5
      1000
      HW5734252
```

Continued on Page    2

```
                              TALLY

                              Page    2 of    2

Carrier :   .                 PUT / RECEIPT # :   RC-000648765

Customer: NJSP                    Shipper: Manual
NJ STATE POLICE / OEM             WEST TRENTON
PO BOX 7068
Trenton, NJ 08628

Receipt Date :  03.04.21      Reference Number :
Trailer :                     Pro Bill Number  : 58860

LINE# ITEM                    ITEM Description             Units SKU
Net/Gross Weight              Qty. Breakdown
     SUPL
     PACK
     PLT
     Whse-Location            Location Qty.
------------------------------------------------------------------------
     KA-12V017E               117 CS
------------------------------------------------------------------------
    7  GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM              84 CS
N: 84.00  G: 84.00LBS         PLT/CS - 50/1
     WEST TRENTON - SH        Tie/Tier - 10/5
     1000
     HW5644760
     KC-17H108E               84 CS
------------------------------------------------------------------------
    8  GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM             104 CS
N:104.00  G:104.00LBS         PLT/CS - 50/1
     WEST TRENTON - SH        Tie/Tier - 10/5
     1000
     HW5734253
     KC-17H052E               104 CS
------------------------------------------------------------------------
    9  GLOVES-NITRILE-M       GLOVES NITRILE MEDIUM              65 CS
N: 65.00  G: 65.00LBS         PLT/CS - 50/1
     WEST TRENTON - SH        Tie/Tier - 10/5
     1000
     HW5734256
     KC-17H056E               65 CS
------------------------------------------------------------------------
                              Total Units       893

