## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**TRENTON**                                                                  **January 29, 2024**
**OFFICE**                                                                  **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
**Digitally Recorded: John Moller**

**TITLE OF CASE**:                                               21-CR-17662 (GC)

WEST TRENTON HARDWARE, LLC
     V.
BROOKLYN TEXTILES, LLC

**APPEARANCES:**

Brittany A. Nochimson, Esq., for 123 Deals From A to Z LLC

**NATURE OF PROCEEDING:**

Order to Show Cause Hearing held.

TIME COMMENCED:     2:11 p.m.
TIME ADJOURNED:     2:15 a.m.                                s/ John Moller
TOTAL TIME:    4 MINUTES                                         Deputy Clerk