UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEST TRENTON HARDWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BROOKLYN TEXTILES, LLC,<br><br>Defendant. | Civil Action No. 21-17662 (GC) (TJB)<br><br>**ORDER & JUDGMENT** |

**THIS MATTER** comes before the Court upon Plaintiff West Trenton Hardware, LLC's Motion for Default Judgment against Defendant Brooklyn Textiles LLC, pursuant to Federal Rule of Civil Procedure (Rule) 55(b). (ECF No. 49.) Defendant filed no opposition papers. The Court has carefully considered the parties' submissions and decided the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 23rd day of September, 2024, **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff's motion for a default judgment (ECF No. 49) is **GRANTED**;

2. **JUDGMENT** is entered in favor of Plaintiff and against Defendant in the amount of $458,628.90, comprised of the following:

   a. $456,435.00 for contract damages;

   b. $2,193.90 pursuant to N.J. Stat. Ann. § 12A:2-714 and N.J. Stat. Ann. § 12A:2-715; and

   c. The Clerk is directed to **TERMINATE** the Motion pending at ECF No. 49 and **CLOSE** this case.

 

_/s/ Georgette Castner_
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**