                              Net       893.00 LBS
                              Gross     893.00 LBS
```

Entered By :  GRUIZ                    Good Pallets : _____

Unloaded By : _____      Poor Pallets : _____

Put Away By : _____      Total Pallets : _____

                                       Pallets Exchanged : _____

END OF PUT / RECEIPT



# BROOKLYN EQUIPMENT

Order #58860
January 21, 2021

**SHIP TO**

Kevin Palmer
Hall's Warehouse
510 Kentile Road
South Plainfield NJ 07080
United States
908-756-6242, x-328

**BILL TO**

Tom Nemec
West Trenton Hardware
16 West Upper Ferry Road
Ewing NJ
United States

| ITEMS | QUANTITY |
|---|---|
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size MD | 5730 of 40000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size LG | 4350 of 60000 |
| Wholesale Exam Grade Nitrile Gloves - 100 ct - Size XL | 960 of 70000 |

There are other items from your order not included in this shipment.

**NOTES**

$100K at order confirmation additional payments to be scheduled as delivery quantities are confirmed

Thank you for shopping with us!

**Brooklyn Equipment**
983 Dean St, Brooklyn, NY, 11238, United States
info@brooklyn-equipment.com
brooklyn-equipment.com

*Americoldsen*
*3 (04 2021*
*1scar Truck*
*by Edwin Cogive*

*12 pks*

**EXHIBIT B**



# EMSL Analytical, Inc.

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| *Attn.:*    Lt. Deborah Couts #6309 | EMSL Case No.:    362101939 |
| **New Jersey State Police - Emergency Management** | Sample(s) Received:    6/23/2021 |
| 1040 River Road | Date of Reporting:    7/8/2021 |
| West Trenton, NJ 08628 | Date Printed:    7/8/2021 |
| deborah.couts@njsp.org | Reported By:    E. Mirica |
| Phone    609-963-6900 x6728 | |

## - Laboratory Report -

## Material Identification

*Procurement of Samples and Analytical Overview:*

The samples for analysis arrived at EMSL Analytical (Cinnaminson, NJ) on June 23, 2021. The samples reported herein have been analyzed per the following equipment and methodologies.

Instruments/Methods:      Attenuated Total Reflectance- Fourier Transform Infrared Spectroscopy (ATR-FTIR)
Smith Detection IlluminatIR™ II FT-IR Spectrometer

Polarized Light Microscopy (PLM)

Analyzed by:      *(signature)*             July 8, 2021

                         *Eugenia Mirica Ph.D.*                        *Date*
                         *Laboratory Manager*

Reviewed/Approved by:      *(signature)*           July 8, 2021

                         *Daniel Macready*                           *Date*
                         *Approved Signatory*



**EMSL Analytical, Inc.**

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| *Attn.:* *Lt. Deborah Couts #6309* | EMSL Case No.: 362101939 |
| **New Jersey State Police - Emergency Management** | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone 609-963-6900 x6728 | |

Table 14: Identification of the material in the sample 13

| Sample Number on COC | 13 |
|---|---|
| EMSL Sample Identification | 362101939-0013 |
| Description | Asmsvlnawa Glave (HW5628157) |
| Material Identification | Latex |
| Comments | See Figure 14 |



Figure 14. FTIR spectrum of material from sample 13 (red trace) identified as latex (blue trace, the
standard from the library).



## EMSL Analytical, Inc.

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

*Attn.:* Lt. Deborah Couts #6309
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone    609-963-6900 x6728

EMSL Case No.:    362101939
Sample(s) Received:    6/23/2021
Date of Reporting:    7/8/2021
Date Printed:    7/8/2021
Reported By:    E. Mirica

Table 9: Identification of the material in the sample 8

| Sample Number on COC | 8 |
|---|---|
| EMSL Sample Identification | 362101939-0008 |
| Description | Med Care (HW5713982) |
| Material Identification | Vinyl |
| Comments | See Figure 9 |



Figure 9. FTIR spectrum of material from sample 8 (red trace) identified as vinyl (blue trace, the standard from the library).



**EMSL Analytical, Inc.**

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| *Attn.:* *Lt. Deborah Couts #6309* | EMSL Case No.: 362101939 |
| **New Jersey State Police - Emergency Management** | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone 609-963-6900 x6728 | |

Table 35: Identification of the material in the sample 34

| Sample Number on COC | 34 |
|---|---|
| EMSL Sample Identification | 362101939-0034 |
| Description | Med Care (HW5713982) |
| Material Identification | Vinyl |
| Comments | See Figure 35 |



Figure 35. FTIR spectrum of material from sample 34 (red trace) identified as vinyl (blue trace, the standard from the library).



**EMSL Analytical, Inc.**

200 North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

*Attn.:*    *Lt. Deborah Couts #6309*
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone    609-963-6900 x6728

EMSL Case No.:    362101939
Sample(s) Received:    6/23/2021
Date of Reporting:    7/8/2021
Date Printed:    7/8/2021
Reported By:    E. Mirica

Table 10: Identification of the material in the sample 9

| Sample Number on COC | 9 |
| --- | --- |
| EMSL Sample Identification | 362101939-0009 |
| Description | SH Glove (HW5644760) |
| Material Identification | Latex |
| Comments | See Figure 10 |



Figure 10. FTIR spectrum of material from sample 9 (red trace) identified as latex (blue trace, the standard from the library).



**EMSL Analytical, Inc.**

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

*Attn.:*    *Lt. Deborah Couts #6309*
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone    609-963-6900 x6728

EMSL Case No.:    362101939
Sample(s) Received:    6/23/2021
Date of Reporting:    7/8/2021
Date Printed:    7/8/2021
Reported By:    E. Mirica

Table 36: Identification of the material in the sample 35

| | |
|---|---|
| Sample Number on COC | 35 |
| EMSL Sample Identification | 362101939-0035 |
| Description | SH Glove (HW5644760) |
| Material Identification | Latex |
| Comments | See Figure 36 |



Figure 36. FTIR spectrum of material from sample 35 (red trace) identified as latex (blue trace, the standard from the library).



**EMSL Analytical, Inc.**

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| *Attn.:* *Lt. Deborah Couts #6309* | |
| **New Jersey State Police - Emergency Management** | |
| 1040 River Road | |
| West Trenton, NJ 08628 | |
| deborah.couts@njsp.org | |
| Phone    609-963-6900 x6728 | |

| | |
|---|---|
| EMSL Case No.: | 362101939 |
| Sample(s) Received: | 6/23/2021 |
| Date of Reporting: | 7/8/2021 |
| Date Printed: | 7/8/2021 |
| Reported By: | E. Mirica |

Table 11: Identification of the material in the sample 10

| Sample Number on COC | 10 |
|---|---|
| EMSL Sample Identification | 362101939-0010 |
| Description | Sky Med Glove (HW5721357) |
| Material Identification | Latex |
| Comments | See Figure 11 |



Figure 11. FTIR spectrum of material from sample 10 (red trace) identified as latex (blue trace, the standard from the library).



**EMSL Analytical, Inc.**

200 North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

*Attn.: Lt. Deborah Couts #6309*
**New Jersey State Police - Emergency Management**
1040 River Road
West Trenton, NJ 08628
deborah.couts@njsp.org
Phone   609-963-6900 x6728

EMSL Case No.:   362101939
Sample(s) Received:   6/23/2021
Date of Reporting:   7/8/2021
Date Printed:   7/8/2021
Reported By:   E. Mirica

Table 12: Identification of the material in the sample 11

| Sample Number on COC | 11 |
|---|---|
| EMSL Sample Identification | 362101939-0011 |
| Description | Sky Med Glove (HW5724376) |
| Material Identification | Latex |
| Comments | See Figure 12 |



Figure 12. FTIR spectrum of material from sample 11 (red trace) identified as latex (blue trace, the standard from the library).



### EMSL Analytical, Inc.

200North, Route 130, Cinnaminson, NJ. 08077
Phone: (800) 220-3675

| | |
|---|---|
| *Attn.:* *Lt. Deborah Couts #6309* | EMSL Case No.: 362101939 |
| **New Jersey State Police - Emergency Management** | Sample(s) Received: 6/23/2021 |
| 1040 River Road | Date of Reporting: 7/8/2021 |
| West Trenton, NJ 08628 | Date Printed: 7/8/2021 |
| deborah.couts@njsp.org | Reported By: E. Mirica |
| Phone 609-963-6900 x6728 | |

Table 13: Identification of the material in the sample 12

| Sample Number on COC | 12 |
|---|---|
| EMSL Sample Identification | 362101939-0012 |
| Description | Asmsvlnawa Glove (HW5730718) |
| Material Identification | Latex |
| Comments | See Figure 13 |



Figure 13. FTIR spectrum of material from sample 12 (red trace) identified as latex (blue trace, the standard from the library).